# Exhibit B

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT, IN  AND FOR PALM BEACH COUNTY, FLORIDA

YOVANY GONZALEZ,

      Plaintiff,

v.

WELLS FARGO BANK, N.A. f/k/a
WACHOVIA BANK, N.A.,

      Defendant.

_____/

CASE NO. 50 2012CA014220 XXXXMB AO

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant, Wells Fargo Bank, N.A. f/k/a Wachovia Bank, N.A., pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 has removed the above-styled action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida.

Attached hereto as Exhibit "A" is a copy of the Notice of Removal which has been filed in the United States District Court, Southern District of Florida.

Date: September 4, 2012

FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida  33301
Telephone:    (954) 525-4800
Facsimile:    (954) 525-8739

By: _____
    Steven A. Siegel
    Fla. Bar No. 0497274
    ssiegel@laborlawyers.com
    Philip R. Marchion
    Fla. Bar No. 23773
    pmarchion@laborlawyers.com

    *Attorneys For Defendant*

## CERTIFICATE OF SERVICE

I certify that on **September 4, 2012** I caused a true and correct copy of the foregoing

**NOTICE OF FILING NOTICE OF REMOVAL** to be served on the following individual by

depositing same in the United States Mail, First Class, postage prepaid:

> Jack Scarola, Esquire
> Patrick E. Quinlan, Esquire
> Searcy Denney Scarola Barnhart & Shipley, P.A.
> 2139 Palm Beach Lakes Boulevard
> West Palm Beach, Florida 33409

2