# EXHIBIT C



*A guide to your Wells Fargo benefits*

# Benefits Book

Effective January 1, 2010

Chapter 1

# An Introduction to Your Benefits

## Contents

Contacts........................................................ 1-2
The Basics...................................................... 1-3
Benefit Plan Options......................................... 1-3
Who's Eligible................................................. 1-4
    Eligible team members................................. 1-4
    Eligible dependents.................................... 1-5
    Eligible children....................................... 1-8
    Not eligible............................................ 1-8
    Incapacitated children................................. 1-8
    Ineligible dependents.................................. 1-9
    Dependent eligibility certification.................... 1-9
    Audits of dependent eligibility....................... 1-9
    Qualified Medical Child Support Orders —
    information for Wells Fargo team members........ 1-9
Cost............................................................ 1-10
    Tax implications for domestic partners
    or same-sex spouses.................................. 1-11
How to Enroll................................................. 1-11
    Initial enrollment..................................... 1-11
    Employment classification change ................. 1-12
    Benefits Confirmation Statement.................... 1-12
    Enrollment election changes......................... 1-12
    Medical Plan Comparison Tool...................... 1-13
    Provider Directory Service........................... 1-13
    Requests for enrollment.............................. 1-13
When Coverage Begins ..................................... 1-13
    New or newly eligible team members.............. 1-13
    Rehired team members............................... 1-13
    Enrollment election changes......................... 1-14
    Enrolling a newborn or newly adopted child...... 1-14
    Annual Benefits Enrollment.......................... 1-14
Coordination With Other Coverage..................... 1-14
Changing Coverage.......................................... 1-15
    Changes are restricted................................ 1-15
    Limited time to make changes....................... 1-15
    Annual Benefits Enrollment.......................... 1-15
    Special enrollment rights ............................ 1-15
    Qualified Events for health plans................... 1-16
    HSA High Deductible Health Plan
    and Qualified Events ................................ 1-16
    Effective date for changes to coverage............. 1-26
    Qualified Events for Day Care Flexible
    Spending Account..................................... 1-26
    Changes must be consistent.......................... 1-29
    Removing ineligible dependents.................... 1-29

    If you move............................................ 1-29
    Canceling coverage................................... 1-29
Coverage When You Are Not Working............... 1-30
    Leave of absence ..................................... 1-30
    Medical Leave, Workers' Compensation Leave,
    and Family Leave .................................... 1-30
    Job Search Leave ..................................... 1-31
    Military Leave......................................... 1-31
    Personal Leave or Unpaid
    Administrative Leave ................................ 1-31
    Salary Continuation Leave........................... 1-31
Coverage After You Retire................................ 1-32
    Eligibility for medical and dental coverage........ 1-32
    Before you're eligible for Medicare................. 1-32
    After you're eligible for Medicare,
    but not age 65 ........................................ 1-33
    Age 65 and over or individuals eligible
    for Medicare (Medicare eligible).................... 1-33
    Certain retiree groups ............................... 1-33
    Former Wells Fargo team members ................ 1-33
    Former Norwest team members..................... 1-34
    Wells Fargo Financial team members.............. 1-35
    For more information ................................ 1-35
Medicare Overview......................................... 1-35
    Notice of Creditable Coverage...................... 1-35
    Medicare and active team members ............... 1-35
    For more information about Medicare.............. 1-35
When Coverage Ends....................................... 1-36
    Dependents............................................ 1-36
    Coverage if you die................................... 1-36
Continuing Coverage Under COBRA ................... 1-36
    Coverage and eligibility rights...................... 1-37
    New dependent eligibility and rights............... 1-37
    Other qualified COBRA beneficiaries ............. 1-37
    Adding new dependents.............................. 1-37
    Social Security Disability Extension ............... 1-38
    Secondary qualifying events......................... 1-39
    Wells Fargo's notification responsibilities ........ 1-39
    Your notification responsibilities................... 1-39
    Making address changes.............................. 1-39
    COBRA election period .............................. 1-39
    Paying for COBRA ................................... 1-40
    End of COBRA continuation coverage ........... 1-40
    Coordination of COBRA coverage ................. 1-40
HIPAA: Health Insurance Portability
and Accountability Act.................................... 1-41
    Loss of coverage ..................................... 1-41

## Contacts

| | |
|---|---|
| Information about plans in your area and provider directories | Provider Directory Service<br>www.geoaccess.com/directoriesonline/wf<br><br>Wells Fargo Medical Plan Comparison Tool<br>wf.chooserpbgh.org |
| Information about your plan | Your plan's member services phone number or website<br>(see the "Plan Contacts" section at the beginning of this *Benefits Book*) |
| Forms | "Appendix C: Forms"<br>*Teamworks* > Forms Online |
| Information about active team member enrollment, eligibility, making coverage changes, or plan rates and comparisons | HR Service Center<br>1-877-HRWELLS<br>(1-877-479-3557), and press 2, option 3<br>TDD/TTY: 1-800-988-0161<br>hrsc@wellsfargo.com |
| Information about COBRA enrollment | The Wells Fargo Retirement and COBRA Service Center (WFR&CSC)<br>1-800-377-9220 |
| Retiree medical coverage | The Wells Fargo Retirement and COBRA Service Center (WFR&CSC)<br>1-800-377-9220<br>http://resources.hewitt.com/wf |

1-2

## The Basics

This *Benefits Book* contains Summary Plan Descriptions (SPDs) covering most of the provisions of certain benefit plans (the Plans) that Wells Fargo offers to eligible team members.

An SPD explains your benefits and rights under the corresponding plan. The *Benefits Book* and SPDs are available on *Teamworks* at work and at home. Every attempt has been made to make the *Benefits Book* and SPDs easy to understand, informative, and as accurate as possible. However, an SPD cannot replace or change any provision of the actual plan documents.

Each covered team member, COBRA participant, or retiree and covered dependent is responsible for reading the SPDs and related materials completely and complying with all rules and plan provisions.

While reading this material, be aware that:

- The plans are provided as a benefit to eligible team members and their eligible dependents. Participation in these plans does not constitute a guarantee or contract of employment with Wells Fargo & Company or its subsidiaries. Plan benefits depend on continued eligibility.

- The name "Wells Fargo," as used throughout this document, refers to Wells Fargo & Company and each subsidiary (company that is owned, in whole or in part, by Wells Fargo & Company) that participates in the plans. For your purposes, "Wells Fargo" means the legal entity that employs you.

In case of any conflict between the SPDs in this *Benefits Book* and any other information provided and the official plan document, the plan document governs plan administration and benefit decisions. You may request a copy of the official plan document by submitting a written request to the address below, or you may view the document onsite during regular business hours:

> Compensation and Benefits Department
> Wells Fargo & Company
> MAC N9311-170
> 625 Marquette Avenue
> Minneapolis, MN 55479

The Wells Fargo-sponsored group medical plan is called the Wells Fargo & Company Health Plan. The plan is composed of self-insured and insured coverage options. For ease of communication, these coverage options are referred to as "plans."

When plan benefits are self-insured, Wells Fargo contracts with third-party administrators to provide claims administrative services. These third-party administrators are referred to as claims administrators. When plan benefits are fully insured by an HMO or other insurer, those insurers are fully responsible for administering their plans.

The relationship of the health care providers and third-party administrators to Wells Fargo is that of independent contractors. While the Plan's provisions determine what services and supplies are eligible for benefits, you and your health care provider have ultimate responsibility for determining appropriate treatment and care.

As a participant in certain plans, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 as amended (ERISA). For a list of specific rights, review "Your Rights Under ERISA" in "Appendix B: Legal Notifications."

## Benefit Plan Options

- **Wells Fargo & Company Health Plan**
  - UnitedHealthcare Consumer Directed Health (CDH) Plan
  - UnitedHealthcare PPO Plan
  - HSA High Deductible Health Plan (HSA-HDHP)
  - Health maintenance organizations (HMOs) — in certain locations
  - Aetna EPO Plan — in certain locations
  - HealthPartners Distinctions II Plan — in certain locations
  - Anthem Blue Cross Blue Shield PPO Plan — in certain locations
  - Mental Health and Substance Abuse Plan
- **Wells Fargo & Company Dental Plan**
  - Wells Fargo Dental Plan, administered by Delta Dental of Minnesota
  - Kaiser Permanente Northwest Dental Plan — in certain locations
- **Wells Fargo & Company Vision Plan**
  - Vision Service Plan (VSP)
  - EyeMed Vision Care
  - UnitedHealthcare Vision

- **Wells Fargo Flexible Spending Accounts Plan**
  - Health Care Flexible Spending Account
  - Day Care Flexible Spending Account
- **Life Insurance**
- **Business Travel Accident Plan**
- **Accidental Death and Dismemberment Plan**
- **Long-Term Care (LTC) Plan**
- **Short-Term Disability (STD) Plan**
- **Long-Term Disability (LTD) Plan**
- **Salary Continuation Pay Plan**
- **Legal Services Plan**

The individual descriptions of plan benefits for each medical plan coverage option are provided by Wells Fargo, the various HMOs, or service providers in a separate document, depending on the medical plan coverage option you choose. That document, combined with information provided to you in the first two chapters of the *Benefits Book* and the appendixes, makes up the complete SPD for that particular medical plan coverage option. SPDs are provided to you at no cost following your enrollment in a medical plan coverage option or at any other time you request it.

The descriptions of plan benefits for the various HMO coverage options are provided in separate documentation that your HMO will send to you if you enroll. The following chapters in this *Benefits Book* are combined with the information provided to you in the HMO booklet to make up the complete SPD for your medical plan coverage option:

- "Chapter 1: An Introduction to Your Benefits"
- "Chapter 2: Mental Health and Substance Abuse Benefits"
- "Appendix A: Claims and Appeals"
- "Appendix B: Legal Notifications"
- "Appendix C: Forms"

If the information provided by the medical plan or HMO conflicts with the information listed in the chapters listed above, the information in this book supersedes.

If you enroll in any medical plan coverage option under the Wells Fargo & Company Health Plan, you'll also be covered by the Mental Health and Substance Abuse Plan benefits administered by OptumHealth Behavioral Solutions.

The Dental Plan, Vision Plan, and Flexible Spending Accounts Plan are described in this *Benefits Book*. The individual chapters for each of these plans constitute the Summary Plan Description along with the following:

- "Chapter 1: An Introduction to Your Benefits"
- "Appendix A: Claims and Appeals"
- "Appendix B: Legal Notifications"
- "Appendix C: Forms"

The Flexible Spending Accounts Plan includes the Health Care Flexible Spending Account and the Day Care Flexible Spending Account.

You can choose coverage for yourself and your eligible dependents. However, you must be enrolled in a specific health plan coverage option in order to enroll your dependent.

## Who's Eligible

### Eligible team members

Each team member who satisfies the eligibility requirements of a specific plan may enroll in that plan. Your employment classification determines your eligibility to participate in the plans. Regular team members are regularly scheduled to work 30 hours or more per week. Part-time team members are regularly scheduled to work 17.5 to 29 hours per week. Regular and part-time team members are eligible for all the plans.

A team member is a person who is employed by Wells Fargo whose income for this employment is subject to federal income tax withholding. The definition of "team member" does not include (and has not at any time included) a person during any period when he or she is not classified as a Wells Fargo team member (even if that person is later determined to have been a Wells Fargo team member during that period).

Flexible team members work on a flexible schedule. For example, flexible team members may work any number of hours on given projects, fill in when needed regardless of hours, remain on call, or work only certain times of the month or year. Flexible team members are not eligible to enroll in Wells Fargo's benefit plans.

## Eligible dependents

After you enroll in a plan, you can also enroll your eligible dependents. It is your responsibility to make sure your dependent meets the eligibility requirements described below. For all other plans not listed below, please see the specific chapter for that plan. **If at any time after you enroll, your dependent no longer meets the eligibility requirements, you must notify the HR Service Center within 60 days after the date that your dependent's coverage would normally end due to becoming ineligible. If you wait longer than 60 days after the date your dependent's coverage would normally end to notify the HR Service Center, he or she will lose all COBRA continuation rights and you may be subject to corrective action, including termination of employment.**

## For the Medical, Dental, Vision, and Legal Services plans, eligible dependents include:

|  | Eligible | Not Eligible |
|---|---|---|
| Your spouse | • Your current opposite-sex legally married spouse as defined by U.S. federal law<br><br>• Your current opposite-sex common-law spouse in a legally recognized common-law marriage, contracted in a state that recognizes common-law marriages | • Former spouse from whom you are legally separated or divorced, even if you are court-ordered to provide health insurance<br><br>• Your spouse who is a Wells Fargo team member and is covered by Wells Fargo benefits as a team member |
| Your domestic partner | • Your current same- or opposite-sex domestic partner with whom you share a domestic partnership that is registered by a city, county, state, or country<br><br>• Your current same- or opposite-sex domestic partner, if both of you meet all of the following requirements:<br><br>– You and your domestic partner have shared a single, intimate, committed relationship of mutual caring for at least six months and intend to remain in the relationship indefinitely.<br><br>– You reside together in the same residence and have lived in a spouse-like relationship for at least six months.<br><br>– You and your domestic partner are not related by blood or a degree of closeness that would prohibit marriage under the law of the state in which you reside.<br><br>– Neither you nor your partner is married to another person under either federal, state, or common law, and neither is a member of another domestic partnership.<br><br>– You and your partner are mentally competent to consent or contract.<br><br>– You are both at least 18 years old. | • Your domestic partner who is a Wells Fargo team member and is covered by Wells Fargo benefits as a team member |

**For the Medical, Dental, Vision, and Legal Services plans, eligible dependents include:**

| | Eligible | Not Eligible |
|---|---|---|
| Your domestic partner | – You and your partner are financially interdependent, jointly responsible for each other's basic living expenses, and if asked, are able to provide documentation of three of the following:<br><br>° Joint ownership of real property or a common leasehold interest in real property<br><br>° Common ownership of an automobile<br><br>° Joint bank or credit accounts<br><br>° A will that designates the other as primary beneficiary<br><br>° A beneficiary designation form for a retirement plan or life insurance policy signed and completed to the effect that one partner is a beneficiary of the other<br><br>° Designation of one partner as holding power of attorney for health care decisions for the other | |
| Your same-sex spouse | • Your current same-sex spouse or partner to whom you are recognized as being legally married under the laws of the state or country in which your relationship was created, or are joined in a civil union that is recognized as creating some or all of the rights of marriage under the laws of the state or country in which the relationship was created<br><br>• Your current same-sex spouse with whom you meet the eligibility requirements for domestic partnership previously described | • Your same-sex spouse who is a Wells Fargo team member and covered by Wells Fargo benefits as a team member |

Chapter 1: An Introduction to Your Benefits

**For the Medical, Dental, Vision, and Legal Services plans, eligible dependents include:**

| | Eligible | Not Eligible |
|---|---|---|
| Your, your spouse's, your domestic partner's, or your same-sex spouse's natural-born, legally adopted, foster, or other tax-dependent child, or a child for whom you are the legal guardian*<br><br>*With certain exceptions, must be a "qualifying child" or a "qualifying relative" as defined by the Internal Revenue Code.* | • An unmarried child who is your, your spouse's, your domestic partner's, or your same-sex spouse's natural-born, legally adopted, foster, or other tax-dependent child, or who has been placed in your home for adoption or for whom you are the legal guardian, *and* is one of the following:<br><br>– Age 18 years or younger<br><br>– Age 19 up to 24th birthday *and* is enrolled as a full-time student for the current educational term at a secondary or postsecondary institution of education offering a degree or certificate. The institution must be licensed, certified, or accredited in the state in which it operates by the state's Board of Education (or similar governing body), or it must be federally accredited by the National Board of Education.<br><br>– Age 19 up to 24th birthday and temporarily unable to maintain full-time student status as a result of a severe illness or injury. Illness or injury must be certified by a physician.<br><br>See the "Eligible children" section in this chapter for additional details. | • A child whom your spouse, domestic partner, or same-sex spouse has already covered under a Wells Fargo benefits plan<br><br>• A child who is a Wells Fargo team member and is covered by Wells Fargo benefits as a team member<br><br>• A child who is on active military duty or is enrolled in a postsecondary military school affiliated with the U.S. government<br><br>• A child who is married |
| Your, your spouse's, your domestic partner's, or your same-sex spouse's grandchild*<br><br>*With certain exceptions, must be a "qualifying child" or a "qualifying relative" as defined by the Internal Revenue Code.* | Your grandchild is your eligible dependent for certain benefits if he or she meets all of the following:<br><br>• Is your, your spouse's, your domestic partner's, or your same-sex spouse's grandchild<br><br>• Resides with you<br><br>• Has a parent who is your eligible covered dependent in the same Wells Fargo benefits plan as your grandchild | • A grandchild whom your spouse, domestic partner, or same-sex spouse has already covered under a Wells Fargo benefits plan<br><br>• A grandchild who is a Wells Fargo team member and is covered by Wells Fargo benefits as a team member<br><br>• A grandchild who is on active military duty or is enrolled in a postsecondary military school affiliated with the U.S. government<br><br>• A grandchild who is married |

## Eligible children

In addition to those listed in the table, eligible children may also include:

- Unmarried children for whom you or your spouse, domestic partner, or same-sex spouse has legal guardianship, until their 19th birthday, or until their 24th birthday if they are a full-time student. The child must reside permanently with you and be your, your spouse's, your domestic partner's, or your same-sex spouse's tax dependent. Tax returns are subject to audit to validate dependent eligibility. Children for whom you or your spouse, domestic partner, or same-sex spouse is the legal guardian are eligible to be enrolled within 60 days of the event of their legal guardianship.

- Eligible dependent children from age 19 until their 24th birthday who are enrolled as full-time students for the current educational term are considered to have "full-time student status." For these dependents, a school is defined as a secondary or postsecondary institution of education offering a degree or certificate. The school must be licensed, certified, or accredited in the state in which it operates by the state's Board of Education (or similar governing body), or it must be federally accredited by the National Board of Education. Full-time student status is determined by the school. The following student statuses are also eligible:

  - Effective January 1, 2010, a student (age 19 up to his or her 24th birthday) who is unable to maintain full-time student status as a result of a severe illness or injury, as certified by a physician, may be able to continue coverage for a limited period. This is known as "Michelle's Law." To be eligible for the Michelle's Law extended coverage, the child must have been a full-time student and enrolled in a Wells Fargo medical plan coverage option at the time of the injury or onset of illness. Coverage extends for one year from the date the child ceases to be a full-time student or until the date that coverage would otherwise end under the medical plan coverage option, whichever is earlier. Michelle's Law pertains to the medical, dental, and vision plans. If Michelle's Law fits your child's situation, call the HR Service Center within 60 days of the date the child is no longer a full-time student. A representative will explain the process for ensuring coverage.

  - A full-time student participating in a full-time internship required as part of a degree or certificate program.

## Not eligible

A dependent child who is on active military duty, or is enrolled in a postsecondary military school affiliated with the U.S. government, is not eligible to enroll in any Wells Fargo health plan.

## Incapacitated children

Coverage is also available for your unmarried child, legally adopted child, or foster child, or a child for whom you are the legal guardian, if the child is age 19 or older and either of the following:

- Disabled before his or her 19th birthday, and is continually covered as an eligible dependent under a Wells Fargo or other health plan since becoming disabled

- Disabled after his or her 19th birthday, but before the 24th birthday, while he or she is enrolled as a full-time student, and is continually covered as an eligible dependent under a Wells Fargo or other health plan since becoming disabled

In addition, you must be able to show that the child is either considered disabled by the Social Security Administration or both of the following:

- Incapable of self-support and unable to carry out the routine functions of daily living without assistance, including but not limited to help with walking, getting into and out of bed, dressing, eating, and other personal functions.

- Claimed as your tax dependent on your federal income tax filing for the preceding tax year, or you could have claimed as a tax dependent except that in the past year, he or she received gross income from Social Security Disability that exceeded the limit defined in Section 151 of the Internal Revenue Code of 1986, as amended. Consult with your tax advisor for more information.

You must furnish proof of incapacity to Wells Fargo within 60 days after the child's coverage normally would end. You may also be required to furnish proof of incapacity periodically to Wells Fargo or the plan.

If you have questions about whether a child is an eligible dependent, call the HR Service Center to speak with a representative.

## Ineligible dependents

In addition to those listed in the first part of this chapter, ineligible dependents include your parents and any other person who does not meet the requirements for an eligible dependent.

If your covered dependent becomes an ineligible dependent, you must notify the HR Service Center within 60 days of the date the dependent's coverage would normally end, in order to preserve continuation rights under COBRA. (See the "Continuing Coverage Under COBRA" section in this chapter.) If you do not preserve these continuation rights, effective the end of the month in which the covered dependent became ineligible, the dependent's coverage will terminate. Premiums will continue to be taken until you notify and provide any required documentation to the HR Service Center. Premiums paid prior to proper notification or documentation will not be refunded.

In addition, you could be subject to corrective action for failing to provide the HR Service Center with timely notification of your dependent's ineligibility.

## Dependent eligibility certification

Your dependent's eligibility is certified when you first enroll that person and then again during Annual Benefits Enrollment. In addition, college-age dependents (full-time students) may be required to certify eligibility periodically. Coverage will be terminated if you do not provide such certification. After coverage is terminated, it will not be reinstated. You must wait until the next Annual Benefits Enrollment period to enroll eligible dependents, or until you experience an applicable Qualified Event.

## Audits of dependent eligibility

Wells Fargo, the applicable claims administrators, and HMOs reserve the right to conduct audits and reviews of all dependent eligibility. You may be asked to provide documentation annually to verify your dependents' eligibility at any time. If you don't provide documentation, or if you misrepresent or omit information, or your dependent no longer meets eligibility requirements, coverage will be terminated retroactively, you may be required to repay all costs incurred by the plan, and it may be grounds for corrective action, including termination of your employment. Premiums will not be refunded and your dependents may lose the right to continue coverage under COBRA.

## Qualified Medical Child Support Orders — information for Wells Fargo team members

A Qualified Medical Child Support Order ("QMCSO") is a court order that gives an "alternate recipient" the right to enroll in your group health coverage. If you are enrolled in one of Wells Fargo's health plans, that means that your child, specified in the Order, has the right to enroll and receive benefits under your health plans. For the Order to be "qualified," it must include certain information and meet other requirements of the specific plan you're enrolled in and applicable law.

When Wells Fargo receives an Order, we review it to ensure it is "qualified," and meets all requirements of QMCSOs, including:

- The Order is issued by a court of competent jurisdiction, or an administrative agency authorized to issue child support orders under state law.
- The Order specifically names Wells Fargo as the employer and plan sponsor of the medical plan coverage option covering you.
- The Order provides all pertinent information about:
  - Your child(ren) identified in the Order (the alternate recipient[s]), including name and last-known mailing address of the child
  - You (the plan participant), including your name and last-known mailing address
  - A reasonable description of the coverage that is to be provided to each alternate recipient
  - Period to which the Order applies
  - Any restrictions on amounts of premium payments

Child Support Agencies or a court should submit Orders or National Medical Support Notices to:

Wells Fargo QMCSO Processing
MAC N9355-012
4200 W Old Shakopee Rd
Bloomington, MN 55437

If the Order or notice is a QMCSO, the child is enrolled in the required benefits with coverage effective on the first of the month following the date the Order is determined to be a QMCSO.

If the child is not currently covered under your health plans, the child will be enrolled in the required plans with coverage effective on the first of the month following the date the order is determined to be a QMCSO.

**Additional key points about QMCSOs**

- Wells Fargo receives the Order or notice directly from the issuing court or agency — it would never come directly from you.

- A QMCSO is only valid if you are currently eligible for benefits.

- The child must meet the plan definition of dependent.

- If you are eligible for but have not enrolled in health care benefits, you and your dependent(s) will be enrolled in the plans in which the child is required to be enrolled. You cannot choose to enroll only your child — you must also be enrolled — because Wells Fargo health plans allow coverage for dependents only when the team member participates in the plan. Unless the agency specifies another medical plan coverage option, you will be enrolled in the UnitedHealthcare Consumer Directed Health Plan Gold.

- If you are currently enrolled in a health plan through Wells Fargo, your dependent(s) will be added to the same health plan, if possible.

- If the child does not live with you, your current plan may not be available where your child lives. In this case, you and your dependent(s) will be enrolled in the UnitedHealthcare Consumer Directed Health Plan Gold, which is available in all states except Hawaii.

- You cannot drop coverage, including coverage for an alternate recipient, while a QMCSO is in force.

- You may change medical plan coverage options during Annual Benefits Enrollment, if the child is an eligible dependent under the new medical plan coverage option, by contacting the HR Service Center.

- If Wells Fargo receives a QMCSO termination notice, the child's health coverage will end on the first day of the month after we receive and verify the termination order from the issuing agency or court. Any premiums you pay before receiving a valid termination order will not be refunded.

All participants in Wells Fargo's health plans, including children, are entitled to information under ERISA's reporting and disclosure rules. See this *Benefits Book* for more information.

## Cost

You and Wells Fargo share the cost of health care coverage. Refer to the "Rates and Comparison Charts" on *Teamworks* for your costs. Your contribution is deducted each pay period during which you are enrolled in coverage. Most team member contributions for certain plans are paid on a before-tax basis, which lowers your taxes. However, it also restricts your ability to change coverage in the middle of the plan year. For more information, see the "Changing Coverage" section in this chapter.

All premiums are deposited into a trust fund. Claims and expenses associated with the self-insured medical, dental, and vision plans are paid out of the trust fund. Premiums for HMO coverage are sent to the HMOs, and claims and expenses associated with benefits provided by the HMOs are paid by the HMOs.

Wells Fargo does not contribute to the flexible spending accounts. All funds are contributed by the team member and are held as general assets of Wells Fargo.

Team member contribution amounts for medical, dental, or vision may change every plan year and may also vary based on level of coverage, including:

- Team member only

- Team member and spouse, domestic partner, or same-sex spouse

- Team member and child(ren)

- Team member and spouse, domestic partner, or same-sex spouse, and child(ren)

In addition, premiums differ between regular and part-time team members. Any change in premium due to a change in status from regular to part-time or vice versa becomes effective on the first payroll period after an employment classification change is processed on the payroll system.

## Tax implications for domestic partners or same-sex spouses

### Imputed income

In most cases, your domestic partner or same-sex spouse and his or her children do not qualify as your dependents under the Internal Revenue Code. That means that if you receive a company contribution for health coverage, the portion of the company's contribution that is attributable toward your domestic partner's or same-sex spouse's coverage or coverage for that person's dependents will be considered "imputed income," or taxable income to you. As a result, you will receive a 1099 form to account for the applicable amount of imputed income. However, in certain instances, a domestic partner/same-sex spouse may qualify as your dependent under the Internal Revenue Code. In this case, you are not subject to "imputed income." Discuss this situation with your tax advisor, and if you feel that it applies to you, call the HR Service Center for additional information or to answer additional questions.

### Qualified dependents under the Internal Revenue Code

In certain instances, a domestic partner or same-sex spouse or his or her child may qualify as your dependent under the Internal Revenue Code. In this case, you would be eligible for before-tax contribution and would not be subject to imputed income for the portion of the company's contribution that is attributable toward your domestic partner or same-sex spouse and his or her dependents. Certain instances may also affect state tax.

Discuss this situation with your tax advisor, and if you feel that it applies to you, call the HR Service Center for additional information.

## How to Enroll

### Initial enrollment

If you are a regular or part-time team member, you are automatically covered under the company-paid Basic Term Life, Business Travel Accident (BTA), Short-Term Disability (STD), Basic Long-Term Disability (LTD), and the Salary Continuation Pay Plans, after you meet the eligibility requirements. You may enroll in certain other benefit plans by accessing the Benefits Enrollment site at *Teamworks*, or by calling the HR Service Center during the designated new team member enrollment period. A Benefits Enrollment Kit will be sent to you with additional information about new team member enrollment. If you have not received the Benefits Enrollment Kit within 15 days of your new hire date, call the HR Service Center.

During your designated enrollment period, you can enroll in:

- Medical
- Dental
- Vision
- Flexible Spending Accounts
- Optional Term Life
- Spouse/Partner Optional Term Life
- Dependent Term Life
- Accidental Death and Dismemberment (AD&D)
- Long-Term Care (LTC)
- Optional Long-Term Disability (LTD)
- Legal Services Plan

The following table outlines the enrollment period and the coverage effective date based on your date of hire or rehire.

If you do not enroll during your designated enrollment period, you must generally wait until the next Annual Benefits Enrollment period or until you experience a Qualified Event as described in this chapter. Some benefits have a late enrollment procedure that may allow you to enroll after your designated enrollment period. However, you may need to provide proof of good health for certain benefits if you enroll after your designated enrollment period. For more information, see the "Late Enrollment" section in the chapters for the plans where late enrollment is available, which include the life insurance plans and LTC.

You may enroll in the 401(k) or the Wells Fargo & Company Stock Purchase Plan at any time during or after your enrollment period. For more information about these plans, see the SPDs on *Teamworks* at work or at home.

## When to enroll — when benefits take effect

Coverage becomes effective the first of the month following one full calendar month of service with Wells Fargo if you enroll during your designated enrollment period. If you are not actively at work on the date coverage would normally begin, your effective date for AD&D, LTC, Basic LTD, Optional LTD, and the Optional Term Life Insurance plans is delayed until you return to work. For the STD plan, the coverage effective date is 90 days from date of hire, or from the date your status changes to "benefits eligible."

| If you are hired or rehired or become newly eligible: | You must enroll by ("designated enrollment period"): | Benefits will take effect: |
| --- | --- | --- |
| Jan 2 – Feb 1 | Feb 14 | Mar 1 |
| Feb 2 – Mar 1 | Mar 14 | Apr 1 |
| Mar 2 – Apr 1 | Apr 14 | May 1 |
| Apr 2 – May 1 | May 14 | Jun 1 |
| May 2 – Jun 1 | Jun 14 | Jul 1 |
| Jun 2 – Jul 1 | Jul 14 | Aug 1 |
| Jul 2 – Aug 1 | Aug 14 | Sep 1 |
| Aug 2 – Sep 1 | Sep 14 | Oct 1 |
| Sep 2 – Oct 1 | Oct 14 | Nov 1 |
| Oct 2 – Nov 1 | Nov 14 | Dec 1 |
| Nov 2 – Dec 1 | Dec 14 | Jan 1 |
| Dec 2 – Jan 1 | Jan 14 | Feb 1 |

## Employment classification change

If you change your employment classification and become newly eligible for benefits, you will receive a Benefits Enrollment Kit. You must enroll online during your designated enrollment period, as listed in the table above. You will be automatically enrolled in the following plans: Basic Term Life, Basic LTD, and Salary Continuation Pay. Your coverage becomes effective the first of the month following one full calendar month of service in your new employment classification, subject to an "actively at work" requirement as noted above. For the STD plan, the coverage effective date is 90 days from the date of hire, or from the date your status changes to "benefits eligible."

## Benefits Confirmation Statement

You will receive a Benefits Confirmation Statement for review soon after you have made your enrollment elections. If the Benefits Confirmation Statement does not match the elections you made, you can make corrections up until the last day of the month before the month in which the benefits will become effective.

You may make corrections using the Benefits Enrollment website. No corrections can be made to your new enrollment after your benefits become effective. If you have questions about the correction process, call the HR Service Center.

## Enrollment election changes

If you don't enroll when you're first eligible, you'll have to wait until the next Annual Benefits Enrollment period to enroll yourself and your eligible dependents in the plans, unless:

- You experience a Qualified Event and your change in coverage is consistent with the Qualified Event. For more information, see the "Qualified Events for Health Plans" table in this chapter.

- Wells Fargo receives a qualified medical child support order directing the plan to provide health coverage for your child.

Chapter 1: An Introduction to Your Benefits

Generally, if you make enrollment election changes under the above guidelines, you have 60 days from the date of the event in which to change your coverage. After you change your coverage, you may not make further changes to that election, even if you are still within the 60-day period. You will pay for your coverage with before-tax dollars unless you are required to have contributions deducted after-tax. For more information, see the "Tax implications for domestic partners or same-sex spouses" section in this chapter.

For information about enrolling late, call the HR Service Center to speak with a representative.

### Medical Plan Comparison Tool

To review and compare the medical plan coverage options available to you, access the Well Fargo Medical Plan Comparison Tool from *Teamworks* or go to wf.chooser.pbgh.org.

### Provider Directory Service

Some medical plan coverage options require you to choose a provider or a primary care physician. To review the providers available under each plan, access the Provider Directory Service from *Teamworks* or go to www.geoaccess.com/directoriesonline/wf. You may generate personalized directories or search for a specific doctor. If you would like to request a paper copy of a provider directory, call the HR Service Center.

### Requests for enrollment

Wells Fargo must adhere to the restrictions on these enrollment election changes in order to remain in compliance with regulations that govern the plans (including medical, dental, vision, life insurance, and flexible spending accounts).

If you believe you have experienced extraordinary circumstances that caused you or your dependents to miss enrollment, erroneously be enrolled in benefits, or have benefits terminated in error, please contact the HR Service Center for review of your situation. If you are dissatisfied with their determination, you may submit a written request for a review of your situation to Corporate Benefits at the following address:

> Corporate Benefits
> Wells Fargo & Company
> MAC N9311-170
> 625 Marquette Avenue
> Minneapolis, MN 55479

Corporate Benefits cannot accept requests sent by fax or email. Before you send a request to Corporate Benefits for review, the HR Service Center must have already reviewed your request. Corporate Benefits must receive your request for review within 120 days of the event that would have allowed or changed enrollment. Any requests received after 120 days will be returned without review.

Corporate Benefits has sole and complete discretionary authority to make decisions relating to eligibility for enrollment in the respective plans, subject to the terms of applicable plan documents. Decisions by Corporate Benefits on all enrollment issues are conclusive and binding.

## When Coverage Begins

The Medical Plan, Dental Plan, and Vision Plan have no preexisting condition exclusions. This means that you're covered for any eligible medical condition as soon as your coverage begins. Coverage for enrolled dependents begins when your coverage does. Please see the "When to enroll — when benefits take effect" table in this chapter.

### New or newly eligible team members

If you enroll in benefits during your designated enrollment period, coverage for most plans begins the first of the month after one full calendar month of service.

If you change your employment classification and become newly eligible for benefits, your coverage becomes effective the first of the month following one full calendar month of service in the new employment classification.

### Rehired team members

If you are an eligible rehired team member, your health coverage enrollment is handled like a new team member — coverage for most plans begins the first of the month after one full calendar month of service following rehire, if you enroll.

A retiree who is rehired as a regular or part-time team member can't continue retiree health coverage. To be covered as an active team member, you must enroll as a newly hired team member.

## Enrollment election changes

If you enroll for a reason listed in the "Qualified Events for Health Plans" table in this chapter, then coverage and premiums are effective the first of the month following the date of the event or the date you contact the HR Service Center, whichever is later. You must call within 60 days of the Qualified Event or special enrollment right and provide all the necessary information. The only change that will be made retroactively is the enrollment of a child due to birth, adoption, or placement for adoption. The changes will be effective as of the date of birth, adoption, or placement for adoption. Enrollment in dental, vision, and flexible spending accounts due to a Qualified Event of birth or adoption of a child will be effective the first of the month following the date of the event or the date you contact the HR Service Center, whichever is later.

## Enrolling a newborn or newly adopted child

Please note that your new child can be added to your benefits only by calling the HR Service Center at 1-877-HRWELLS (1-877-479-3557) within 60 days of your child's birth, adoption, or placement for adoption. Do not call your health plan directly. You must call the HR Service Center within 60 days of your child's birth, adoption, or placement for adoption or coverage will not be available until the next Annual Benefits Enrollment or a new Qualified Event or special enrollment right.

## Annual Benefits Enrollment

If you change health plan coverage options or enroll in a health plan coverage option during Annual Benefits Enrollment, your new health coverage goes into effect on the following January 1. However, for some plans, if you are in the hospital or other health care facility when your new coverage is scheduled to take effect, your old coverage may continue until you are released from the hospital and your new coverage begins. This also may apply to a dependent who is hospitalized. Some HMOs may have different rules regarding confinement when coverage changes. Contact the plan administrator or your HMO for additional information.

## Coordination With Other Coverage

When you have other group medical, dental, or vision insurance (through your spouse's or domestic partner's employer, or Medicare, for example), the Wells Fargo Medical Plan and/or Dental Plan may combine with the other plan to pay covered charges. One plan is primary, the other secondary. This is called coordination of benefits. You must notify the claims administrator for the plan(s) in which you are enrolled if you have other coverage. There is no coordination of benefits between Wells Fargo-sponsored health plans. Benefits for the same service will not be paid from more than one Wells Fargo-sponsored health plan. Also, there is no coordination of benefits for prescription drug benefits.

If you are or a covered dependent is eligible for Medicare as a result of end-stage renal disease, benefits will be coordinated with Medicare as allowed under federal law. If you have or a covered dependent has Medicare for any other reason, Medicare is the primary payer of Medicare Part A and Part B claims if you are retired, your employment has ended, or you are no longer eligible for benefits as an active team member.

If the Wells Fargo plan is secondary, it pays only the difference between the other plan's benefit, if lower, and the normal Wells Fargo benefit — so when the primary plan pays a benefit that equals or exceeds what the Wells Fargo plan would normally pay, the Wells Fargo plan pays nothing.

If you receive benefits from more than one group plan (or a government-supported program other than Medicaid), the primary payer must process your claim before you can submit it to the secondary payer.

The following rules determine the order of plan payment. If Medicare is the primary payer of claims, these rules apply after Medicare has processed your claim:

1. The plan with no coordination of benefits provision is primary.

2. If both plans have a coordination of benefits provision:

a. For team members, retirees, and their spouses or domestic partners, the plan covering the patient as a retiree or team member (rather than a dependent) is primary.

b. For covered dependent children, the plan of the parent whose birthday falls earlier in the year is primary.

c. For children of divorced or separated parents, plans pay in this order, unless a court decree stipulates otherwise:

1. The plan of the parent who has custody of the child

2. The plan of the spouse or domestic partner of the parent who has custody of the child

3. The plan of the parent who does not have custody of the child

If you are still unsure which plan is primary, contact the claims administrator for your medical plan coverage option. If you receive coverage through an HMO, you may need to contact the provider directly to determine coordination of benefits. Generally, HMOs don't coordinate with other plans. Also, most plans do not coordinate prescription drug benefits. You must notify the claims administrator for the plan(s) in which you are enrolled if you have other coverage that is the primary payer of claims. The claims administrator may also contact you directly to verify coordination of benefits information.

## Changing Coverage

### Changes are restricted

Your ability to make changes in your health coverage is restricted except during Annual Benefits Enrollment for the next plan year. After you enroll, you cannot cancel or modify coverage during the plan year unless you have a Qualified Event or become entitled to special enrollment rights. For more information, see the "Qualified Events for Health Plans" table and "Special enrollment rights" section to the right.

If you have a Qualified Event, you may be able to change coverage midyear. If you have a special enrollment right, you may be able to newly enroll in a medical plan. For questions about changing or adding coverage, call the HR Service Center.

### Limited time to make changes

You must make changes to benefits during the published Annual Benefits Enrollment period or within 60 days of an event listed under the "Qualified Events for Health Plans" table and "Special enrollment rights" section to the right.

### Annual Benefits Enrollment

During Annual Benefits Enrollment, you receive information about your health care options and instructions for making changes for the next plan year. These changes go into effect on January 1 of the following plan year. If you do not make changes during Annual Benefits Enrollment, coverage in a particular plan other than the Flexible Spending Accounts Plan will continue at the same level, unless the plan is terminated or no longer available in your location or if you are no longer eligible or do not provide certification or proof of your dependents' eligibility if requested. You must reenroll each plan year to contribute to one or both of the Flexible Spending Accounts Plan options.

You can enroll or drop coverage for yourself or your dependents. Dependents may not be covered unless you are enrolled in the plan. If you don't receive Annual Benefits Enrollment information by November 1, call the HR Service Center.

### Special enrollment rights

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) and the Children's Health Insurance Program Reauthorization Act of 2009 provide special enrollment rights for medical plan coverage if you decline coverage for yourself or your dependents during annual or initial enrollment.

You may enroll yourself and any of your eligible dependents if:

- You had originally declined Wells Fargo-sponsored medical coverage because of other medical coverage, but that other coverage has now been lost due to:

  - Loss of eligibility for other coverage, including an individual insurance policy

  - Termination of your spouse's or dependent's health coverage through his or her employer due to:

    ° Loss of eligibility

    ° Exhaustion of coverage, because the employer stopped making contributions toward other coverage

    ° Reaching the medical plan's lifetime limit on benefits coverage

  - End of COBRA coverage

- You marry, or you or your spouse gives birth or adopts a child, or a child is placed with you for adoption.

- You or your dependent loses coverage for Medicaid or a state Child Health Insurance Program (CHIP).

- You or your dependent becomes eligible for premium assistance under Medicaid or CHIP

The loss of medical coverage entitles you to special enrollment rights for like coverage at Wells Fargo. For example, if you lose other medical coverage, you may enroll in medical coverage at Wells Fargo. You cannot enroll, however, in Wells Fargo Dental Plan or Vision Plan coverage or in the Flexible Spending Accounts Plan due to HIPAA special enrollment rights (see the "Qualified Events for Health Plans" table in this chapter for other possible opportunities to enroll in these plans).

You must enroll or add eligible dependents within 60 days of the event creating the special enrollment right.

The Wells Fargo coverage generally will be effective the first of the month following the date of the event or the date you contact the HR Service Center, whichever is later. You must provide all necessary information to complete the request. The only change that will be made retroactive to the event date is the addition of medical coverage due to the birth, adoption, or placement for adoption of a child. For more information on enrollment, see the "Enrollment election changes" section in this chapter.

Any change in premium is effective on the effective date of the change in coverage.

If you wish to enroll or add new dependents after the 60-day limit, you must wait until the next Annual Benefits Enrollment or another special enrollment right or Qualified Event to add coverage. Special enrollment rights do not apply to the Wells Fargo Vision or Dental Plans or the Flexible Spending Accounts Plan. Contact the HR Service Center if you have questions.

## Qualified Events for health plans

For before-tax benefit plans (medical, dental, vision, and Health Care Flexible Spending Account), changes may be made if you experience a Qualified Event. A Qualified Event is an event listed in the following table that results in gain or loss of eligibility for health insurance coverage by you, your spouse, or your dependents as defined by the Internal Revenue Code. If you have a Qualified Event, your change in coverage must be consistent with the Qualified Event. For example, you cannot cancel coverage for an individual who has become eligible for coverage under another plan unless such individual actually becomes covered under the other plan.

To change coverage, you must call the HR Service Center within 60 days of the event listed in the following table. You may also call the HR Service Center up to 30 days prior to certain events (e.g., marriage). If the future event does not take place as expected, you must call the HR Service Center to cancel your benefits change.

The following table outlines Qualified Events under the Wells Fargo Medical, Dental, Vision, and Health Care Flexible Spending Account Plans. Enrollment and election changes to these Wells Fargo plans are permitted only upon the occurrence of one of these Qualified Events, Annual Benefits Enrollment, and special enrollment rights. For more information, see the "Annual Benefits Enrollment" section and "Special enrollment rights" section in this chapter. The table also lists the enrollment and election changes that are consistent with each Qualified Event.

For the Legal Services Plan, you may make a midyear enrollment or election change if you have experienced a Qualified Event under the Wells Fargo Medical, Dental, Vision, or Health Care Flexible Spending Account Plans.

## HSA High Deductible Health Plan and Qualified Events

If you have a Qualified Event as a current team member, you will not be able to newly enroll in the HSA High Deductible Health Plan. You can only enroll in this plan during Annual Benefits Enrollment.

## Qualified Events for Health Plans

Bold = Mandatory

| Qualified Event | Medical, Dental, or Vision | | | Health Care Flexible Spending Account | |
|---|---|---|---|---|---|
| | *Add Coverage* | *Drop Coverage* | *Change Coverage* | *Add or Increase Contribution* | *Drop or Decrease Contribution* |
| **Change in marital status** | | | | | |
| Marriage | You may add coverage for your spouse and any newly eligible dependent children. You may also add previously eligible dependent children if you also add your spouse or newly eligible dependents. | You may drop your existing coverage if you gain coverage under your spouse's plan due to marriage. | You may change plans. | Yes | You may decrease your contribution if you gain coverage under your spouse's medical plan due to marriage. |
| Divorce, legal separation, annulment, or death of your spouse | You may add coverage for yourself and any eligible dependents if you lost coverage under your spouse's plan due to divorce, legal separation, annulment, or death of your spouse. | **You must drop coverage for your former spouse and any other dependents of your former spouse who are not also your dependents. You may not drop coverage for yourself or other eligible dependents.** | You may change plans. | You may add or increase your contribution if you lost coverage under your spouse's medical plan. | You may decrease your contribution. |
| **Gain or loss of dependents** | | | | | |
| Gain: birth or adoption | You may add coverage for your new dependent and any other eligible dependents not previously covered. | You may drop your or your dependent's existing coverage if you or your dependent gains like coverage under your spouse's plan. | You may change plans. | Yes | You may drop or decrease your contribution if you gain coverage under your spouse's medical plan. |
| Loss: death or placement for adoption | — | **You must drop coverage for the dependent who loses eligibility. You may not drop coverage for yourself or any other dependents.** | You may change plans. | No | You may decrease your contribution. |

| Qualified Event | Medical, Dental, or Vision | | | Health Care Flexible Spending Account | |
|---|---|---|---|---|---|
| | Add Coverage | Drop Coverage | Change Coverage | Add or Increase Contribution | Drop or Decrease Contribution |
| **Change in employment status of you, your spouse, or dependent that affects eligibility** | | | | | |
| Change in your employment status that makes you eligible for new or different coverage (e.g., flexible to regular) | You may enroll in coverage for yourself, spouse, and dependent children. | — | No | Yes | No |
| Change in your spouse's or dependent's employment status that makes you eligible for coverage through that person's plan | — | You may drop coverage for yourself, your spouse, and your dependents if you gain coverage under your spouse's plan. | You may change plans. | No | You may drop or decrease your contribution if you gain coverage under your spouse's medical plan. |

Chapter 1: An Introduction to Your Benefits

| Qualified Event | Medical, Dental, or Vision | | | Health Care Flexible Spending Account | |
|---|---|---|---|---|---|
| | Add Coverage | Drop Coverage | Change Coverage | Add or Increase Contribution | Drop or Decrease Contribution |
| **Change in employment status that affects eligibility** | | | | | |
| Change in your employment status resulting in loss of eligibility (e.g., regular to flexible status or you leave Wells Fargo) | — | With the end of employment or other employment status change resulting in a loss of eligibility, you must drop your, your spouse's, and your dependent's coverage, unless you are eligible for COBRA continuation and choose to enroll in this coverage.<br><br>*Note: If you do not pay premiums during an unpaid leave, your coverage will end. You may only reenroll in the plan upon your return if your leave is protected by the FMLA or another protected leave such as a Military Leave and you are returning within the applicable reinstatement period. Otherwise, you may reenroll during the next Annual Benefits Enrollment period, or upon the occurrence of a Qualified Event or HIPAA special enrollment right.* | No | No | Yes |
| **Change in employment status that affects eligibility** | | | | | |
| Change in employment status that results in loss of eligibility under your spouse's or dependent's employer's plan | You may add coverage for yourself, your spouse, and any eligible dependents if you lose coverage under your spouse's plan due to change in employment status. | — | You may change plans. | You may add or increase your contribution if you lost coverage under your spouse's medical plan. | — |

| Qualified Event | Medical, Dental, or Vision | | | Health Care Flexible Spending Account | |
|---|---|---|---|---|---|
| | *Add Coverage* | *Drop Coverage* | *Change Coverage* | *Add or Increase Contribution* | *Drop or Decrease Contribution* |
| **Gain or loss of dependent eligibility** | | | | | |
| Your dependent becomes eligible for benefits | You may add your dependent to benefits, and also add any other previously eligible dependents when you add the newly eligible dependents. | — | You may change plans. | Yes | No |
| Your dependent becomes ineligible for benefits | — | **You must drop your ineligible dependent from coverage.** | You may change plans. | No | Yes |
| **Medicare/Medicaid/Children's Health Insurance Program (CHIP) eligibility status change** | | | | | |
| Your currently enrolled spouse or dependent is no longer eligible for CHIP | You may add medical coverage for yourself, your spouse, or your dependent who loses entitlement to CHIP. *Note: You may not change dental or vision enrollment as these are not provided through CHIP.* | — | No | No | No |
| You or your currently enrolled spouse or dependent is no longer eligible for Medicare or Medicaid | You may add medical coverage for yourself, your spouse, or your dependent who loses entitlement to CHIP. *Note: You may not change dental or vision enrollment as these are not provided through CHIP.* | — | No | Yes | Yes |
| You or your currently enrolled spouse or dependent becomes eligible for Medicare or Medicaid | — | You may drop medical coverage for the individual who becomes eligible for Medicare or Medicaid. *Note: You cannot drop dental or vision because these are not provided through Medicare.* | No | Yes | Yes |

Chapter 1: An Introduction to Your Benefits

| Qualified Event | Medical, Dental, or Vision | | | Health Care Flexible Spending Account | |
| --- | --- | --- | --- | --- | --- |
| | *Add Coverage* | *Drop Coverage* | *Change Coverage* | *Add or Increase Contribution* | *Drop or Decrease Contribution* |
| **Medicare/Medicaid/Children's Health Insurance Program (CHIP) eligibility status change** | | | | | |
| You or your spouse or dependent becomes eligible for CHIP, or becomes eligible for a premium subsidy under Medicaid or CHIP | You may add medical coverage for yourself, your spouse, or your dependent. | You may drop medical coverage for the individual who becomes eligible for CHIP.<br><br>*Note: You cannot drop dental or vision because these are not provided through Medicaid.* | No | No | No |
| **Change in residence** | | | | | |
| Move triggers eligibility (e.g., moving to service area of a new plan) | You may enroll in coverage for yourself, spouse, and dependent children if the residence change results in eligibility for a new plan. | — | You may change plans if your move results in new plan options. | No | No |
| Move triggers loss of eligibility (e.g., moving outside service area of current plan) | — | You may drop coverage for yourself, your spouse, and your dependents if the residence change results in a loss of eligibility for current plan options. | You may change plans if your move results in loss of eligibility for plan options. | No | No |
| **Permissible election change under your spouse's or dependent's employer's plan** | | | | | |
| Coverage is dropped during the official enrollment period of your spouse's or dependent's employer's plan | You may enroll in coverage for yourself, your spouse, and dependents if coverage is dropped through your spouse's or dependent's plan. | — | No | No | No |
| Coverage is added during the official enrollment period of your spouse's or dependent's plan | — | You may drop coverage for yourself, your spouse, and your dependents if you gained coverage under your spouse's or dependent's plan. | No | No | No |

| Qualified Event | Medical, Dental, or Vision | | | Health Care Flexible Spending Account | |
|---|---|---|---|---|---|
| | Add Coverage | Drop Coverage | Change Coverage | Add or Increase Contribution | Drop or Decrease Contribution |
| **Judgments, decrees, or orders** | | | | | |
| Judgment, decree, or court order that establishes your custody of an eligible dependent | You may enroll yourself and your newly eligible dependent in coverage. | — | You may change plans. | Yes | No |
| Judgment, decree, or court order that eliminates your custody of an eligible dependent | — | You may drop coverage for the child. | You may change plans. | No | Yes |
| Judgment, decree, or court order resulting from a divorce, legal separation, annulment, custody arrangement, or newly identified paternity requires you, the team member, to provide health coverage for your eligible dependent child | You may enroll yourself and the child in coverage. | — | You may change plans. | Yes | No |
| Judgment, decree, or court order resulting from a divorce, legal separation, annulment, custody arrangement, or newly identified paternity requires your spouse, former spouse, or other individual to provide health coverage for your eligible dependent child | — | You may drop coverage for the child. | You may change plans. | No | Yes |

Chapter 1: An Introduction to Your Benefits

## Changes for domestic partners, same-sex spouses, and their children

In addition to the Qualified Events in the preceding table, Wells Fargo recognizes the following events that allow you to make certain health plan changes on an after-tax basis:

Bold = Mandatory

| Qualified Event | Medical, Dental, or Vision | | | Health Care Flexible Spending Account | |
|---|---|---|---|---|---|
| | Add Coverage | Drop Coverage | Change Coverage | Enroll or Increase | Drop or Decrease |
| **Change in domestic partnership or same-sex marital status** | | | | | |
| Formation of a domestic partnership or same-sex marriage | You may add your domestic partner, same-sex spouse, or their children to your existing coverage. | No | You may not change plans or make changes to your before-tax elections unless your domestic partnership is eligible for before-tax treatment for federal income tax purposes. | No | No |
| Termination of a domestic partnership or same-sex marriage | No | **You must drop your domestic partner, same-sex spouse, or their children from your coverage.** | You may not change plans or make changes to your before-tax elections unless your domestic partnership is eligible for before-tax treatment for federal income tax purposes. | No | No |
| **Gain or loss of eligibility for your domestic partner's or same-sex spouse's child** | | | | | |
| Gain: birth or adoption | You may add your domestic partner or same-sex spouse's dependents to your existing coverage, and you may add your domestic partner, same-sex spouse, or other previously eligible dependents to your existing coverage. | No | You may not change plans or make changes to your before-tax elections unless your domestic partnership is eligible for before-tax treatment for federal income tax purposes. | No | No |

| Qualified Event | Medical, Dental, or Vision | | | Health Care Flexible Spending Account | |
|---|---|---|---|---|---|
| | *Add Coverage* | *Drop Coverage* | *Change Coverage* | *Enroll or Increase* | *Drop or Decrease* |
| **Gain or loss of eligibility for your domestic partner's or same-sex spouse's child** | | | | | |
| Loss: age, marriage, student status | No | You must drop the ineligible dependents from your coverage. | You may not change plans or make changes to your before-tax elections unless your domestic partnership is eligible for before-tax treatment for federal income tax purposes. | No | No |
| **Permissible election change under your domestic partner's or same-sex spouse's employer's plan** | | | | | |
| Coverage is dropped during the official enrollment period of your spouse's or dependent's employer's plan | You may add your domestic partner, same-sex spouse, and their children to your existing coverage. | No | You may not change plans or make changes to your before-tax elections unless your domestic partnership is eligible for before-tax treatment for federal income tax purposes. | No | No |
| Coverage is added during the official enrollment period of your spouse's or dependent's plan | No | You may drop your domestic partner, same-sex spouse, and their children if they enroll in the corresponding plans with their employer. | You may not change plans or make changes to your before-tax elections unless your domestic partnership is eligible for before-tax treatment for federal income tax purposes. | No | No |

Chapter 1: An Introduction to Your Benefits

| Qualified Event | Medical, Dental, or Vision | | | Health Care Flexible Spending Account | |
|---|---|---|---|---|---|
| | *Add Coverage* | *Drop Coverage* | *Change Coverage* | *Enroll or Increase* | *Drop or Decrease* |
| **Change in your domestic partner's or same-sex spouse's employment status that affects eligibility** | | | | | |
| New job that results in new eligibility | No | You may drop your domestic partner, same-sex spouse, and their children if they enroll in the corresponding plans with their employer. | You may not change plans or make changes to your before-tax elections unless your domestic partnership is eligible for before-tax treatment for federal income tax purposes. | No | No |
| Job termination or change in status that causes loss of eligibility | You may add your domestic partner, same-sex spouse, and their children if they lose coverage under their employer's plan. | No | You may not change plans or make changes to your before-tax elections unless your domestic partnership is eligible for before-tax treatment for federal income tax purposes. | No | No |
| **Death of your domestic partner or same-sex spouse or their dependent(s)** | | | | | |
| You lose your domestic partner, same-sex spouse, or their dependent(s) through death | No | You must drop coverage for the dependent. | You may not change plans or make changes to your before-tax elections unless your domestic partnership is eligible for before-tax treatment for federal income tax purposes. | No | No |

The changes in the preceding table do not allow you to make changes to your before-tax elections unless your domestic partnership is eligible for before-tax treatment for federal income tax purposes. This means that you must already be enrolled in a specific benefit plan as a team member to also enroll your after-tax domestic partner, same-sex spouse, or that person's children due to one of the events listed above. Also, you may not cancel your own before-tax coverage when you experience an event that allows you to drop after-tax coverage for your domestic partner, same-sex spouse, or that person's children. For more information, see the "Canceling coverage" section in this chapter.

### Effective date for changes to coverage

When making enrollment election changes within the permitted 60-day period, most changes in coverage will be effective the first of the month following the date of the event or the date you contact the HR Service Center, whichever is later. In general, the change in premium is effective on the date of change in coverage. The following are exceptions to the effective date of coverage change and/or premiums change described above:

- The timely Medical Plan enrollment of a dependent gained through birth, adoption, or placement for adoption will be made retroactively to the date of birth, adoption, or placement for adoption. Enrollment in vision, dental, and flexible spending accounts is effective the first of the month following the date of event or the date you contact the HR Service Center, whichever is later.

- Termination of coverage due to death of a spouse, domestic partner or same-sex spouse, or other eligible dependent is effective on the date of death.

- Termination of coverage due to loss of eligibility of a dependent is effective at the end of the month in which he or she is no longer eligible. If you do not call to drop your ineligible dependent, your premiums or contributions will continue to reflect his or her coverage, but claims will be denied because your dependent is ineligible. Any premiums or contributions made after the date on which your dependent is no longer eligible but before you contact the HR Service Center and provide any required documentation will not be refunded.

- After you make an election or change due to a HIPAA special enrollment right or a Qualified Event, you may not make further changes to that benefit election during the 60-day period unless you experience another special enrollment right or Qualified Event. If you wish to change your coverage after the 60-day limit, you must wait until the next Annual Benefits Enrollment period or your attaining a new special enrollment right or Qualified Event.

### Qualified Events for Day Care Flexible Spending Account

You may change a Day Care Flexible Spending Account election during the plan year only if a Day Care Qualified Event occurs. You may make an election change if the Qualified Event affects your qualified employment-related expenses as described in Internal Revenue Code (IRC) Publication 503, "Child and Dependent Care Expenses." If you think you have a Day Care Qualified Event, call the HR Service Center within 60 days of the event to make enrollment changes.

The table on the next page outlines the Qualified Events for the Day Care Flexible Spending Account. You may make enrollment and election changes to the Day Care Flexible Spending Account only upon the occurrence of one of these Qualified Events or during Annual Benefits Enrollment. For more information, see the "Annual Benefits Enrollment" section in this chapter. This table also lists the enrollment and election changes that are consistent with each Qualified Event.

| Qualified Event | Day Care Flexible Spending Account |
|---|---|
| **Change in marital status** | |
| Marriage | · You may enroll or increase contributions for newly eligible dependents.<br><br>· You may drop coverage or decrease contributions if your new spouse makes contributions to a Day Care Flexible Spending Account under his or her employer's plan.<br><br>· You must drop coverage if your new spouse is not employed outside the home unless your spouse is seeking employment, enrolled as a full-time student, or mentally or physically incapable of self-care. |
| Divorce, legal separation, annulment, or death of spouse | · You may enroll or increase contributions for newly eligible dependents (e.g., your spouse, an at-home parent, dies, resulting in new day care expenses).<br><br>· You may drop coverage or decrease contributions if a dependent's eligibility is lost when you lose your spouse (e.g., if your dependent now resides with your ex-spouse, you must drop coverage). |
| **Gain or loss of dependents** | |
| Gain: birth or adoption | You may enroll or increase contributions for newly eligible dependent and any other eligible dependents who were not previously covered. |
| Loss: death or placement for adoption | You may decrease contributions for a dependent who loses eligibility. If this was the only eligible dependent covered, you must drop coverage. |
| **Change in employment status that affects eligibility** | |
| New employment for you, or other employment status change triggering eligibility (e.g., flexible to regular status) | If you gain eligibility for this coverage through new hire eligibility or newly eligible status (e.g., change in employment status from flexible to regular status), you may enroll in coverage. |
| New employment for your spouse or dependent or other employment event triggering eligibility under your spouse's or dependent's plan | · You may enroll or increase your contributions to reflect new eligibility (e.g., your spouse begins new employment and had previously not been employed).<br><br>· You may drop coverage or decrease contributions if your spouse gains new eligibility to an employer's plan and enrolls to cover dependent. |
| End of your employment or other employment status change, resulting in loss of eligibility (e.g., regular to flexible status) | You must drop all coverage. |
| End of your spouse's or dependent's employment or other employment status change, resulting in loss of eligibility under their employer's plan (e.g., regular to flexible status, unpaid leave, strike, or lockout) | · You may enroll or increase contributions if your spouse or your dependent loses eligibility under your spouse's or dependent's employer's plan.<br><br>· You may drop coverage or decrease contributions if eligibility is lost; for example, if your spouse is no longer employed. (If spouse is not employed, then the spouse needs to meet one of the other criteria detailed in "Chapter 5: Flexible Spending Accounts Plan." Otherwise, you are not eligible to be enrolled.) |

| Qualified Event | Day Care Flexible Spending Account |
| --- | --- |
| **Gain or loss of dependent eligibility** | |
| Your dependent becomes eligible for benefits | You may enroll or increase contributions to cover expenses for newly eligible dependent. |
| Your dependent becomes ineligible for benefits | You may drop coverage or decrease contributions to account for ineligible expenses for dependent who loses eligibility. |
| **Permissible election change or coverage change under your spouse's or dependent's employer's plan** | |
| Coverage is dropped during the official enrollment period of your spouse's dependent's employer's plan | You may enroll or increase contributions if your dependent's coverage under your spouse's or your dependent's employer's day care flexible spending account plan is dropped at open or annual benefits enrollment. |
| Coverage is dropped during the official enrollment period of your spouse's dependent's employer's plan | You may drop or decrease contributions if your dependent becomes eligible for the same coverage during open or annual benefits enrollment under your spouse's or your dependent's employer's day care flexible spending account plan, and such coverage is added under the other plan. |
| Coverage is involuntarily decreased or dropped | You may enroll or increase contributions if your spouse or dependent receives corresponding decreased coverage under another employer's day care flexible spending account plan. |
| **Changes to your day care service** | |
| Your eligible child care provider changes hours, cost, location, or availability of service | You may increase or decrease contributions. The change must be consistent with the change in your qualified day care expenses. |
| **Changes to your day care needs** | |
| You change day care services (new hours, new provider, different location) to meet changes in your day care needs (smaller center, better location, school-based extended day program for new student; better quality; new nanny-sharing arrangement, etc.) | You may enroll, cancel, increase, or decrease contributions. The change must be consistent with the change in your qualified day care expenses. |

*If you have questions whether a particular change is a Qualified Event for the Day Care Flexible Spending Account, contact the HR Service Center.*

The change in coverage will be effective the first of the month following the date of the event or the date you contact the HR Service Center, whichever is later. For coverage changes due to death of a dependent, coverage for the dependent will end on the date of death. You must provide all necessary information to complete the request. Any change in contribution is effective on the first pay period after the change has been requested and processed. If you wish to change your coverage after the 60-day limit, you must wait until the next Annual Benefits Enrollment period.

### Changes must be consistent

A change in the level of coverage must be consistent with the Qualified Event. For example, the birth of a baby would be a Qualified Event. The baby is a newly eligible dependent, and this event allows you to enroll or increase coverage or contributions. The plan administrator (in its sole discretion) shall determine whether a requested change is on account of and corresponds to a Qualified Event.

### Removing ineligible dependents

When your dependent's eligibility ends (e.g., 19th birthday, graduation from college, marriage of a dependent child, divorce of a spouse, or any other event that results in a loss of eligibility), call the HR Service Center within 60 days of the event to cancel coverage. The dependent's coverage will terminate at the end of the month in which he or she is no longer eligible under the health plan. Premiums or contributions will continue to be taken until you notify and provide any required documentation to the HR Service Center of your dependent's ineligibility. Premiums and contributions paid prior to proper notification or documentation will not be refunded. Claims incurred by an ineligible dependent after the end of the month in which coverage ends will be denied. For more information, see the "Ineligible dependents" section in this chapter.

Ineligible dependents may be eligible for COBRA. If you fail to provide notice and proper documentation of a dependent's ineligible status within 60 days of the date that coverage would have normally ended due to an ineligibility event, coverage will be canceled immediately upon discovery retroactive to the date of ineligibility, COBRA continuation coverage rights will expire, and premiums will not be refunded. In addition, you may be subject to corrective action, including termination of employment.

Dependents who are voluntarily dropped from benefits plan coverage during Annual Benefits Enrollment are not eligible for COBRA continuation coverage.

In the event one of your covered dependents becomes a Wells Fargo team member and elects coverage, he or she is no longer an eligible dependent under the plan and must be removed from your coverage. You must contact the HR Service Center to remove this dependent from coverage. The dependent's coverage will end as of the date your dependent's coverage begins with Wells Fargo, and the applicable change in premium contribution will take effect on the next available pay period following the date you contact the HR Service Center and provide complete information to make the change.

### If you move

If you're planning to move, you should contact the HR Service Center to speak with a representative as soon as you know your new address to update the company's record of your address. Depending on where you move, you may also change:

- Your medical plan coverage option if you move out of the network area or if another regional plan becomes available

- Your medical group

- Your primary care physician (PCP)

You have 60 days from the date of the move to request an enrollment change, if applicable. Any change in coverage will be effective the first of the month following the date of the move. If you add or drop dependents based on the move, the changes will be effective the first of the month following the move, or the date you contact the HR Service Center, whichever is later. If you do not request an enrollment change and your plan is no longer available, your coverage will be defaulted to the UnitedHealthcare Consumer Directed Health Plan Gold immediately after the address change is made. You will have another opportunity to change coverage during the next Annual Benefits Enrollment period.

### Canceling coverage

You may not cancel your before-tax coverage during the plan year unless you have a Qualified Event and your election to cancel your before-tax coverage is consistent with the Qualified Event. If you don't have a Qualified Event during the plan year, you must wait until the next Annual Benefits Enrollment period to cancel coverage. For more information, see the Qualified Events sections.

A change in status of a domestic partner/same-sex spouse is not a Qualified Event if you don't pay for his or her coverage with before-tax premiums. If you have a status change related to a domestic partner/same-sex spouse and/or your domestic partner/same-

sex spouse's dependent who is not qualified as your dependent under the Internal Revenue Code, you may cancel your domestic partner/same-sex spouse's coverage during the plan year, but you may not cancel your own coverage.

## Coverage When You Are Not Working

### Leave of absence

In most cases, your Wells Fargo Medical, Dental, and Vision Plan coverage can continue during an approved leave of absence provided you continue making your premium payments (subject to any plan changes that occur while you're on leave). If you are receiving pay from Wells Fargo while on your leave of absence, your premium payments, including any contributions to the flexible spending accounts, will continue to be deducted from your pay.

If you are not receiving pay from Wells Fargo while on an approved leave of absence, your participation in the flexible spending accounts will continue; however, your contributions to the flexible spending accounts will cease. Retroactive contributions to the flexible spending accounts will be collected from your pay by recalculating the remaining annual amount when you return to work following your leave (provided you return during the same plan year). Refer to "Chapter 5: Flexible Spending Accounts Plan" for further information regarding your flexible spending accounts while on a leave of absence.

You will receive a letter from the HR Service Center telling you how to continue your Wells Fargo Medical, Dental, and Vision Plan coverage and how to make your payments. If you do not receive this information, call the HR Service Center. Coverage ends if premium payments are not received on time. If your coverage is canceled due to nonpayment of benefits, you must wait until the next Annual Benefits Enrollment period to reenroll unless you have a special enrollment right or a Qualified Event. For more information, see the "Special enrollment rights" section and the Qualified Events sections in this chapter.

If you are a regular or part-time team member on an approved leave of absence, you are eligible for special enrollment rights under HIPAA and eligible to make enrollment changes due to Qualified Events, even if you were not enrolled in benefits prior to your leave. For more information, see the "Special enrollment rights" section in this chapter. If you experience a special enrollment right or Qualified Event while on leave, contact the HR Service Center to enroll or make changes to benefits.

## Medical Leave, Workers' Compensation Leave, and Family Leave

Coverage for medical, dental, and vision benefits may continue during your leave if you continue paying your premiums. (If you are receiving STD benefits, your premiums will continue to be deducted from your STD benefit.) Coverage stops if you stop paying your premiums or revoke coverage as permitted by applicable law.

If your coverage lapses due to nonpayment but you return to work within the job reinstatement period applicable to your leave under the Family and Medical Leave Act (FMLA) or other similar state statutes, coverage and contributions may be reinstated. You must contact the HR Service Center within 60 days of your return to work to request reinstatement of your coverage. Coverage will be effective the date you return to work. If you do not reinstate your coverage within 60 days of your return to work, you must wait until the next Annual Benefits Enrollment period to reenroll, unless you have a special enrollment right or a Qualified Event. For more information, see the "Special enrollment rights" section and the Qualified Events sections in this chapter.

If your coverage lapses due to nonpayment but you return to work after the job reinstatement period applicable to your leave has expired, or your leave is not protected with job reinstatement rights, you must wait until the next Annual Benefits Enrollment period to reenroll, unless you have a special enrollment right or a Qualified Event. Call the HR Service Center within 60 days of your return to work to determine your options. For more information, see the "Special enrollment rights" section and the Qualified Events sections in this chapter.

If you or a covered dependent is or becomes eligible for Medicare while you are on leave, you may want to consider the Medicare enrollment options. If you or your covered dependent does not enroll in Medicare when first eligible, Medicare imposes late enrollment surcharges and limits your ability to enroll unless certain requirements are met. For more information on enrolling in Medicare when you first become eligible, and about any late enrollment penalties or surcharges that may be imposed by the federal government for not enrolling when first eligible for Medicare, refer to www.medicare.gov or call Medicare at 1-800-633-4227.

## Job Search Leave

Coverage for medical, dental, and vision benefits may continue during your leave if you continue to pay your premiums. Coverage ends if premium payments are not received on time. If your coverage ends and you return to work, you must wait until the next Annual Benefits Enrollment period to reenroll, unless you have a special enrollment right or a Qualified Event. Call the HR Service Center within 60 days of your return to work to determine your options. For more information, see the "Special enrollment rights" section and the Qualified Events sections in this chapter. If you continue coverage during your leave and your employment ends upon completion of the leave, you will be eligible to continue coverage under COBRA. See the "Continuing Coverage Under COBRA" section in this chapter.

## Military Leave

Coverage for medical, dental, and vision benefits can continue through the first 24 months of your Military Leave provided you continue to pay your premiums. Coverage stops if you stop paying your premiums or cancel coverage as allowed under this leave.

If your coverage lapses due to nonpayment but you return to work within the applicable job reinstatement period, coverage and contributions may be reinstated. You must contact the HR Service Center within 60 days of your return to work to request reinstatement of your coverage. Coverage will be effective the date you return to work. If you do not reinstate your coverage within 60 days of your return to work, you must wait until the next Annual Benefits Enrollment period to reenroll, unless you have a special enrollment right or a Qualified Event. For more information, see the "Special enrollment rights" section and the Qualified Events sections in this chapter.

If your coverage lapses due to nonpayment but you return to work after the applicable job reinstatement period has expired, you must wait until the next Annual Benefits Enrollment period to reenroll, unless you have a special enrollment right or a Qualified Event. Call the HR Service Center within 60 days of your return to work to determine your options. For more information, see the "Special enrollment rights" section and the Qualified Events sections in this chapter.

## Personal Leave or Unpaid Administrative Leave

Coverage for medical, dental, and vision benefits may continue during your leave if you continue to pay your premiums. Coverage ends if premium payments are not received on time. If your coverage ends and you return to work following the leave, you must wait until the next Annual Benefits Enrollment to reenroll, unless you have a special enrollment right or a Qualified Event. Call the HR Service Center within 60 days of your return to work to determine your options. For more information, see the "Special enrollment rights" section and the Qualified Events sections in this chapter. If you continue coverage during your leave and your employment ends upon completion of your leave, you will be eligible to continue coverage under COBRA. See the "Continuing Coverage Under COBRA" section in this chapter.

If you or a covered dependent is or becomes eligible for Medicare while you are on leave, you may want to consider the Medicare enrollment options. If you or your dependent does not enroll in Medicare when first eligible, Medicare imposes late enrollment surcharges and limits your ability to enroll unless certain requirements are met. For more information on enrolling in Medicare when you first become eligible, and about any late enrollment penalties or surcharges that may be imposed by the federal government for not enrolling when first eligible for Medicare, refer to www.medicare.gov or call Medicare at 1-800-633-4227.

## Salary Continuation Leave

Coverage for medical, dental, and vision benefits may continue during your leave if you continue to pay your premiums. (Premiums will continue to be deducted from your salary continuation pay.) If your employment ends following your Salary Continuation Leave, your active coverage will end. You may be eligible to extend coverage under COBRA. For more information, see the "Continuing Coverage Under COBRA" section in this chapter.

## Before-tax premiums

If you paid premiums with before-tax dollars before your leave, you may resume before-tax premiums upon your return to work if:

- You continue coverage for the length of your leave.

- You return to work within the FMLA job reinstatement period or an applicable job reinstatement period under another federal or state statute following a Medical Leave, Workers' Compensation Leave, Family Leave, or Military Leave and your coverage is reinstated.

## Coverage After You Retire

### Eligibility for medical and dental coverage

You may enroll in retiree medical and dental coverage when you retire, subject to the eligibility listed below. Your "years of service" are measured from your corporate hire date.

Your corporate hire date, also known as the "adjusted service date" or "current hire date," is the service date applicable for benefits. This date generally reflects prior service from acquisitions made by Wells Fargo.

To elect medical and/or dental coverage when you retire, you must retire:

- On or after age 55 with at least 10 years of service
- With at least 80 points (based on age plus years of service)
- Or age 65 with one year of service

Exceptions to the above eligibility rules:

- If you were on Wachovia's payroll as of December 31, 2009, in a benefits-eligible employment classification, and your age plus years of service equals 50 or greater as of January 1, 2010, you are eligible for retiree medical at age 50 with 10 years of service.

- If at the end of your Salary Continuation Leave or Medical Leave, you are six months or less away from obtaining eligibility for retiree medical, a six months maximum unpaid leave of absence is available.

- Effective January 1, 2009, you are eligible for Retiree Medical at the end of your Salary Continuation Leave if you have at least 65 points (with a minimum age of 45 and your age plus years of service totaling at least 65). This eligibility provision will end on December 31, 2011.

- In order to retain eligibility for retiree medical at the end of your Salary Continuation Leave, you must meet the following three requirements prior to December 31, 2011:

  - You must have at least 65 points (with a minimum age of 45 and your age plus years of service totaling at least 65).

  - Your Salary Continuation must end prior to December 31, 2011.

  - You must complete your election of retiree medical.

You may cover your spouse, domestic partner/same-sex spouse, and any other eligible dependents under your retiree medical and dental coverage. Spouses or domestic partners/same-sex spouses may not be added to coverage after you retire, unless they are newly attained dependents through marriage or the establishment of a domestic partnership.

Retiree dental coverage ends the first of the month in which you turn 65. If you are already 65 or older at retirement, you are not eligible to continue dental coverage as a retiree.

Medical coverage changes the first of the month in which you, your spouse or domestic partner/same-sex spouse, or other covered dependent reaches age 65 or becomes eligible for Medicare regardless of age, whichever comes first. If your 65th birthday falls on the second through the last day of the month, you become eligible the first of the same month. If your 65th birthday falls on the first of the month, you are eligible for Medicare the first of the month before. (For example: If your birthday is on October 2, then you are eligible on October 1. If your birthday is on October 1, then you are eligible on September 1.) As soon as you or your covered dependents become eligible for Medicare, your coverage will change. You may continue medical coverage for yourself and your eligible enrolled dependents through Wells Fargo with a Medicare supplemental plan or Medicare Advantage Plan (if available).

If you cancel your medical or dental coverage at any time after you retire, coverage for you and your covered dependents is canceled and you and your dependents may never reenroll in coverage. Likewise, your dependents may never reenroll in coverage.

### Before you're eligible for Medicare

You may elect medical and dental coverage for yourself and your eligible dependents. You will pay the entire cost of both retiree medical and dental coverage, except as noted under the "Certain retiree groups" section to the right. If you or a covered dependent qualifies for Medicare coverage before age 65, you may be eligible to continue medical coverage through Wells Fargo with a Medicare supplemental plan or Medicare Advantage Plan (if available). You must notify a retirement specialist at the Wells Fargo Retirement and COBRA Service Center when you become eligible for Medicare.

For more information about retiree medical and dental benefits, refer to the *Retiree Benefits Book* on *Teamworks* at work or at home.

## After you're eligible for Medicare, but not age 65

You must notify a retirement specialist at the Wells Fargo Retirement and COBRA Service Center when you become eligible for Medicare. If you or a covered dependent is eligible for Medicare before the age of 65 due to disability, and you wish to continue retiree medical coverage, the person entitled to Medicare can only continue medical coverage through Wells Fargo with a Medicare supplemental plan or Medicare Advantage Plan (if available). Dental coverage for you and your eligible enrolled dependents is not affected by Medicare eligibility under age 65. You will pay the entire cost of both retiree medical and dental coverage, except as noted in the "Certain retiree groups" section to the right. Refer to the "Medicare Overview" section in this chapter for other important details and requirements.

## Age 65 and over or individuals eligible for Medicare (Medicare eligible)

You must notify a retirement specialist at the Wells Fargo Retirement and COBRA Service Center when you become eligible for Medicare. Retiree dental coverage ends the first of the month in which you turn 65. If you are already 65 or older at retirement, you are not eligible to continue dental coverage as a retiree.

Medical coverage changes the first of the month in which you, your spouse or domestic partner/same-sex spouse, or other covered dependent reaches age 65 or becomes eligible for Medicare regardless of age, whichever comes first. If your 65th birthday falls on the second through the last day of the month, you become eligible the first of the same month. If your 65th birthday falls on the first of the month, you are eligible for Medicare the first of the month before. (For example: If your birthday is on October 2, then you are eligible on October 1. If your birthday is on October 1, then you are eligible on September 1.)

As soon as you or your covered dependents become eligible for Medicare, your coverage will change. You may continue medical coverage for yourself and your eligible enrolled dependents through Wells Fargo with a Medicare supplemental plan or Medicare Advantage Plan (if available). You will pay the entire cost of retiree medical coverage, except as noted in the "Certain retiree groups" section to the right. Refer to the "Medicare Overview" section in this chapter for other important details and requirements.

### Certain retiree groups

Wells Fargo generally does not contribute to or subsidize the cost of retiree medical coverage under the current retiree medical program except for some groups of retirees and active team members who are eligible for subsidized coverage. To be eligible for subsidized coverage, team members must be a member of one of the following defined groups and meet the specified criteria.

Team members who retire on or after July 1, 1999, and are eligible for a subsidy as defined below, must make a minimum contribution of $35 per month per covered retiree or spouse toward the cost of their medical coverage. (This amount is subject to change.)

### Former Wells Fargo team members

You will be eligible for a retiree medical subsidy if you meet all of the following criteria:

- You were a team member on June 30, 1999.

- You were on a payroll that covered a former Wells Fargo location and were in a benefits-eligible employment classification on November 2, 1998.

- You have been continuously employed by Wells Fargo since June 30, 1999.

- You are in either Group C or Group D described below and, at the time you retire, meet the criteria for that group:

  - **Group C.** As a team member of the former Wells Fargo who was eligible to retire on January 1, 1993 (at least 55 years old with 10 or more years of service), or a team member of the former First Interstate who was eligible to retire on or before January 1, 1997, you are eligible for a subsidy if you retire at or after age 55 with 10 years or more of service. Before you become eligible for Medicare, the annual subsidy is $140 times years of service to a maximum of 25 years. If your spouse or domestic partner/same-sex spouse is also covered at the time you retire, a subsidy in the same amount will apply to his or her coverage. After you become eligible for Medicare, you may continue medical coverage at a rate determined by Wells Fargo.

  - **Group D.** As a team member of the former Wells Fargo with an adjusted service date earlier than October 1, 1992, or a team member of the former First Interstate with an adjusted service date earlier than January 1, 1992, but not a member of Group C described above, you are eligible for a subsidy if you retire at or after age 55 with 10 or more years of service. Before you become eligible for Medicare, the annual subsidy is $140 times years of service (to a maximum of 25 years). If your spouse or domestic partner/same-sex spouse is also covered at the time you retire, a subsidy in the same amount will apply to his or her coverage. After you become eligible for Medicare, there is no further subsidy.

## Former Norwest team members

You will be eligible for a retiree medical subsidy if you meet all of the following criteria:

- On June 30, 1999, you were a team member on a payroll that covered a Norwest location and were in a benefits-eligible employment classification on November 2, 1998.

- You have been continuously employed by Wells Fargo since June 30, 1999.

- You were in either of the two defined groups:

### I. 45 and 5

- You were at least age 45 with five or more years of credited service as defined by the Norwest Corporation Pension Plan on June 30, 1999.

- You retire at or after age 55 with at least 15 years of credited service as defined by the Norwest Corporation Pension Plan prior to June 30, 1999, and the Wells Fargo Cash Balance Plan from July 1, 1999, through June 30, 2009.

### II. Not 45 and 5

- You did not meet the age 45 and five years of credited service criteria listed.

- You retire at or after age 55 with at least 15 years of credited service as defined by the Norwest Corporation Pension Plan prior to June 30, 1999, and the Wells Fargo Cash Balance Plan from July 1, 1999, through June 30, 2009.

Before you become eligible for Medicare, the annual subsidy will be $140 times years of credited service to a maximum of 25 years. After you are eligible for Medicare or age 65, whichever comes first, the annual subsidy will be reduced to $50 times years of credited service to a maximum of 25 years. If your spouse or domestic partner/same-sex spouse is also covered at the time you retire, a subsidy in the same amount will apply to his or her coverage.

*Pre-Medicare-Eligible Subsidy*

Before you become eligible for Medicare, the annual subsidy will be equal to the greater of the subsidy provided under the Norwest Corporation retiree medical program (see the "Norwest Age and Service Matrix" table in this chapter) as of June 30, 1999, or $140 times years of service to a maximum of 25 years. If your spouse, domestic partner, or same-sex spouse is also enrolled in your medical coverage at the time you retire, a subsidy in the same amount will apply to his or her coverage.

The subsidy calculation is based on the cost of the UnitedHealthcare PPO Plan in the year you retire. This subsidy amount is frozen and will not increase in future years. If you choose another plan option, the subsidy amount is still determined by the cost of the UnitedHealthcare PPO Plan.

### Example: Subsidy Determination Using the Norwest Age and Service Matrix

| | |
|---|---|
| Age at retirement | 55 |
| Years of service | 15 |
| 2009 UnitedHealthcare PPO Plan Monthly Premium | $679.01 |
| Retiree monthly subsidy | $679.01 × 25% = $169.75 |
| 2009 retiree monthly cost for UnitedHealthcare PPO Plan | $679.01 – $169.75 = $509.26 |

*Medicare-Eligible Subsidy*

After you become eligible for Medicare or age 65, whichever comes first, the subsidy will be equal to the subsidy provided under the former Norwest Corporation retiree medical program as of June 30, 1999 (see the "Norwest Age and Service Matrix" table in this chapter). If your spouse, domestic partner, or same-sex spouse is also covered by your medical plan at the time you retire, a subsidy in the same amount will apply to his or her coverage.

The subsidy calculation is based on the cost of the UnitedHealthcare Medicare Supplement Plan in the year you retire, even if you are not yet eligible for Medicare at the time you retire. This subsidy amount is frozen and will not increase in future years. If you choose another Medicare supplemental plan, the subsidy amount is still determined using the cost for the UnitedHealthcare Medicare Supplement Plan.

### Example: Subsidy Determination Using the Norwest Age and Service Matrix

| | |
|---|---|
| Age at retirement | 55 |
| Years of service | 15 |
| 2009 UnitedHealthcare Medicare Supplement Monthly Premium | $293.92 |
| Retiree monthly subsidy | $268.09 × 25% = $73.48 |
| 2009 retiree monthly cost for UnitedHealthcare Medicare Supplement | $293.92 – $73.48 = $220.44 |

Chapter 1: An Introduction to Your Benefits

**Norwest Age and Service Matrix**

| Age at retirement | Years of credited service under the Norwest Pension Plan and Cash Balance Plan from July 1, 1999, through June 30, 2009* | | | | |
|---|---|---|---|---|---|
| | 0 – 14 | 15 – 19 | 20 – 24 | 25 – 29 | 30 and over |
| 55 – 58 | NA | 25% | 33% | 42% | 50% |
| 59 – 61 | NA | 33% | 43% | 54% | 65% |
| 62 – 64 | NA | 40% | 53% | 67% | 80% |
| 65 years and older | 0% | 50% | 67% | 83% | 100% |

* After June 30, 2009, years of credited service will continue to be the completed 365-day working period from July 1 through June 30.

## Wells Fargo Financial team members

You will be eligible for a retiree medical subsidy if:

- On December 31, 2002, you were a team member in a benefits-eligible employment classification at Wells Fargo Financial.
- You have been continuously employed by a Wells Fargo subsidiary since December 31, 2002.

The subsidy will be based on your age and years of service and will be calculated at the time you retire.

### For more information

To inquire about your retiree coverage options before and after you are eligible for Medicare, call the Wells Fargo Retirement and COBRA Service Center to speak with a retirement specialist.

## Medicare Overview

Medicare is a U.S. federal health insurance program for people 65 years of age and older, some disabled people under 65 years of age, and people with end-stage renal disease (permanent kidney failure treated with dialysis or a transplant). Medicare provisions and rules are determined by the federal government and are subject to change at its discretion.

Please refer to the *Retiree Benefits Book* on *Teamworks* at work or at home for information about the retirement plans and options available to you when you retire.

### Notice of Creditable Coverage

Companies that provide prescription drug coverage to Medicare-eligible persons are required to provide "creditable coverage" notices each year. If you and your covered dependent(s) are not eligible for Medicare, "creditable coverage" is not applicable to you or your family member(s). However, if you or a covered dependent is eligible for Medicare,

each of the Wells Fargo medical plan coverage options available to Medicare-eligible participants that include prescription drug coverage is considered "creditable," and you do not need to enroll in a separate Medicare D plan. (However, the Wells Fargo Financial Medicare Supplement Plan does not provide prescription drug coverage. For this group of retirees, you and your covered dependents should enroll in Medicare Part D when first eligible if you wish to have prescription coverage, because you do not have "creditable coverage" through the Wells Fargo plan.)

### Medicare and active team members

If you or a covered dependent is eligible or becomes eligible for Medicare while covered as an active team member, your coverage through Wells Fargo will not be terminated if you do not enroll in Medicare Parts A and B at that time. Generally, while you are covered as an active team member, the Wells Fargo plan will continue to pay your claims as primary payer. However, depending on the reason for Medicare entitlement, Medicare may be the primary payer of your claims as allowed under federal law.

You should contact Medicare to determine any consequences and processes applicable to delayed enrollment in Medicare Parts A, B, and/or D.

### For more information about Medicare

The Medicare website at www.medicare.gov is a great resource for up-to-date information. At the site, you can learn how Medicare works, review Medicare-related publications, and see answers to frequently asked questions. You can also call Medicare at 1-800-633-4227 for more information on enrolling when you first become eligible and any late enrollment penalties or surcharges that may be imposed by the federal government for not enrolling when first eligible for Medicare.

## When Coverage Ends

Team member coverage ends on the last day of the month in which either Wells Fargo stops providing coverage or one of the following occurs:

- You no longer meet the benefits eligibility requirements

- You stop paying for coverage

### Dependents

Coverage for dependents ends when your coverage ends. Dependent coverage also ends in the following situations:

- For a spouse, when there is a legal separation or the marriage is dissolved

- For a domestic partner or same-sex spouse, when the partnership or same-sex marriage terminates

- For dependent children, when they marry, exceed the age limits, or no longer meet full-time student or dependent eligibility requirements

When your dependents no longer meet the eligibility requirements, you must terminate coverage by calling as soon as possible. You must call within 60 days from the date that your dependent no longer meets the eligibility requirements in order to make any changes allowed due to a Qualified Event. You must call within 60 days of when coverage would normally end due to loss of eligibility in order for your dependent to be eligible extension of coverage under COBRA. You may be asked to submit documentation to support the ineligibility. Coverage terminates at the end of the month in which the dependent becomes ineligible.

If the dependent becomes ineligible on the last day of the month, coverage ends on that day. Claims incurred by the dependent after the end of the month in which coverage ends will be denied. Premiums or contributions will continue to be taken until you notify the HR Service Center (and provide any required documentation) that your dependent is no longer eligible. Premiums and contributions made prior to proper notification will not be refunded.

If coverage ends, and you and/or your dependent notify and provide any required documentation to the HR Service Center within the designated time, you and your dependents may be eligible for extension of coverage under COBRA. You will receive a COBRA Enrollment Notice and a Certificate of Group Health Plan Coverage as required under the provisions of HIPAA.

For information on the plans' amendment and termination provisions, see the "Future of the Plans" section in "Appendix B: Legal Notifications."

## Coverage if you die

If you die while a covered team member at Wells Fargo, your dependents may continue their coverage for a limited period of time. The first 12 months of COBRA coverage will be paid by Wells Fargo in full. Thereafter, your surviving dependents must pay the full COBRA premium.

If you were a participant in the Flexible Spending Accounts Plan, your dependents or the executor of your estate may continue to file claims for eligible expenses incurred while you were a participant until your account balances are used up or until the final claim deadline, whichever occurs first. Your dependents may be eligible to continue coverage under the Health Care Flexible Spending Account by enrolling through COBRA and making after-tax contributions by check.

## Continuing Coverage Under COBRA

The Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) requires most employers sponsoring group health plans to offer covered team members, their spouses, and dependent children the opportunity for a temporary extension of existing coverage in certain instances when coverage under the group health plans otherwise would end. Wells Fargo also extends continuation coverage to covered team members' domestic partners, same-sex spouses, and eligible dependents of domestic partners and same-sex spouses under rules similar to COBRA.

If you or a dependent is entitled to Medicare at the time you are offered COBRA coverage or while enrolled under COBRA, you should consider enrolling in Medicare when you're first eligible. Delaying enrollment in Medicare may result in late enrollment penalties or surcharges.

For more information on enrolling in Medicare and any late enrollment penalties or surcharges that may be imposed by the federal government, refer to www.medicare.gov or call Medicare at 1-800-633-4227.

## Primary Qualifying Events

The following events may allow a team member or a dependent to continue coverage when it would otherwise end:

| Wells Fargo Team Member | Spouse, Domestic Partner, or Same-Sex Spouse | Dependent Children |
|---|---|---|
| • Reduction in hours of employment results in ineligibility | • Team member's reduction in hours results in ineligibility | • Team member's reduction in hours results in ineligibility |
| • Termination | • Termination of team member | • Termination of team member |
| • Retirement | • Retirement of team member | • Retirement of team member |
| | • Divorce, legal separation, or termination of partnership | • Divorce, legal separation (for stepchildren only), termination of partnership or same-sex marriage (for children of domestic partner or same-sex spouse) |
| | • Death of team member | • Death of team member |
| | | • Loss of dependent status |

## Coverage and eligibility rights

Plan coverage may be continued through COBRA only for those individuals who were covered by the plan at the time the qualifying event occurred. Each of those individuals has the right to elect coverage regardless of what the team member or other covered dependents choose.

## New dependent eligibility and rights

Newly eligible dependents may be added to coverage after the qualifying event, provided they meet the eligibility requirements and enroll within 60 days of becoming eligible. However, except for newborn or newly adopted children, dependents added after the qualifying event may only be covered with a person who had COBRA rights at the time of the qualifying event. They may not extend coverage individually. Newly born or adopted children who become dependents after the qualifying event do have these continuation rights individually.

## Other qualified COBRA beneficiaries

A child of a team member who is receiving benefits under the Medical Plan pursuant to a QMCSO received by Wells Fargo as plan administrator during the covered team member's period of employment with Wells Fargo is entitled to the same rights under COBRA as a dependent child of the covered team member.

## Adding new dependents

To enroll newly eligible dependents in COBRA, you must notify the Wells Fargo Retirement and COBRA Service Center within 60 days of their becoming eligible.

## Length of Extending Coverage

The length of extended coverage under COBRA depends upon the qualifying event triggering eligibility, as illustrated in the table below.

| Qualifying Event | Maximum Extension and Cost |
| --- | --- |
| Your employment classification changes from regular or part-time to flexible. | 18 months, full cost [1, 2, 3, 4, 5, 6, 7] |
| A dependent child reaches the age limit, marries, or is no longer a full-time student, or exhausts coverage available under "Michelle's Law" (student who loses student status due to severe illness or injury). | 36 months, full cost [1, 6] |
| You become legally separated, divorced, or domestic partnership is terminated (coverage extends to former spouse, domestic partner or same-sex spouse, stepchildren, and children of domestic partner or same-sex spouse). | 36 months, full cost [1, 6] |
| You die (coverage extends to eligible spouse, domestic partner, same-sex spouse, dependent children, or children of domestic partner or same-sex spouse). | 36 months: 12 months paid by Wells Fargo, 24 months at full cost [1, 2, 6, 7] |
| You terminate employment (including retirement). | 18 months, full cost [1, 2, 3, 4, 6, 7] |

1 Full cost is the total contribution due, including what was previously paid by you and Wells Fargo, and an additional 2%.

2 The Day Care Flexible Spending Account is not subject to COBRA.

3 If you or your dependent is disabled within the first 18 months of continuing coverage, the maximum extension will be 29 months, if you have provided the proper notice to COBRA Administration. Refer to the "Social Security Disability Extension" section below.

4 If you have a subsequent qualifying event after an initial qualifying event, you may be able to continue COBRA for an extended period of time (not to exceed a total of 36 months of COBRA coverage).

5 The full cost does not include any federal subsidy.

6 Coverage may terminate before the end of the maximum extension as described in the "End of COBRA continuation coverage" section in this chapter.

7 Participation in the Health Care Spending Account can continue until your COBRA eligibility ends or the end of the current plan year, whichever is earlier.

### Social Security Disability Extension

A COBRA period of 18 months may be extended for an additional 11 months (up to a maximum of 29 months) if the Social Security Administration determines that you or your qualified dependents are disabled.

If the determination is made before you enroll in COBRA, a copy of the Social Security Disability Administration Notice of Awards letter must be provided to the Wells Fargo Retirement and COBRA Service Center within the first 60 days of COBRA enrollment, even if you may have previously provided the notice to another entity associated with Wells Fargo.

If the determination is made during your COBRA period, a copy of the Social Security Disability Administration Notice of Awards letter must be provided to the Wells Fargo Retirement and COBRA Service Center within 60 days of date of the letter and before the end of the initial 18-month COBRA period. Providing the notice to another entity associated with

Wells Fargo does not fulfill the obligation to provide a copy of the notice to the Wells Fargo Retirement and COBRA Service Center.

Within the time frame specified above, submit the Social Security Disability Administration Notice of Awards letter with a request for extended coverage to:

> Wells Fargo Retirement and
> COBRA Service Center
> PO Box 563995
> Charlotte, NC 28256-3995

If you are granted a Social Security Disability Extension, all end of COBRA continuation rules continue to apply. For more information, see the "End of COBRA continuation coverage" section in this chapter.

Chapter 1: An Introduction to Your Benefits

## Secondary qualifying events

COBRA benefits for your spouse, domestic partner or same-sex spouse, and dependent child(ren) may be extended an additional 18 months for a maximum of 36 months if your covered dependents experience a secondary qualifying event while enrolled in COBRA. Secondary qualifying events are described in the following table.

### Extension of Coverage

| Secondary Qualifying Event | Maximum Extension for Spouse, Domestic Partner or Same-Sex Spouse, or Dependents |
| --- | --- |
| You become legally separated, divorced, or terminate domestic partnership, same-sex marriage, or civil union or you become entitled to Medicare Part A or B. | Additional 18 months for a maximum of 36 months |
| You die. | Additional 18 months for a maximum of 36 months |
| The dependent child loses dependent status because:<br>• Child is no longer under age 19<br>• Child is no longer a full-time student under age 24<br>• Child is no longer an unmarried eligible dependent | Additional 18 months for a maximum of 36 months |

If any of these secondary qualifying events occurs, you or your dependents must notify the Wells Fargo Retirement and COBRA Service Center within 60 days of the secondary qualifying event to maintain extension rights under COBRA.

### Wells Fargo's notification responsibilities

If you terminate or change employment status to flexible, you and your covered dependents will be sent a COBRA Enrollment Notice of your continuation options, where applicable. If you die, your dependents will be sent a COBRA notice explaining their continuation options.

### Your notification responsibilities

In the event of a divorce; legal separation; termination of a domestic partnership, same-sex marriage, or civil union; or a child losing dependent status under the plans, you and/or your covered dependents must inform the Wells Fargo Retirement and COBRA Service Center of the qualifying event and confirm their mailing address on file within 60 days from the date of the qualifying event (whether it is the initial qualifying event or a subsequent qualifying event). The Wells Fargo Retirement and COBRA Service Center will then notify the dependents of their continuation options. If you and/or your covered dependents do not notify the Wells Fargo Retirement and COBRA Service Center within 60 days, COBRA rights will expire. In the event of divorce, notify the Wells Fargo Retirement and COBRA Service Center

of this qualifying event impacting COBRA separately from any qualified domestic relations order (QDRO) that you may submit for retirement plans.

If you or your dependent elects COBRA coverage and becomes entitled to Medicare (Medicare A, Medicare B, or both), after the qualifying event date, you or your dependent must notify the Wells Fargo Retirement and COBRA Service Center of the corresponding Medicare entitlement date. See the "End of COBRA continuation coverage" section in this chapter for more details.

### Making address changes

To protect your rights and those of your family under COBRA, keep the plan administrator informed of any address change of family members. Report address changes by calling the Wells Fargo Retirement and COBRA Service Center.

### COBRA election period

You and your covered dependents have until the later of the following time periods to elect COBRA continuation coverage, either:

• 60 days from the date of the COBRA Enrollment Notice

• 60 days from the date coverage terminates

To enroll in COBRA, you and your covered dependents will need to call the Wells Fargo Retirement and COBRA Service Center to make your election. Your first election is due within 60 days of the date your COBRA enrollment materials are created.

## Paying for COBRA

The costs and payment procedures for COBRA coverage will be explained in the COBRA notice sent to you and your covered dependents. The first payment must be postmarked within 45 days of the date the COBRA Benefits Enrollment form is sent to the Wells Fargo Retirement and COBRA Service Center. Payment should be mailed to the address indicated in the first bill you receive following your election or any subsequent coverage change. Payments should be made as follows:

1. The first payment must be for all the months, from the coverage termination date to the end of the current month. Coverage is reinstated (retroactive to the date active coverage ended) only when both the payment is timely postmarked and the completed enrollment form is received.

2. Subsequent payments must be sent to the Wells Fargo Retirement and COBRA Service Center and postmarked by the first of each month. COBRA continuation allows a 30-day grace period for payment. Payments postmarked after the 30-day grace period are not accepted, and coverage terminates retroactive to the last day of the month for which full payment was received. You may not reinstate coverage.

## End of COBRA continuation coverage

If you or your dependents choose COBRA continuation coverage, it may be continued for the period of time indicated in the "Extension of Coverage" table in this chapter. Whenever your status or that of a dependent changes, you must notify the Wells Fargo Retirement and COBRA Service Center of the change within 60 days.

However, coverage will end before the maximum extension date if any of the following situations occurs:

- **Contributions or premiums are not paid or postmarked within 30 days of the due date.** Coverage will be terminated retroactively to the end of the month for which contributions or premiums were last postmarked.

- **Wells Fargo no longer provides medical, dental, or vision plan coverage to any of its team members or retirees.** Coverage will terminate on the date coverage is no longer offered.

- **You or your dependent obtains coverage under another group plan after your COBRA qualifying event.** Coverage will be terminated retroactively to the end of the month in which the individual obtained coverage under the other group plan.

- **You or your dependent becomes entitled to Medicare (Medicare Part A, Part B, or both) after the date COBRA continuation coverage is elected.** COBRA medical coverage will be terminated retroactively to the end of the month immediately preceding the first of the month the individual became entitled to Medicare. If the Medicare entitlement date is a date other than the first of the month, Wells Fargo coverage will be terminated at the end of the month in which the member became entitled to Medicare. When you or your dependent becomes entitled to Medicare, all COBRA medical coverage elections for that person are terminated, as allowed per federal law.

- **For any reason the plan would terminate coverage of a non-COBRA participant (such as fraud).**

Premiums or contributions will continue to be taken and processed until you notify and provide any required documentation to the Wells Fargo Retirement and COBRA Service Center. Premiums or contributions paid prior to proper notification and documentation will not be refunded. Claims incurred by you or a dependent after the end of the month in which coverage ends will be denied.

At the end of the maximum COBRA extension period, covered individuals under age 65 (if not eligible for Medicare) may be allowed to convert their HMO medical coverage to individual plans, if available. You must apply for conversion within 30 days of the end of the maximum extension period. A conversion application form is available directly from the HMO. There is no conversion option for the UnitedHealthcare PPO Plan, the Aetna EPO Plan, the UnitedHealthcare CDH Plan, the HealthPartners Distinctions II Plan, the Anthem Blue Cross Blue Shield PPO Plan, the HSA High Deductible Health Plan, the Dental Plan, or the Vision Plan.

## Coordination of COBRA coverage

If you already have other group medical insurance or Medicare and elect COBRA coverage under this plan, your coverage will need to be coordinated. One plan will be considered primary, and the other plan will be secondary. To determine which plan is primary, refer to your Summary Plan Descriptions from both plans. You must notify the claims administrator for the plan(s) in which you are enrolled if you have other coverage.

## HIPAA: Health Insurance Portability and Accountability Act

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) may affect your health coverage if you are enrolled or become eligible to enroll in health coverage that excludes coverage for preexisting medical conditions. HIPAA limits the circumstances under which coverage may be excluded for medical conditions present before you enroll.

Under the law, a preexisting condition exclusion generally may not be imposed for more than 12 months (or 18 months for a late enrollee). However, the 12-month (or 18-month) exclusion period is reduced by your prior health coverage, unless there was a "significant break" in your coverage. HIPAA defines a significant break as 63 days or more, but some states have different regulations; contact your state insurance department for further information.

Under HIPAA, if you lose Wells Fargo health coverage, you are entitled to a certificate that will show evidence of your prior health coverage, which may help you obtain coverage without a preexisting condition exclusion. The Wells Fargo-sponsored health plans have no preexisting condition exclusions. However, HIPAA does provide you with some protection if you leave Wells Fargo and enroll in a health plan that does have preexisting condition exclusions.

HIPAA also provides you with some special enrollment rights. For more information about HIPAA, see "Appendix B: Legal Notifications."

## Loss of coverage

Loss of Wells Fargo health coverage can occur when:

- You terminate employment or retire.
- You change employment classification (for example, from regular to flexible or another status without benefit eligibility).
- You drop a dependent from health coverage.
- You stop making monthly payments or cancel coverage.
- Your coverage as a COBRA participant ends.
- You die and your dependent's coverage is canceled.

## ERISA Plans Sponsored by Wells Fargo

| Name | Plan/Coverage Option | Plan Number | Service Provider/Insurer |
|------|---------------------|-------------|--------------------------|
| Wells Fargo & Company Health Plan | UnitedHealthcare PPO Plan (Self-Insured[1]) | 504 | **Medical**<br>UnitedHealthcare<br>1-800-842-9722<br><br>**Prescriptions**<br>Medco Health Solutions<br>1-800-309-5507 |
| Wells Fargo & Company Health Plan | Anthem Blue Cross Blue Shield PPO Plan (Self-Insured) | 504 | **Medical**<br>Anthem Blue Cross Blue Shield<br>1-866-418-7749<br><br>**Prescriptions**<br>CVS Caremark<br>1-800-772-2301 |
| Wells Fargo & Company Health Plan | UnitedHealthcare HSA High Deductible Health Plan (Self-Insured) | 504 | **Medical**<br>UnitedHealthcare<br>1-800-842-9722<br><br>**Prescriptions**<br>Medco Health Solutions<br>1-800-311-0835 |
| Wells Fargo & Company Health Plan | UnitedHealthcare Consumer Directed Health (CDH) Plan (Self-Insured) | 504 | **Medical**<br>UnitedHealthcare<br>1-800-842-9722<br><br>**Prescriptions**<br>Medco Health Solutions<br>1-800-311-0835 |
| Wells Fargo & Company Health Plan | HealthPartners Distinctions II Plan (Self-Insured) | 504 | **Medical**<br>HealthPartners<br>1-888-487-4442<br><br>**Prescriptions**<br>Medco Health Solutions<br>1-800-309-5507 |
| Wells Fargo & Company Health Plan | Aetna EPO Plan (Self-Insured) | 504 | Aetna<br>1-888-802-4271<br><br>**Prescriptions**<br>CVS Caremark<br>1-800-772-2301 |
| Wells Fargo & Company Health Plan | BlueChoice of Georgia (Insured) | 504 | BlueChoice Georgia<br>1-800-628-3988 |
| Wells Fargo & Company Health Plan | Coventry Health Care Iowa (Insured) | 504 | Coventry Health Plan Iowa<br>1-800-257-4692 |
| Wells Fargo & Company Health Plan | Group Health Cooperative (Insured) | 504 | Group Health Cooperative<br>1-888-901-4636 |
| Wells Fargo & Company Health Plan | Health Net California (Insured) | 504 | Health Net California<br>1-800-539-4102 |

Chapter 1: An Introduction to Your Benefits

## ERISA Plans Sponsored by Wells Fargo

| Name | Plan/Coverage Option | Plan Number | Service Provider/Insurer |
|---|---|---|---|
| Wells Fargo & Company Health Plan | Health Net Oregon (Insured) | 504 | Health Net Oregon 1-888-802-7001 |
| Wells Fargo & Company Health Plan | Health Plan of Nevada (Insured) | 504 | Health Plan of Nevada 1-800-777-1840 |
| Wells Fargo & Company Health Plan | SelectHealth (Insured) | 504 | SelectHealth 1-800-538-5038 |
| Wells Fargo & Company Health Plan | Kaiser California (Insured) | 504 | Kaiser Permanente 1-800-464-4000 |
| Wells Fargo & Company Health Plan | Kaiser Colorado (Insured) | 504 | Kaiser Permanente 1-800-632-9700 |
| Wells Fargo & Company Health Plan | Kaiser Hawaii (Insured) | 504 | Kaiser Hawaii 1-800-966-5955 |
| Wells Fargo & Company Health Plan | Kaiser Mid-Atlantic (Insured) | 504 | Kaiser Permanente 1-800-777-7902 |
| Wells Fargo & Company Health Plan | Kaiser Northwest (Insured) | 504 | Kaiser Permanente 1-800-813-2000 |
| Wells Fargo & Company Health Plan | New West Health Plan (Insured) | 504 | New West Health Plan 1-800-290-3657 |
| Wells Fargo & Company Health Plan | Presbyterian Health Plan (Insured) | 504 | Presbyterian Health Plan 1-800-356-2219 |
| Mental Health and Substance Abuse | OptumHealth Behavioral Solutions (Self-Insured) | 504 | OptumHealth Behavioral Solutions 1-800-720-4158 |
| Wells Fargo & Company Health Plan | Delta Dental (Self-Insured) | 508 | Delta Dental of Minnesota 1-800-448-3815 |
| Wells Fargo & Company Health Plan | Kaiser Northwest Dental (Insured) | 508 | Kaiser Northwest Dental 1-800-813-2000 |
| Wells Fargo & Company Health Plan | Vision Service Plan (VSP) (Self-Insured) | 501 | VSP 1-877-861-8352 |
| Wells Fargo & Company Health Plan | EyeMed Vision Care (Self-Insured) | 501 | EyeMed Vision Care 1-866-565-1541 |
| Wells Fargo & Company Health Plan | UnitedHealthcare Vision (Self-Insured) | 501 | UnitedHealthcare Vision 1-877-739-9917 |
| Wells Fargo & Company Flexible Spending Accounts Plan | Health Care and Day Care Flexible Spending Accounts | 509 | WageWorks, Inc. 1-877-924-3967 |
| Wells Fargo & Company Short-Term Disability Plan | Short-Term Disability Plan (STD) (Self-Insured) | 517 | Liberty Life Assurance Company of Boston 1-866-213-2937 |
| Wells Fargo & Company Long-Term Disability Plan | Long-Term Disability Plan (LTD) (Insured) | 505 | Liberty Life Assurance Company of Boston 1-866-213-2937 |

## ERISA Plans Sponsored by Wells Fargo

| Name | Plan/Coverage Option | Plan Number | Service Provider/Insurer |
|---|---|---|---|
| Wells Fargo & Company Legal Services Plan | Legal Services Plan (Insured) | 535 | ARAG Insurance Company 1-800-247-4184 |
| Wells Fargo & Company Basic Term Life Plan | Basic Term Life Plan (Insured) | 506 | Minnesota Life Insurance Company 1-877-822-8308 |
| Wells Fargo & Company Dependent Term Life Plan | Dependent Term Life Plan (Insured) | 506 | Minnesota Life Insurance Company 1-877-822-8308 |
| Wells Fargo & Company Optional Term Life Plan | Optional Term Life Plan (Insured) | 507 | Minnesota Life Insurance Company 1-877-822-8308 |
| Wells Fargo & Company Spouse/Partner Optional Term Life Plan | Spouse/Partner Optional Term Life Plan (Insured) | 507 | Minnesota Life Insurance Company 1-877-822-8308 |
| Wells Fargo & Company Business Travel Accident Plan | Business Travel Accident (BTA) (Insured) | 503 | CIGNA Group Insurance 1-800-732-1603 |
| Wells Fargo & Company Accidental Death and Dismemberment | Accidental Death and Dismemberment (AD&D) (Insured) | 503 | CIGNA Group Insurance 1-800-732-1603 |
| Wells Fargo & Company Long-Term Care Insurance Plan | Long-Term Care (LTC) (Insured) | 516 | CNA Insurance Companies 1-800-932-1132 |
| Wells Fargo & Company 401(k) Plan | Defined Contribution Plan | 002 | Wells Fargo & Company HR Service Center 1-877-HRWELLS (1-877-479-3557) |
| Wells Fargo & Company Salary Continuation Pay Plan | Salary Continuation Pay Plan | 512 | Wells Fargo & Company MAC N9303-130 c/o Wells Fargo's Corporate Employee Relations Department 608 Second Avenue South, 13th Floor Minneapolis, MN 55402-1916 |

1 "Self-Insured" means benefits are paid for by Wells Fargo through a trust. Wells Fargo & Company is the plan administrator. The identified service provider provides third-party administrative services.

2 "Insured" means benefits are fully insured and paid for by the insurer, which may be an HMO.

# Chapter 2
# Mental Health and Substance Abuse Benefits

## Contents

Contacts .................................................... 2-2

OptumHealth Behavioral Solutions .................... 2-3

Mental Health and Substance Abuse
Plan Benefits ............................................... 2-7

    Pre-service authorization required .................. 2-7

    Emergency care ....................................... 2-7

    Continuing review for hospitalization .............. 2-7

    Residential treatment for children
    and adolescents ....................................... 2-7

    Psychological and neuropsychological testing.... 2-7

    Autism coverage ...................................... 2-8

What Is Not Covered ..................................... 2-8

Claims and Appeals ....................................... 2-9

    Mental health and substance abuse claim
    questions, denied coverage, and appeals ........... 2-9

## Contacts

| | |
|---|---|
| Information about mental health and substance abuse benefits, and confidential consultation and resources for personal and work concerns — available 24 hours a day, 7 days a week — with access to network providers | Employee Assistance Consulting (EAC)<br>1-888-327-0027<br>TDD: 1-877-411-0826<br><br>http://eac.portal.wellsfargo.com/portal/site/eac |
| Information about mental health and substance abuse benefits, claims, providers, or covered services or to obtain preauthorization | OptumHealth Behavioral Solutions (OHBS)<br>1-800-720-4158<br><br>www.liveandworkwell.com (Access Code: **wellsfargo**) |

Wells Fargo & Company sponsors several medical plan coverage options. If you are enrolled in any medical plan coverage option sponsored by Wells Fargo & Company, in addition to any mental health or substance abuse benefits offered under your medical coverage option, you have access to mental health and substance abuse benefits through OptumHealth Behavioral Solutions (OHBS), the claims administrator. You may not receive benefits under both the medical plan and through OHBS for the same service on the same date.

As always, it is between you and your provider to determine the treatments and procedures that best meet your needs. The terms of the Mental Health and Substance Abuse benefits (the "Plan") described in this chapter control what, if any, benefits are available for the mental health and/or substance abuse services you receive under the Plan. The fact that a physician has performed or prescribed a procedure or treatment, or the fact that it may be the only treatment for a particular injury, sickness, mental illness, or pregnancy, does not mean that it is a covered health service as defined by the Plan. The definition of a covered health service under the Plan relates only to what is covered and may differ from what your physician deems to be a necessary health service.

## OptumHealth Behavioral Solutions

OptumHealth Behavioral Solutions (OHBS) is the claims administrator for mental health and substance abuse benefits, and provides confidential referrals for managed mental health and substance abuse care. The OHBS network includes psychiatrists, psychologists, and master's level licensed therapists. The OHBS Clinical Referral Line is staffed 24 hours a day, 365 days a year. For more information, see the "Contacts" section at the beginning of this chapter. To receive benefits through OHBS, you must follow the process described in this chapter.

## Your Benefits and Costs at a Glance

The information in the following tables is subject to the limits and exclusions noted in this chapter.

If you are enrolled in one of the medical plans below that include both in-network and out-of-network benefits, you can use either in-network or out-of-network coverage with OHBS as shown in the table below:

- UnitedHealthcare PPO Plan
- UnitedHealthcare Consumer Directed Health Plan
- Anthem Blue Cross Blue Shield PPO Plan
- HealthPartners Distinctions II Plan

| Plan Features: PPO Plans | You Pay In-Network | You Pay Out-of-Network |
|---|---|---|
| Annual Deductible | Individual: None<br>Family: None | Individual: None<br>Family: None |
| Annual Out-of-Pocket Maximum | Individual: $2,000<br>Family: $4,000 | Individual: $4,000<br>Family: $8,000 |
| Mental Health Lifetime Maximum | None | None |
| Substance Abuse Lifetime Maximum | None | None — No maximum |
| **Mental Health** | | |
| Outpatient | $25 copay per visit or $10 copay group | 30% of reasonable and customary, no maximum |
| Inpatient | 10% coinsurance | 30% of reasonable and customary, no maximum |
| Emergency | $100 copay (waived if admitted) | 30% of reasonable and customary |
| Prescriptions | Processed through your health insurance prescription drug coverage. | |
| **Substance Abuse** | | |
| Outpatient | $25 copay per visit or $10 copay group | 30% of reasonable and customary, no maximum |
| Structured Outpatient | 10% coinsurance | 30% of reasonable and customary, no maximum |
| Inpatient | 10% coinsurance | 30% of reasonable and customary |
| Prescriptions | Processed through your health insurance prescription drug coverage. | |

For preauthorization, contact OHBS at 1-800-720-4158.

Reasonable and customary fees (also known as R&C) are calculated using data tables from the Health Insurance Association of America, at OHBS discretion.

If you are enrolled in an HMO or EPO listed below, only in-network benefits are available:

- Coventry Health Care Iowa
- Group Health Cooperative
- Health Net
- Health Plan of Nevada
- Kaiser
- New West
- Presbyterian Health Plan
- SelectHealth
- Aetna EPO Plan
- BlueChoice of Georgia

| Plan Features: HMO and EPO Plans | You Pay In-Network | You Pay Out-of-Network |
|---|---|---|
| Annual Deductible | Individual: None<br>Family: None | Not covered |
| Annual Out-of-Pocket Maximum | Individual: $2,000<br>Family: $4,000 | Not covered |
| Mental Health Lifetime Maximum | None | Not covered |
| Substance Abuse Lifetime Maximum | None | Not covered |
| Mental Health | | |
| Outpatient | $25 copay per visit or $10 copay group | Not covered |
| Inpatient | 10% coinsurance | Not covered |
| Emergency | $100 copay (waived if admitted) | Not covered |
| Prescriptions | Processed through your health insurance prescription drug coverage. | |
| Substance Abuse | | |
| Outpatient | $25 copay per visit or $10 copay group | Not covered |
| Structured Outpatient | 10% coinsurance | Not covered |
| Inpatient | 10% coinsurance | Not covered |
| Prescriptions | Processed through your health insurance prescription drug coverage. | |

For preauthorization, contact OHBS at 1-800-720-4158.

Reasonable and customary fees (also known as R&C) are calculated using data tables from the Health Insurance Association of America, at OHBS discretion.

If you are enrolled in the HSA High Deductible Health Plan, you pay 20% after the deductible when using an in-network provider or 40% after the deductible, when using an out-of-network provider.

| Plan Features: HSA High Deductible Health Plan (benefit integrated with medical) | You Pay In-Network | You Pay Out-of-Network |
|---|---|---|
| Annual Deductible | Individual: $2,000 Family: $4,000 | Individual: $4,000 Family: $8,000 |
| Annual Out-of-Pocket Maximum | Individual: $4,000 Family: $8,000 | Individual: $8,000 Family: $16,000 |
| Mental Health Lifetime Maximum | None | None |
| Substance Abuse Lifetime Maximum | None | None — No maximum |
| Mental Health | | |
| Outpatient | 20% coinsurance after deductible | 40% of reasonable and customary, after deductible |
| Inpatient | 20% coinsurance after deductible | 40% of reasonable and customary, after deductible |
| Emergency | 20% coinsurance after deductible | 40% of reasonable and customary, after deductible |
| Prescriptions | Processed through your health insurance prescription drug coverage. | |
| Substance Abuse | | |
| Outpatient | 20% coinsurance after deductible | 40% of reasonable and customary, after deductible |
| Structured Outpatient | 20% coinsurance after deductible | 40% of reasonable and customary, after deductible |
| Inpatient | 20% coinsurance after deductible | 40% of reasonable and customary, after deductible |
| Prescriptions | Processed through your health insurance prescription drug coverage. | |

For preauthorization, contact OHBS at 1-800-720-4158.

Reasonable and customary fees (also known as R&C) are calculated using data tables from the Health Insurance Association of America, at OHBS discretion.

# Mental Health and Substance Abuse Plan Benefits

You can discuss your mental health or substance abuse needs in confidence or seek outpatient treatment referrals by calling either Employee Assistance Consulting (EAC) or OHBS. When you call the EAC or OHBS and it's not an emergency, they will give you the name, address, and telephone number of one or more network providers in your area so you can make an initial appointment.

All coverage and benefits are paid through OHBS. There is no coordination of benefits with the other Plan coverage options.

For treatment to be a covered health service, OHBS must determine that the treatment is medically necessary, based on the OHBS coverage criteria guidelines.

## Pre-service authorization required

The services listed below also require pre-service authorization in order to receive benefits under the Plan. For preauthorization, contact OHBS at 1-800-720-4158. Any authorization is limited to a specific number of services for a specific period of time. If additional services are needed, you will need to obtain a new authorization before receiving those services. If you do not obtain the required authorization, you'll be responsible for all charges you incur. Refer to "Pre-service claim" in "Appendix A: Claims and Appeals" for more information.

- Inpatient treatment
- Out-of-network substance abuse care
- Residential treatment centers (RTC)
- Partial hospitalization
- Intensive outpatient treatment
- Structured outpatient treatment
- Autism treatment
- Psychological and neuropsychological testing

## Emergency care

If you or an enrolled dependent requires emergency care (usually because the person is a threat to his or her own life or to others):

1. Call OHBS at 1-800-720-4158 if there is time — they will do one of the following:
   - Refer you to a network facility or psychiatrist for an emergency evaluation.
   - Instruct you to go to the nearest hospital emergency room.

2. For emergency inpatient admissions, the facility must call OHBS within 24 hours of the admission and ask for the Wells Fargo Inpatient Intake staff. It is your responsibility to make sure the facility contacts OHBS so the admission can be reviewed to determine if it is medically necessary and eligible for plan benefits. If OHBS is not notified of emergency services, you will not receive benefits for those services. You can also contact EAC for assistance with psychiatric emergencies. For more information, see "Urgent care claim" in "Appendix A: Claims and Appeals."

## Continuing review for hospitalization

While you are in the hospital, OHBS will continue to review the medical necessity of your stay and treatment. If you receive services from an out-of-network therapist or facility, you have the option to move to a network therapist and facility where you will be covered at network benefits. If you choose not to transfer, you will receive the out-of-network benefit if available, or no coverage.

## Residential treatment for children and adolescents

Residential treatment services are provided in a facility or a freestanding residential treatment center that provides overnight mental health services for individuals who do not require acute inpatient care but who do need 24-hour medical supervision.

To be covered, the center must include an adequate educational program, as determined by OHBS at its discretion, for school-aged children and adolescents.

Admission to a residential treatment center is not intended for use solely as a long-term solution or to maintain the stabilization acquired during treatment in a residential facility or program.

## Psychological and neuropsychological testing

Psychological and neuropsychological testing is covered, with OHBS preauthorization, when conducted for the purpose of diagnosing a DSM-IV (Diagnostic and Statistical Manual of Mental Disorders) mental disorder or in connection with treatment of such a mental disorder. Testing is not covered to diagnose or rule out:

- Attention Deficit Disorder (ADD)
- Attention Deficit/Hyperactivity Disorder (ADHD)
- Learning disorder or disability

**Autism coverage**

With OHBS preauthorization, the autism benefit provides coverage for Intensive Behavioral Therapies (IBT) for team members and dependents with autism and autism spectrum disorders.

Each case will be reviewed, diagnosis validated, and treatment plan evaluated for appropriateness. OHBS level of care standards shall be applied.

The Plan covers IBTs, including applied behavioral analysis (ABA) and Repetitive Behavioral Intervention (RBI) that has been preauthorized by OHBS.

If you are enrolled in the HSA High Deductible Health Plan, for IBT that is preauthorized by OHBS, after you meet your medical plan annual deductible, you will pay 20% of the Plan's negotiated rate.

## What Is Not Covered

The Plan will not pay benefits for any of the services, treatments, items, or supplies described in this section, even if recommended or prescribed by a physician or therapist or if it is the only available treatment for your condition. These exclusions supersede any service listed as being covered.

Charges for the following are not covered under the Mental Health and Substance Abuse Plan:

- The Plan will not pay benefits for any other services, treatments, items, or supplies, other than IBT as defined by the Plan, even if recommended or prescribed by a physician, or if it is the only available treatment for autistic conditions.

- Behavioral health coverage for the autism benefit excludes tuition to publicly funded school-based programs for Pervasive Developmental Disorder (PDD) or any services provided by noneligible providers.

- Chelation therapy

- Respite care

- Vocational rehab

- Educational services

- Dolphin therapy

- Recreational therapy

- Academic education during residential treatment

- Aversion therapy

- Care that does not meet the OHBS coverage criteria guidelines

- Care that has not been preauthorized by OHBS when required

- Court-ordered psychiatric or substance abuse evaluation, treatment, or psychological testing — unless OHBS determines that such services are medically necessary for the treatment of a DSM-IV mental disorder.

- Custodial care, regardless of the setting in which such services are provided. Custodial care is defined as services that do not require special skills or training, and that either:

  – Provide assistance in activities of daily living (including but not limited to feeding, dressing, bathing, ostomy care, incontinence care, checking of routine vital signs, transferring, and ambulating)

  – Do not seek to cure, or are provided during periods when the medical condition of the patient who requires the service is not changing

  – Do not require continued administration by trained medical personnel in order to be delivered safely and effectively

- Services for or related to educational testing, rehabilitation, or learning disabilities

- Experimental or investigational therapies as determined by OHBS. Generally, health care supplies, treatments, procedures, drug therapies, or devices that are determined to be any of the following:

  – Not generally accepted by informed health care professionals in the U.S. as effective in treating the condition, illness, or diagnosis for which their use is proposed

  – Not proven by scientific evidence to be effective in treating the condition, illness, or diagnosis for which their use is proposed

  – Undergoing scientific study to determine safety and efficacy

- Non-abstinence-based or nutritionally based substance abuse treatment

- Charges for missed appointments, room or facility reservations, completion of claim forms, or record processing

- Services performed by a provider who is a family member by birth or marriage, including spouse, brother, sister, parent, or child, including any service the provider may perform on him- or herself

- Services performed by a provider with your same legal residence

- Claims filed more than 12 months from the date of service

- Services received after the date your coverage under the Plan ends, including services for conditions arising or under treatment before your coverage ends

- Interest or late fees charged due to untimely payment for services

- Charges in excess of Plan maximums

- Out-of-network services, for participants enrolled in an HMO or EPO

- Prescription drugs (medical plan provisions may apply)

- Private duty nursing

- Psychiatric or psychological examinations, testing, or treatment that OHBS determines is not medically necessary, but which nevertheless may be required for purposes of obtaining or maintaining employment or insurance, or pursuant to judicial or administrative proceedings

- Psychological or neuropsychological testing that has not been preauthorized by OHBS

- State hospital treatment, except when determined by OHBS to be medically necessary

- Therapies that do not meet national standards for mental health professional practice: for example, primal therapy, bioenergetic therapy, crystal healing therapy, rolfing, megavitamin therapy, or vision perception training

- Treatment for personal or professional growth, development, or training, or professional certification

- Treatment for stammering or stuttering, including that to maintain employment or insurance

- Treatment not provided by an independently licensed psychiatrist, psychologist, or master-level mental health provider

- Treatment of chronic pain, except when rendered in connection with treatment of a DSM-IV mental disorder

- Charges above reasonable and customary amounts as calculated by OHBS using data tables from the Health Insurance Association of America

- Services that do not meet the criteria established in, or are excluded under, the claims administrator's medical coverage policy guidelines

## Claims and Appeals

All claims must be filed within 12 months from the date of service.

If you use a network provider, the provider will file the claim for you, and OHBS will pay the provider directly.

If you use an out-of-network provider, to file your claim, complete an OHBS claim form, attach itemized bills, and send to:

> OptumHealth Behavioral Solutions
> PO BOX 30760
> Salt Lake City, UT 84130-0760

Claim forms are included in this book, or you can request or print a form by:

- Calling OHBS at 1-800-720-4158 to request a form

- Going to www.liveandworkwell.com (Access Code: **wellsfargo**)

- Going to *Teamworks* > **Forms Online** and enter form number **HRS7543**

If the provider files a claim on your behalf, you are still responsible for ensuring it is filed properly and within the required time frame. More information on filing claims can be found in "Appendix A: Claims and Appeals."

### Mental health and substance abuse claim questions, denied coverage, and appeals

If you have questions or concerns about a claim already filed with OHBS, you may informally contact member services before filing a formal appeal with OHBS. For more information, see the "Contacts" section at the beginning of this chapter.

You may also file a formal written appeal with OHBS without first informally contacting the OHBS member services department. A written appeal must be filed within 180 days of the date of the adverse determination of your initial claim regardless of any verbal discussions that have occurred regarding your claim.

Complete information about claims and appeals is provided in "Appendix A: Claims and Appeals."

Page intentionally left blank

Chapter 6
# Life Insurance Plans

## Contents

Contacts.....................................................6-2

The Basics.................................................6-3

Who's Eligible.............................................6-6

How to Enroll..............................................6-6

    Initial enrollment.......................................6-6

    Employment classification changes.................6-7

    Rehired retiree...........................................6-7

    Delayed effective date ................................6-7

Changing Coverage.......................................6-7

    Qualified Events ........................................6-7

    Late enrollment ........................................6-8

    Decreasing or canceling coverage...................6-8

    Increasing coverage....................................6-8

    Cost .....................................................6-8

    Beneficiaries...........................................6-9

    Multiple beneficiaries.................................6-9

    Primary and contingent beneficiaries..............6-9

    Changing beneficiaries...............................6-9

    Payout if no surviving or
    designated beneficiaries .............................6-9

    Assigning your rights..................................6-9

Plan Benefits..............................................6-10

    Covered pay ..........................................6-10

    Seat belt benefit for Basic Term Life Plan........6-10

    Accelerated Benefit..................................6-10

Claims and Appeals.......................................6-11

    Filing a claim.........................................6-11

    Claim denials and appeals...........................6-11

Benefits When You're Not Working...................6-12

When Coverage Ends.....................................6-12

After Coverage Ends: Your Options...................6-13

    Continuation for Minnesota residents.............6-13

    Portability (or porting)...............................6-13

    How to apply — Portability..........................6-13

    Retiree Portability ...................................6-13

    How to apply — Retiree Portability.................6-14

    Conversion............................................6-14

## Contacts

| | |
|---|---|
| Customer service | Minnesota Life Insurance<br>1-877-822-8308 |
| Information about Plan provisions | *Teamworks* |
| Forms | *Teamworks* > Forms Online |
| Information about enrollment | HR Service Center<br>1-877-HRWELLS<br>(1-877-479-3557), and press 2, option 3<br>TTD/TTY: 1-800-988-0161<br>hrsc@wellsfargo.com |
| For filing a claim | HR Service Center<br>1-877-HRWELLS<br>(1-877-479-3557), and press 5, option 5<br>TTD/TTY: 1-800-988-0161 |
| Information about Minnesota continuation enrollment and filing a claim while on continuation coverage (Minnesota residents only) | The Wells Fargo Retirement and COBRA Service Center (WFC&CSC)<br>1-800-377-9220 |
| Information about premiums for life insurance | Check your enrollment materials, or go to *Teamworks*. |

## The Basics

The information in this chapter — along with that in "Chapter 1: An Introduction to Your Benefits" and "Appendix B: Legal Notifications" — constitutes the Summary Plan Description (SPD) for the life insurance plans available to regular and part-time team members. The four plans are covered by one policy. See the table below for important information about your life insurance options at a glance.

If you would like a copy of the Certificate of Insurance for the life insurance plans, contact the plan administrator. All of these life insurance plans are classified as "welfare benefit plans" under the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

For information on how to access the forms referenced in this chapter, contact the HR Service Center.

### Your Life Insurance Options at a Glance

| | Life Insurance on You | | Life Insurance on Your Spouse or Partner | Life Insurance on Your Dependent Children |
|---|---|---|---|---|
| | Basic Term Life Plan | Optional Term Life Plan | Spouse/Partner Optional Term Life Plan | Dependent Term Life Plan |
| Who Pays the Premium | Wells Fargo — you are automatically enrolled | You — if you enroll | You — if you enroll | You — if you enroll |
| Insurer | Minnesota Life, with reinsurance through Superior Guaranty Insurance Company, a wholly owned subsidiary of Wells Fargo & Company | Minnesota Life | Minnesota Life | Minnesota Life |
| Policy Number | Group Policy: No. 29450-G | | | |
| Plan Type | Group-term life insurance plan | | | |
| Who's Eligible | Regular and part-time team members and their dependents, as described below | | | |
| Eligible Dependents | NA | NA | Your spouse,* as defined in chapter 1 | Your dependents as defined in chapter 1, except for grandchildren |
| Who's Not Eligible | Flexible team members and their dependents | | | |

\* For purposes of this SPD, the term "spouse" includes your same-sex spouse or domestic partner, unless otherwise noted.

| | Life Insurance on You | | Life Insurance on Your Spouse or Partner | Life Insurance on Your Dependent Children |
|---|---|---|---|---|
| | Basic Term Life Plan | Optional Term Life Plan | Spouse/Partner Optional Term Life Plan | Dependent Term Life Plan |
| Ineligible Dependents | NA | NA | A spouse* who is:<br>• On active military duty<br>• A regular or part-time Wells Fargo team member<br>• Legally separated or divorced from you by court order<br>• Your former domestic partner, unless you are now legally married | A dependent child who is:<br>• On active military duty, or is enrolled in a postsecondary military school<br>• A regular or part-time Wells Fargo team member<br>• Already covered under Dependent Term Life Plan by another Wells Fargo team member |
| Beneficiary | Person, persons, trust, or institution designated by you | | You are automatically the designated beneficiary of your spouse.* | You are automatically the designated beneficiary of your dependent. |
| Cost | None — Wells Fargo pays the full cost. | You pay a premium based on level of coverage elected, age, and tobacco user status. | | You pay a set premium for all covered dependents. |
| Coverage Effective Date | First of the month after one full calendar month of service from your date of hire or employment classification change, provided you are actively at work on the day coverage is scheduled to begin | First of the month after one full calendar month of service from your date of hire or employment classification change, provided you enrolled during your designated enrollment period and you are actively at work on the day coverage is scheduled to begin | First of the month after one full calendar month of service from your date of hire or employment classification change, provided you enrolled during your designated enrollment period | |
| Late Enrollment | NA | To apply online:<br>1. Go to https://peaceofgoodhealthlifebenefits.com.<br>2. In "User ID," enter your employee ID number.<br>3. In "Password," enter your birth date in this format: MMDD#### (month, day, and last four digits of your Social Security number).<br>After you log on, you'll be asked to create your own password.<br>Or complete a Group Life Insurance Proof of Good Health form and send it to Minnesota Life.<br>Coverage is subject to the approval from Minnesota Life. | | |

\* For purposes of this SPD, the term "spouse" includes your same-sex spouse or domestic partner, unless otherwise noted.

Chapter 6: Life Insurance Plans

| | Life Insurance on You | | Life Insurance on Your Spouse or Partner | Life Insurance on Your Dependent Children |
|---|---|---|---|---|
| | Basic Term Life Plan | Optional Term Life Plan | Spouse/Partner Optional Term Life Plan | Dependent Term Life Plan |
| **Decrease or Cancel Coverage Anytime** | NA | Call the HR Service Center to decrease or cancel coverage. Change is effective the first of the month after your call to the HR Service Center. Coverage cannot be decreased or canceled retroactively. | | Call the HR Service Center to cancel coverage. Cancellation is effective the first of the month after your call to the HR Service Center. Coverage cannot be canceled retroactively. (No decreased coverage available.) |
| **Increase Coverage** | NA | To apply online: 1. Go to http://proofofgoodhealth.lifebenefits.com. 2. In "User ID," enter your Employee ID number. 3. In "Password," enter your birth date in this format: MMDD#### (month, day, and last four digits of your Social Security number). After you log on, you'll be asked to create your own password. Or complete a Group Life Insurance Proof of Good Health form and send it to Minnesota Life. Coverage is subject to the approval from Minnesota Life. | | |
| **Qualified Events** | NA | Allowed to increase by 1 × your annual base salary or benefits base within 60 days of the Qualified Event without proof of good health for birth, adoption, or placement for adoption of a child; marriage, creation, or dissolution of a domestic partnership; death of a spouse,* legal separation, or divorce. | | Allowed to increase by $25,000 without proof of good health within 60 days of the Qualified Event for birth, adoption, or placement for adoption of a child; marriage; or creation of a domestic partnership. | Allowed to enroll within 60 days of the Qualified Event without proof of good health for birth, adoption, or other addition of a child to your family or placement for adoption of a child; marriage; or creation of a domestic partnership. |

\* For purposes of this SPD, the term "spouse" includes your same-sex spouse or domestic partner, unless otherwise noted.

| | Life Insurance on You | | Life Insurance on Your Spouse or Partner | Life Insurance on Your Dependent Children |
|---|---|---|---|---|
| | Basic Term Life Plan | Optional Term Life Plan | Spouse/Partner Optional Term Life Plan | Dependent Term Life Plan |
| Suicide Exclusion | None | | | |
| Continuation | For Minnesota residents only, for up to 18 months | | For Minnesota residents only, for up to 18 months, provided you continue your Basic and/or Optional Term Life coverage | |
| Porting, Conversion | Port to a group policy or convert to individual policy at the current Minnesota Life rate. | Port to a group policy or convert to an individual policy at the current Minnesota Life rate. Retirees may port coverage at the active employee rate. | Port to a group policy or convert to an individual policy, provided you port your Basic and/or Optional Term Life coverage. Retirees may port their spouse* coverage at the active spouse rate. All others port at the current Minnesota Life rate. | |
| Coverage when you're not working (approved leave of absence) | Will continue for a maximum of 24 months | Will continue as long as you pay the premium | | |
| Plan Benefits | 1 × annual base salary or benefits base** <br><br> Minimum: $10,000 <br><br> Maximum: $50,000 | 1 to 8 × annual base salary or benefits base** <br><br> Minimum: $10,000 <br><br> Maximum: $3,000,000 | You select coverage level in increments of $25,000 <br><br> Minimum: $25,000 <br><br> Maximum: $250,000 | $20,000 per dependent |

\* For purposes of this SPD, the term "spouse" includes your same-sex spouse or domestic partner, unless otherwise noted.

\*\* See the "Plan Benefits" section in this chapter.

Wells Fargo pays the premium for the Basic Term Life Plan, so all eligible team members are automatically covered. To participate in one or more of the other coverage options listed in the table above, you'll need to actively enroll and pay the applicable premium.

The SPD and Group Policy Number 29450-G issued by Minnesota Life, along with any policy amendments, riders, and endorsements, constitutes the official plan document for the plans. The plans are insured by Minnesota Life Insurance Company (Minnesota Life), and the Basic Term Life Plan is reinsured through Superior Guaranty Insurance Company, a wholly owned subsidiary of Wells Fargo & Company.

## Who's Eligible

Regular and part-time Wells Fargo team members and their dependents are eligible to participate in the life insurance plans. Flexible team members and their dependents are not eligible to participate. Please see the table above for more information about eligibility for each plan.

## How to Enroll

### Initial enrollment

Eligible regular and part-time team members are covered automatically under the Basic Term Life Plan the first of the month following one full calendar month of service, subject to the requirement that you be actively at work on your first day of coverage as described below.

You may enroll in the Optional Term Life Plan, the Spouse/Partner Optional Term Life Plan, and/or the Dependent Term Life Plan during your designated enrollment period. Enrollment in the Dependent Term Life Plan automatically covers all of your eligible dependents as well as any future newly eligible dependents. You do not need to enroll each individual dependent. Your dependent's eligibility will be verified at claim time, and the claim will be denied if your dependent is not eligible. If you enroll during the designated enrollment period, coverage under these plans becomes effective the first of the month following one full calendar month of service.

The Optional Term Life Plan is subject to the requirement that you be actively at work on the first day of coverage as described below. The Spouse/Partner Term Life Plan and/or Dependent Term Life Plan are not subject to the requirement that you be actively at work on the first day of coverage.

To enroll, access the Benefits Enrollment site during your designated enrollment period on *Teamworks*, at work or from home.

### Optional Term Life Plan

You can enroll from one to eight times your annual base salary or benefits base. Enrollment for one to four times your annual base salary or benefits base does not require proof of good health. Enrollment for five to eight times your annual base salary or benefits base requires proof of good health for the amount above four times, and is subject to Minnesota Life's underwriting guidelines. Approved amounts over four times your annual base salary or benefits base will be effective the first of the month following the date Minnesota Life approves your application.

### Spouse/Partner Optional Term Life Plan

For purposes of this SPD, the term "spouse" includes your same-sex spouse or domestic partner, unless otherwise noted.

You can enroll your spouse in $25,000 increments up to $250,000. Enrollment at the $25,000 level does not require proof of good health. Enrollment for coverage at the $50,000 to $250,000 levels requires proof of good health for the amount above $25,000. Approval for levels above $25,000 is subject to Minnesota Life's underwriting guidelines, and will be effective the first of the month following the date Minnesota Life approves the application.

### Employment classification changes

If you change your employment classification and become newly eligible for benefits, you will receive a Benefits Enrollment Kit by MAC mail after your employment classification status has been changed on Wells Fargo's HRIS/Payroll System. If you want to enroll in any of the life insurance coverage options, access the Benefits Enrollment site on *Teamworks* at work or from home within your designated enrollment period. Refer to the "When to Enroll — When Benefits Take Effect" table in the "Who's eligible" section of "Chapter 1: An Introduction to Your Benefits" to determine your enrollment period. Your coverage under each of the life insurance plans is effective the first of the month following one full calendar month of service in your new employment classification. Additionally, for both the Basic Term Life Plan and Optional Term Life Plan, you need to be actively at work on the day

your coverage is scheduled to begin. Premiums will be collected retroactively to the effective date. If you do not enroll within your designated enrollment period, you must follow the procedures described under the "Late enrollment" section in this chapter.

### Rehired retiree

This is a Wachovia retiree who retired prior to January 1, 2010, and has grandfathered retiree life insurance. If you are rehired as a regular or part-time team member, you cannot continue the grandfathered retiree life insurance coverage because you'll be covered under the Basic Term Life Plan as an active team member. When you eventually "re-retire," your grandfathered retiree life insurance coverage will be reinstated.

### Delayed effective date

If you are not actively at work on the day coverage would start, your Basic Term Life Plan and Optional Term Life Plan coverage will begin when you return to being actively at work. "Actively at work" means you are performing your customary duties during your regularly scheduled hours at a Wells Fargo location, or at places Wells Fargo requires you to travel or allows you to work.

For the Spouse/Partner Optional Term Life Plan and the Dependent Term Life Plan, coverage will start even if you are not actively at work.

## Changing Coverage

### Qualified Events

You may enroll or increase your coverage under the Optional Term Life Plan (one times your annual base salary or benefits base), Spouse/Partner Optional Term Life Plan ($25,000), or enroll in the Dependent Term Life Plan without providing proof of good health, provided you contact the HR Service Center within 60 days of the Qualified Events as described in the table above.

*Note: If you enrolled or increased coverage due to the creation of a domestic partnership and then subsequently marry your domestic partner, you cannot increase your coverage again without providing proof of good health.*

For the Optional Term Life Plan, the effective date of the change will be the first of the month following the event or the date you call the HR Service Center, whichever is later, provided you are actively at work. If you are not actively at work, you may request a change by calling the HR Service Center within 60 days of the date you return to being actively at work. After you are actively at work and call the HR Service Center, your change in coverage will be effective the first of the month following your call.

For the Spouse/Partner Optional Term Life Plan and/or Dependent Term Life Plan, the effective date of the change will be the first of the month following the event or the date you call the HR Service Center, whichever is later, even if you are not actively at work.

Your first newly eligible dependent child will automatically be covered for 60 days from the date he or she becomes eligible. Coverage will terminate after 60 days if you do not enroll for the Dependent Term Life Plan. This only applies to your first eligible child; subsequent children will not be automatically enrolled if you haven't already enrolled in the Dependent Term Life Plan.

Once enrolled in the Dependent Term Life Plan, any subsequent eligible children will automatically be covered on the date they meet the eligibility requirements.

### Late enrollment

If you do not enroll in the Optional Term Life Plan, Spouse/Partner Optional Term Life Plan, or the Dependent Term Life Plan during your designated enrollment period, you may enroll at any time. However, late enrollment procedures require proof of good health, regardless of the level of coverage selected.

Minnesota Life will determine whether to approve the late enrollment application based on their underwriting guidelines. If approved, coverage will become effective on the first day of the month following the date Minnesota Life approves the application. For the Optional Term Life Plan, if you are not actively at work, you will have a delayed effective date. For more information, see the "Delayed effective date" section in this chapter. For the Spouse/Partner Optional Term Life Plan and/or Dependent Term Life Plan, your being not actively at work will not delay the effective date.

For the Dependent Term Life Plan, it is possible that some, but not all, of your eligible children are approved. If this is the case, those children who are approved shall become covered, and those not approved shall not be covered. You can reapply for a declined child at any time, but new proof of good health will be required.

See the "Your Life Insurance Options at a Glance" table in this chapter for information on how to provide proof of good health.

### Decreasing or canceling coverage

You may decrease or cancel your Optional Term Life Plan, Spouse/Partner Optional Term Life Plan, or Dependent Term Life Plan coverage at any time by calling the HR Service Center and speaking with a customer service representative. The coverage will be changed effective the first of the month following your call to the HR Service Center. Coverage cannot be decreased or canceled retroactively.

### Increasing coverage

You may apply to increase your Optional Term Life Plan or Spouse/Partner Optional Term Life Plan coverage at any time. However, proof of good health is required unless you are increasing coverage due to a Qualified Event. For more information, see the "Qualified Events" section in this chapter. Minnesota Life will determine if the application is approved for the increased coverage. If the application is approved, the increased coverage will be effective the first of the month following the approval.

### Cost

Wells Fargo pays the entire cost for the Basic Term Life Plan coverage. You do not pay for any part of the coverage.

You pay premiums for the Optional Term Life Plan, Spouse/Partner Optional Term Life Plan, and Dependent Term Life Plan coverage through after-tax payroll deductions each pay period. Wells Fargo does not contribute to the premium.

The premium rate for the Optional Term Life Plan and Spouse/Partner Optional Term Life Plan is calculated based on the level of coverage chosen, and your or your spouse's age and tobacco user status. Tobacco nonusers pay lower rates. Tobacco nonusers are individuals who have not used any tobacco products during the last 12 months. Tobacco products include cigarettes, cigars, pipes, and chewing tobacco.

If your or your spouse's tobacco user status changes after you enroll, you may change the tobacco user status at any time. To change your own tobacco user status, go to *Teamworks* or call the HR Service Center. You will need to call the HR Service Center to change your spouse's tobacco user status. The change will be made effective the first of the month following the date you input the change on *Teamworks* or call the HR Service Center. Status cannot be changed retroactively.

For example, if you enroll as a tobacco nonuser but later begin to use tobacco products, you must change your status to tobacco user. Conversely, if you enroll as a tobacco user and go 12 months without using any tobacco products, you may change to tobacco nonuser status. In either case, the new premium will be effective the first of the month following the date you input the change or the date you called the HR Service Center.

### Beneficiaries

If you die while covered under the Basic Term Life Plan or Optional Term Life Plan, benefits will be paid to the person, persons, trust, or institution you designated as beneficiary. You will be asked to name a beneficiary upon enrolling. *Note: Designated beneficiaries prior to January 1, 2010, will be null and void.*

For the Spouse/Partner Optional Term Life Plan and the Dependent Term Life Plan, your spouse and the dependent do not get to designate a beneficiary; you (the team member) are automatically the designated beneficiary.

A beneficiary may be a person, trust, charitable institution, or your estate. However, if a minor child is named as beneficiary, a guardian or conservator of the child's estate must be appointed by the court before benefits can be paid.

### Multiple beneficiaries

Two or more beneficiaries may be specified for the Basic Term Life and Optional Term Life plans. In such a case, the benefit will be shared equally among them unless otherwise specified. If one of the beneficiaries dies before you, the surviving beneficiary (or beneficiaries) receives the death benefit.

### Primary and contingent beneficiaries

Primary and contingent beneficiaries may be designated for the Basic and Optional Term Life plans. A primary beneficiary receives a death benefit after you die. If the primary beneficiary dies after you but before receiving payment, the death benefit goes to the estate of the primary beneficiary. A contingent beneficiary receives the death benefit only if the primary beneficiary dies before you.

### Changing beneficiaries

You may change the beneficiaries under the Basic Term Life and Optional Term Life plans at any time. The change will be effective on the date you update your beneficiary designation.

### Payout if no surviving or designated beneficiaries

For the Spouse/Partner Optional Term Life Plan and the Dependent Term Life Plan, benefits are automatically paid to you or, if you're deceased, to your estate.

For the Basic Term Life Plan and the Optional Term Life Plan, if a beneficiary is not designated, or if the beneficiary dies before you and no contingent beneficiary is named, or the contingent beneficiary has

also died before you, the death benefit is paid to any and all individuals comprising the first of the following categories of individuals (in the order listed below) in which one or more individuals survive you:

1. Your surviving spouse, same-sex spouse, or domestic partner
2. Equally among your surviving biological or adopted children
3. Equally between your surviving parents
4. Equally among your surviving brothers and sisters
5. The personal representative or the executor of your estate

If you are not the biological or adoptive parent of your spouse's child, but would like that child to receive benefits in the event of your death, you must properly designate the child as your beneficiary.

### Assigning your rights

For tax purposes, you may find it advantageous to assign your rights under the life insurance plans to someone else. If you assign your rights, you are assigning your rights for all plans in which you are enrolled, including the Basic Term Life Plan, Optional Term Life Plan, Spouse/Partner Optional Term Life Plan, and Dependent Term Life Plan. This means that:

- You automatically waive any rights to change your beneficiary.
- You become ineligible for the Accelerated Benefit.
- If you terminate employment, you automatically waive your right to convert coverage to an individual policy.

You should consult legal and tax advisors before making an assignment. Also, keep in mind that assignments of life insurance are valid only if they are not collateral assignments or assignments for consideration (i.e., viatical assignments are prohibited). Contact the HR Service Center for additional information on how to assign rights or go to Forms Online to get the Transfer of Ownership form.

**If you assign your benefits, you are responsible for notifying the assignee of any changes to the applicable life insurance plans, your coverage, and/or employment status that result in the cancelation of benefits.**

## Plan Benefits

The death benefit under the Basic Term Life Plan is one times your covered pay with a plan minimum of $10,000 and a maximum of $50,000. For the Optional Term Life Plan, the death benefit is based on the salary multiple (one to eight) you have enrolled in, times your covered pay with a plan minimum of $10,000 and a maximum of $3,000,000. Your death benefit will be calculated using the covered pay in effect at the time of your death except if you die while on a Salary Continuation Leave, in which case, the death benefit will be calculated using the covered pay in effect on the day immediately prior to the first day of your Salary Continuation Leave.

### Covered pay

For most participants (except as described below), covered pay for the Basic Term Life Plan and Optional Term Life Plan is defined as your annual base salary. These positions are assigned a job class 2 on Wells Fargo's HRIS/Payroll System. Base salary is your hourly rate of pay multiplied by the number of standard hours indicated on Wells Fargo's HRIS/Payroll System. Base salary may be expressed as an annual, monthly, or hourly amount on the system, but the rate is annualized for the purpose of determining your benefit under the Basic Term Life Plan and Optional Term Life Plan. Base salary includes amounts designated as before-tax contributions you make to Wells Fargo's other team member benefit plans. Base salary does not include some forms of compensation such as overtime pay, shift differentials, incentives, bonuses (including but not limited to hiring, incentive, and retention bonuses), commissions, noncash awards, and perquisites (such as parking or auto allowance or commute subsidies).

If Wells Fargo's Corporate Compensation Department assigns your position a Variable Incentive Compensation (VIC) pay category or a Mortgage Full Commission pay category, the Basic Term Life Plan and Optional Term Life Plan define covered pay as your benefits base indicated on Wells Fargo's HRIS/Payroll System. These positions are assigned a job class code 5 and 1 on the Wells Fargo HRIS/Payroll System. Benefits base is calculated quarterly, and earnings are annualized based on base salary and incentives, incentive bonuses, and/or commissions paid in the last 12 months, divided by the number of months with earnings greater than $0, with a minimum covered pay of $20,000 and a maximum covered pay consistent with the Internal Revenue Code's annual compensation limit for qualified retirement plans. For 2010, the maximum is $245,000. Benefits base includes amounts designated as before-tax contributions you make to Wells Fargo's other team member benefit plans. Benefits

base does not include some forms of compensation such as overtime pay, shift differentials, hiring and retention bonuses, noncash awards, and perquisites (such as parking or auto allowance or commute subsidies).

Variable Incentive Compensation (VIC) applies to jobs with a pay structure designed to deliver 40% or more of target cash through incentives that are paid primarily on a monthly or quarterly basis. Assignment of jobs to VIC (job class code 5 on Wells Fargo's HRIS/Payroll System) requires approval of Wells Fargo Corporate Compensation.

The benefits base for team members who move from a VIC pay category or a Mortgage Full Commission pay category (job class code of 5 and 1) to an annual salaried position (job class code of 2), will continue for one year if it exceeds that person's annual base salary. The maximum benefits base in this situation is $245,000.

### Seat belt benefit for Basic Term Life Plan

If you die due to an auto accident while properly using a seat belt as either a passenger or a driver of a private passenger car, the benefit under the Basic Term Life Plan will be increased by 10%, not to exceed $5,000. Note that the driver must have been a licensed driver and not intoxicated, impaired, or under the influence of alcohol or drugs at the time of the accident, and the official accident report must indicate that a seat belt was properly used. If the official accident report is unclear about the proper use of a seat belt, the payable seat belt benefit is $1,000. No seat belt benefit is payable if the official accident report is either not provided or if the report indicates that no seat belt was worn.

### Accelerated Benefit

The Basic Term Life Plan, Optional Term Life Plan, and Spouse/Partner Optional Term Life Plan provide an Accelerated Benefit, which is an advance (before death) payment of a part or the total amount of the plan benefit. To qualify for an Accelerated Benefit, the insured must:

- Be insured for at least $10,000

- Have not assigned his or her rights under the plan

- Not have an irrevocable beneficiary

- Be terminally ill (expected to die within 12 months)

- Send proof of terminal illness to Minnesota Life that the insured's life expectancy, because of sickness or accident, is 12 months or less. This must include certification by a physician. Minnesota Life retains the right to have the insured medically examined at Minnesota Life's expense to verify the medical condition.

An Accelerated Benefit is not available if the insured is:

- Required by law to use this as an option to meet the claims of creditors, whether in bankruptcy or otherwise
- Required by a government agency to use this as an option to apply for, obtain, or keep a government benefit or entitlement

If the insured qualifies for an Accelerated Benefit, he or she can request either a full or partial payment as shown in the table below.

| | Full Accelerated Benefit | Partial Accelerated Benefit |
|---|---|---|
| Benefit Amount | 100% of death benefit up to a maximum of $1,000,000. | Amount requested should leave a minimum death benefit of $25,000. |
| Policy in Force | Coverage ceases. | Coverage remains in force less the amount accelerated, if you continue to pay the premium. |

Benefits received under this Accelerated Benefits provision may be taxable. The insured should seek assistance from a personal tax advisor prior to requesting an accelerated payment of death benefits.

## Claims and Appeals

### Filing a claim

The beneficiary must follow these steps to file a claim for benefits under the life insurance plans:

1. The beneficiary should contact the HR Service Center or Wells Fargo Retirement and COBRA Service Center, whichever is applicable, to begin the claims process as soon as possible after the insured's death.

2. The beneficiary should be prepared to send a certified copy of the death certificate and a W-9 to the HR Service Center or Wells Fargo Retirement and COBRA Service Center, whichever is applicable.

After the documentation above is received, Minnesota Life will determine if a death benefit is payable. If the claim is approved, the benefit is paid within two months of receipt of due proof. The normal form of payment is a lump sum, but other alternative payments are available. Contact Minnesota Life for information about other payment options.

### Claim denials and appeals

If all or part of the claim is denied, the beneficiary will receive notice from Minnesota Life within 60 days after the claim is filed (regardless of whether the claim is complete with all necessary information). The notice includes:

- The reason for denial
- Specific reference to the pertinent plan provision of the specific life insurance plan upon which the denial is based

- A description of any additional materials or information necessary to resubmit the claim (and why it's necessary)
- A description of plan's review procedures and the time limits applicable to such procedures
- A statement of the claimant's right to bring a civil action under Section 502(a) of ERISA following a denial of the claim on appeal

When any claim is denied, the beneficiary or the beneficiary's authorized representative has the right to submit a request for review to Minnesota Life. Submit any request for review in writing within 60 days from the date notification was received that the claim has been denied to:

> Minnesota Life Insurance Company
> 400 Robert Street N.
> St. Paul, MN 55101-2098

Minnesota Life's written decision is sent to the beneficiary within 60 days after the review is requested. If Minnesota Life denies the claim on appeal, the final written decision will state the reason(s) for the denial and references to specific plan provisions on which the denial is based. Upon written request, Minnesota Life will provide, free of charge, copies of documents, records, and other information relevant to the beneficiary's claim no later than 120 days after Minnesota Life sends the beneficiary its final written decision.

Minnesota Life is the final arbiter of claims under the life insurance plans, and has sole and complete discretionary authority to determine conclusively for all parties, and in accordance with the terms of the documents or instruments governing the life insurance plans, any and all questions arising from:

· Administration of the plan and interpretation of all provisions of the specific plans

· Determination of all questions relating to participation of eligible team members and eligibility for benefits

· Determination of all relevant facts

· Determination of the documents, records, and other information relevant to a claim for benefits

· Determination of the amount and type of benefits to be provided to any participant or beneficiary

· Construction of all terms of the individual plans

Wells Fargo (the plan administrator) has sole and complete discretionary authority when it comes to eligibility for enrollment in the individual life insurance plans, subject to the terms of applicable documents or instruments governing the plans. Decisions made by Minnesota Life (the insurer) and Wells Fargo (the plan administrator) are conclusive and binding on all parties and not subject to further review.

Wells Fargo does not provide any review of claims made or pay any benefits to life insurance plan participants.

## Benefits When You're Not Working

When you're on an approved leave of absence, you may be able to continue life insurance coverage even if you are not actively working for Wells Fargo. For the Basic Term Life Plan, coverage may continue during your approved leave, up to a maximum of 24 months.

For the Optional Term Life Plan, Spouse/Partner Optional Term Life Plan, and Dependent Term Life Plan coverage, you must continue paying the premiums during your leave to keep the coverage. If coverage was canceled due to nonpayment of premiums or you elected to cancel the coverage, you can reenroll for coverage at any time, but will be required to provide proof of good health.

## When Coverage Ends

### Coverage termination date

Coverage under the life insurance plans ends on the last day of the month in which certain events occur, as shown below:

| Event | Basic Term Life Plan | Optional Term Life Plan | Spouse/Partner Optional Term Life Plan | Dependent Term Life Plan |
|---|---|---|---|---|
| You leave Wells Fargo.* | Coverage ends at month-end. | | | |
| You no longer meet eligibility requirement. | Coverage ends at month-end. | | | |
| Your spouse or dependent no longer meets eligibility requirement. | NA | NA | Coverage ends at month-end. | Coverage ends at month-end. |
| You do not pay required premium. | NA | Coverage ends on the last day of the month when full payment was received. | | |
| The plan is terminated. | Coverage ends at month-end. | | | |

* The former Wachovia company-paid retiree life coverage will no longer be available to team members who retire from active employment on or after January 1, 2010.

## After Coverage Ends: Your Options

### Continuation for Minnesota residents

If you are a Minnesota resident and you leave Wells Fargo or you reduce your hours and are no longer eligible for benefits, the Wells Fargo Retirement and COBRA Service Center will notify you of your options to continue coverage under all life insurance plans. In order to continue your Spouse/Partner Optional Term Life Plan and/or Dependent Term Life Plan, you must continue your Basic Term Life and/or Optional Term Life Plan. Under Minnesota state law, you may be able to continue coverage beyond the date coverage normally would end, for up to a maximum of 18 months. After 18 months, you may convert these plans to individual life policies or port your coverage, if applicable. If you are not notified of your coverage continuation rights within two weeks after you leave Wells Fargo or reduce hours and are no longer eligible for benefits, call the Wells Fargo Retirement and COBRA Service Center at 1-800-377-9220.

### Paying for continuation of coverage

The Wells Fargo Retirement and COBRA Service Center will send you a notice explaining the costs and payment procedures for continuation of coverage. You'll receive a monthly statement showing your premium due and the remittance address. Your payment is due by the end of each month.

### Portability (or porting)

Porting is one of the options available for continuing your Basic Term Life Plan, Optional Term Life Plan, Spouse/Partner Optional Term Life Plan, and/or Dependent Term Life Plan coverage after your coverage through Wells Fargo ends.

You may port all or a portion of your Basic Term Life Plan coverage if you are under age 70. If you are age 70 or older, but not yet age 80, you may port up to 50% of your coverage.

You may also port all or a portion of your Optional Term Life Plan, to a maximum of $1,000,000 if you are under age 70. If you are age 70 or older, but not yet 80, you can port up to 50% of your Optional Term Life Plan to a maximum of $500,000.

If you port all or a portion of your Basic Term Life Plan and/or Optional Term Life Plan coverage, you can also port all or a portion of your Spouse/Partner Optional Term Life Plan and/or Dependent Term Life Plan coverage.

The ported coverage can be reduced at any time, but will never increase. Ported coverage will automatically reduce to 50% when you reach age 70 and will terminate when you reach age 80, or if you stop paying the premium. Spouse/Partner Optional Term Life insurance and Dependent Term Life insurance will not reduce based on age, but will terminate when your coverage terminates or if the Spouse/Partner or child no longer meets the eligibility requirements. You can convert your coverage to a private policy after it is terminated when you reach age 80 by contacting Minnesota Life directly within 31 days of the date coverage ends under the portability feature.

You cannot port your coverage if you:

· Have converted your insurance to an individual policy

· Were not actively at work due to sickness or injury on the day immediately prior to the day your eligibility under the group plan ends

· Lose eligibility due to termination of the group policy

### How to apply — Portability

If you want to port your Term Life Plan coverage, contact Minnesota Life for a Portable Term Election Form at 1-877-822-8308. (If you don't receive a form within two weeks, call Minnesota Life again.) Return the completed form to Minnesota Life within 31 days from the termination of any of your group life insurance plans (for Minnesota residents, this can be 31 days from the termination of your Minnesota Continuation coverage).

The premium rate you pay is the group rate set by Minnesota Life and will be included in the information you receive from them. If you fail to pay any premiums by the due date, your ported coverage will end.

### Retiree Portability

If you retire and continue your Optional Term Life Plan, Spouse/Partner Optional Term Life Plan, or Dependent Term Life Plan coverage under portability, the premium you pay will continue to be calculated based on the coverage amount ported, insured's age and tobacco user status, at the same rate schedule as an active team member.

Unlike the portability described previously, retiree portability allows you to continue all or a portion of your Optional Term Life Plan, Spouse/Partner Optional Term Life Plan, and Dependent Term Life Plan coverage with no age limits or actively at work requirements.

However, you cannot apply for retiree portability if you have converted your coverage to an individual policy or if you lose eligibility due to any reason other than retirement.

You must port your Optional Term Life Plan coverage as a retiree, in order to port any Spouse/Partner Optional Term Life Plan or Dependent Term Life Plan coverage.

Coverage may continue until you reach age 95. The Spouse/Partner Optional Term Life Plan and Dependent Term Life Plan will terminate when your coverage terminates or when your spouse or child no longer meets the eligibility requirement for a spouse or child.

To be eligible for this active Wells Fargo rate, you must retire:

- On or after age 55 with at least 10 years of service

- With at least 80 points (based on age plus years of service)

- Or age 65 with one year of service

Exceptions to the above Life Insurance Portability eligibility rules:

- If you were on Wachovia's payroll as of December 31, 2009, in a benefits-eligible employment classification, and your age plus years of service equals 50 or greater as of January 1, 2010, you are eligible to port your life insurance if you retire at age 50 with 10 years of service or later.

- Effective January 1, 2009, you are eligible to port your life insurance as a retiree at the end of your Salary Continuation Leave if you have at least 65 points (with a minimum age of 45 and your age plus years of service totaling at least 65). This eligibility provision will end on December 31, 2011.

- In order to retain eligibility to port your life insurance as a retiree at the end of your Salary Continuation Leave, you must meet the following three requirements prior to December 31, 2011:

  - You must have at least 65 points (with a minimum age of 45 and your age plus years of service totaling at least 65).

  - Your Salary Continuation must end prior to December 31, 2011.

  - You must complete your porting election of life insurance.

### How to apply — Retiree Portability

If you want to port your life coverage, contact Minnesota Life for a Portable Term Election Form at 1-877-822-8308. (If you don't receive a form within two weeks, call Minnesota Life again.) Return the completed form to Minnesota Life within 31 days from the termination of your Optional Term Life Plan coverage (for Minnesota residents, this can be 31 days from the termination of your Minnesota continuation coverage).

### Conversion

You can convert your Basic Term Life Plan, Optional Term Life Plan, or Spouse/Partner Optional Term Life Plan, or Dependent Term Life Plan coverage to individual life insurance policies, if group coverage terminates for any reason other than failure to pay the required premium. To be able to convert your Spouse/Partner Optional Life and Dependent Term Life plans, you need to convert your Basic Term Life Plan and/or Optional Term Life Plan. Your spouse or dependent may also convert his or her Spouse/Partner Optional Term Life Plan or Dependent Term Life Plan coverage in the event of your death or if he or she no longer meets the eligibility requirements.

### How conversion works

- Conversions are to an individual life insurance policy. No disability or other benefits will be included.

- The conversion application must be sent to Minnesota Life within 31 days after the termination of coverage. If you die during this 31-day conversion period, benefits will be paid whether or not the policy had been converted.

- The maximum amount that can be converted is the coverage amount when your group coverage plan ends.

- Premiums you pay for the converted policy are at Minnesota Life's current rates, based on the insured's age at the time of conversion.

- The insured is not required to undergo a physical examination before converting the coverage.

### How to apply — Conversion

To convert to an individual policy, you must:

- Contact Minnesota Life and request a Conversion Application Form (if you don't receive a form within two weeks, call Minnesota Life again).

- Return the completed form to Minnesota Life and pay the first premium within 31 days from the date your life insurance coverage ends.

Appendix A

# Claims and Appeals

## Contents

Claims ..................................................... A-2

    Services from a network provider................... A-3

    Services from an out-of-network provider......... A-3

    Pre-service claim...................................... A-3

    Urgent care claim..................................... A-6

    Concurrent care claim ............................... A-9

    Post-service claim ................................... A-10

    Content of the claim determination notice ...... A-13

    Questions about claim determinations........... A-13

**Appealing an Adverse**

**Benefit Determination**................................. A-13

    Filing a first-level appeal ........................... A-14

    Filing a second-level appeal ........................ A-19

    Content of the appeal determination notice..... A-21

    Legal action.......................................... A-21

Under Department of Labor regulations, claimants are entitled to a full and fair review of any claims you make under a group health plan, including Wells Fargo's medical, dental, and vision plans. You become a claimant when you make a request for a plan benefit in accordance with the claim procedures described here.

These claims and appeals procedures are intended to comply with the regulations by providing reasonable procedures governing the filing of claims, notification of benefit decisions, and appeals of adverse benefit determinations. You'll need to follow these procedures for each plan you are enrolled in to receive benefits for eligible services and charges.

Your claim will be processed for payment according to the applicable plan provisions, the applicable claim administrator's coverage guidelines, and the claim coding submitted by the provider.

This appendix describes the applicable regulations governing claims and appeals procedures for the following plans:

- UnitedHealthcare PPO Plan
- UnitedHealthcare Consumer Directed Health Plan
- HSA High Deductible Health Plan
- Anthem Blue Cross Blue Shield PPO Plan
- HealthPartners Distinctions II Plan
- Aetna EPO Plan
- Medco Prescription Drug Program
- CVS Caremark Prescription Drug Program
- Delta Dental
- Mental Health and Substance Abuse Plan (OptumHealth Behavioral Solutions)
- Vision Service Plan (VSP)
- UnitedHealthcare Vision
- EyeMed Vision Care
- Health Care Flexible Spending Account

General claims procedures are also found in the individual chapters of this *Benefits Book* or SPD provided to you separately from this *Benefits Book*. For information about the claims and appeal procedures for coverage options not described in this appendix, including HMOs and other insured options, refer to the member handbook or certificate of coverage for claims and appeal procedures for your plan.

## Claims

A claim is any request for a plan benefit made in accordance with these claim procedures. An issue or dispute regarding your eligibility for coverage or participation in one or more of the plans is not considered a claim for benefits and is not governed by the claim and appeal procedures described in this appendix. When requesting benefits, if you do not follow proper procedures as described in your SPD, your request will not be treated as a claim.

There are four types of claims, each with different claim and appeal rules. The time periods for filing a claim and making an initial benefit determination vary by the type of claim as described below. A claim is considered to be filed when it is received by the applicable claims administrator in accordance with these claim procedures. The time period for making a determination starts when the claim is filed, regardless of whether the plan or applicable claims administrator has all of the information necessary to decide the claim at the time the claim is filed.

If a claim does not include sufficient information for the applicable claims administrator to make an initial benefit determination, you may be asked to provide additional information needed to make the determination.

For purposes of this appendix, references to "you" may include your provider if your provider is submitting a claim on your behalf or your authorized representative. To authorize someone to represent you through the claim process, you must submit a written authorization to the applicable claims administrator. The authorization must be specific as to who is representing you, for what purpose, for what duration of time and what documents, records, or other items may be released to or requested of this representative.

## Services from a network provider

Generally, your network provider is responsible for determining whether your claim is an urgent care, pre-service, or post-service claim and will obtain the necessary authorization and/or submit the request for payment under the applicable procedures, directly to the applicable claims administrator. After services have been rendered and a post-service claim has been filed, payments are made directly to the network provider for covered services per the terms of the plan in which you are enrolled. You are responsible for meeting any annual deductible and for paying established copayments or coinsurance to a network provider. You are also responsible for payment in full of any service you receive that is not covered by the plan. Therefore, it is always a good idea to discuss your care with your network provider and make sure they obtain any necessary preauthorizations before services are rendered.

## Services from an out-of-network provider

If you are using an out-of-network (also known as "nonnetwork") provider, it is your responsibility to make sure the claim is filed correctly and on time even if your provider offers to assist you with the filing. This means that you need to determine whether your claim is an urgent care (including concurrent care claims), pre-service, or post-service claim. After you determine the type of claim, you must follow the specific procedures for that type of claim.

After services have been rendered and a post-service claim has been filed, you will receive payment for covered services per the terms of the plan in which you are enrolled. You are responsible for paying the provider in full.

If you provide written authorization to allow direct payment to the provider, benefits may be paid directly to the provider instead of being paid to you if either of the following is true:

- The provider notifies the applicable claims administrator that your signature is on file, assigning benefits directly to that provider.
- You make a written request for the out-of-network provider to be paid directly at the time you submit your claim.

Note that any benefits due under Delta Dental and EyeMed Vision Care will be paid directly to the participant for service received from an out-of-network provider, regardless of any assignment on file.

For all plans subject to the procedures outlined in this appendix, third parties who have purchased or been assigned benefits by physicians or other providers will not be reimbursed.

You are responsible for meeting any annual deductible and for paying established coinsurance to the provider. You are also responsible for payment in full of any charges incurred but not covered by the applicable plan.

## Pre-service claim

A pre-service claim is any request for a plan benefit where the plan specifically requires advanced plan approval or authorization to receive benefits prior to obtaining medical care. If the plan does not deny benefits or reduce benefits because the claimant has not obtained approval prior to getting treatment, there is no pre-service claim. Simply follow the claims procedure for post-service claims.

If a service requires pre-service approval and there is an urgent need for services, refer to the "Urgent care claim" section.

If a service requires pre-service approval but the service is provided prior to receiving approval from the applicable claims administrator, you may submit your request to the appropriate address noted in the "Pre-Service Claim Contacts" table, but the claim will be reviewed under the post-service claims time frame.

The following information is required for a pre-service claim:

- Patient's name, date of birth, and relationship to the participant or team member
- Wells Fargo group number and individual member number
- Medical condition and the treatment or service for which approval is being requested
- Any additional information requested by the claims administrator upon notification

## Pre-Service Claim Contacts

| Plan | Contact |
| --- | --- |
| UnitedHealthcare PPO Plan | UnitedHealthcare<br>1-800-842-9722<br><br>UnitedHealthcare<br>PO Box 30884<br>Salt Lake City, UT 84130<br><br>For prescription drug services, see "Medco Prescription Drug Program" below. |
| UnitedHealthcare Consumer Directed Health Plan | UnitedHealthcare<br>1-800-842-9722<br><br>UnitedHealthcare<br>PO Box 30884<br>Salt Lake City, UT 84130<br><br>For prescription drug services, see "Medco Prescription Drug Program" below. |
| HSA High Deductible Health Plan | UnitedHealthcare<br>1-800-842-9722<br><br>UnitedHealthcare<br>PO Box 30884<br>Salt Lake City, UT 84130<br><br>For prescription drug services, see "Medco Prescription Drug Program" below. |
| Anthem Blue Cross Blue Shield PPO Plan | Anthem Blue Cross Blue Shield<br>• By phone: 1-866-418-7749<br>• By fax: 1-317-287-5049 or 1-800-773-7797<br><br>Anthem UM Services Inc.<br>PO Box 7101<br>Indianapolis, IN 46207<br><br>For prescription drug services, see "CVS Caremark Prescription Drug Program" below. |
| Medco Prescription Drug Program | Medco<br>• By phone: 1-800-753-2851<br>• By fax: 1-888-235-8551<br><br>Medco Health Solutions<br>PO Box 14711<br>Lexington, KY 40512 |
| CVS Caremark Prescription Drug Program | CVS Caremark<br>Fax to 1-888-836-0730 |
| HealthPartners Distinctions II Plan | HealthPartners<br>952-883-5800 or 1-800-942-4872<br><br>For prescription drug services, see "Medco Prescription Drug Program" above. |
| Aetna EPO Plan | Aetna<br>1-888-802-4271<br><br>For prescription drug services, see "CVS Caremark Prescription Drug Program" above. |

| Plan | Contact |
|---|---|
| HMOs | The procedures stated in this appendix do not apply. Refer to your member handbook or certificate of coverage for information on pre-service claims procedures. |
| Mental Health and Substance Abuse Plan | OptumHealth Behavioral Solutions 1-800-720-4158 |
| Delta Dental | Not applicable<br><br>For pre-estimates, see "Chapter 3: Dental Plan." |
| Kaiser Permanente Northwest Dental | The procedures stated in this appendix do not apply. Refer to your member handbook or certificate of coverage for information on pre-service claims procedures, if any. |
| Vision Service Plan (VSP) | Not applicable — there are no pre-service claim requirements. |
| EyeMed Vision Care | Not applicable — there are no pre-service claim requirements. |
| UnitedHealthcare Vision | Not applicable — there are no pre-service claim requirements. |
| Flexible Spending Accounts | Not applicable — there are no pre-service claim requirements. |

## Failure to follow claims procedures — pre-service claim

If your pre-service claim does not include the information necessary for the applicable claims administrator to properly evaluate the request, including but not limited to name of the participant requiring the care, the medical condition, and the treatment or service for which approval is requested, you will be notified of the failure and the proper procedures to be followed in filing a pre-service claim within five days after the claims administrator receives the request. Such notification may be verbal, unless you specifically request written notification.

*Note: Casual inquiries about the benefits or the circumstances under which benefits might be paid under your plan are not considered pre-service claims subject to these procedures, nor are requests for approval when preapproval is not required by the plan as a contingency for receiving benefits.*

## Pre-service claim determinations

If you have followed the pre-service claims procedure, including providing the required information, you will receive written notice of the claim decision from the applicable claims administrator within a reasonable period of time for the medical condition but no later than 15 days after the applicable claims administrator's receipt of the claim.

If a pre-service claim cannot be processed because you did not provide sufficient information with your claim, the applicable claims administrator will notify you within 15 days, as described above. The notice will explain the reasons for the extension of time and the required information needed. You will have 45 days following your receipt of this notice to submit the requested information to the applicable claims administrator. If the requested information is received within the 45-day time frame, the applicable claims administrator will notify you of the determination within 15 days after the information is received. If you don't provide the needed information within the 45-day period, your claim will be denied.

If the applicable claims administrator determines that it needs an extension of time due to matters beyond its control, the claims administrator will notify you of the reasons for the extension and the extended due date within 15 days of the claims administrator's receipt of your pre-service claim. The extended period may not exceed 30 days after the date the claims administrator received your pre-service claim.

**Urgent care claim**

An urgent care claim is a special type of pre-service claim. An urgent care claim is any pre-service claim for care or treatment that requires a faster decision than regular pre-service claims in order to avoid seriously jeopardizing the life or health of the claimant.

This urgency includes making sure the claimant's ability to regain maximum function is not seriously jeopardized due to decision time and, in the opinion of a physician with knowledge of the claimant's medical condition, that the claimant is not being subjected to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

The applicable claims administrator will determine whether a pre-service claim involves urgent care. In addition, if a physician with knowledge of the claimant's medical condition determines that a claim involves urgent care, the claim will be treated as an urgent care claim.

*Important:* If a claimant needs medical care for a condition that could seriously jeopardize his or her life, there is no need to contact the claims administrator for pre-service approval. The claimant should obtain such care without delay.

The following information is required for an urgent care claim.

- Patient's name, date of birth, and relationship to the participant or team member
- Wells Fargo group number and individual member number
- Medical condition and the treatment or service for which approval is being requested
- Any additional information requested by the claims administrator upon notification

*Note: If the services have already been provided for a claim that started out as an urgent care claim, the request for review may be treated as a post-service claim (see "Post-service claim" section for more information).*

## Urgent Care Claim (and Concurrent Care Claim) Contacts

| Plan | Contact |
| --- | --- |
| UnitedHealthcare PPO Plan | UnitedHealthcare<br>1-800-842-9722<br>Specifically state the claim is an urgent care claim.<br>For prescription drug services, see "Medco Prescription Drug Program" below. |
| UnitedHealthcare Consumer Directed Health Plan | UnitedHealthcare<br>1-800-842-9722<br>Specifically state the claim is an urgent care claim.<br>For prescription drug services, see "Medco Prescription Drug Program" below. |
| HSA High Deductible Health Plan | UnitedHealthcare<br>1-800-842-9722<br>Specifically state the claim is an urgent care claim.<br>For prescription drug services, see "Medco Prescription Drug Program" below. |
| Medco Prescription Drug Program | Medco<br>• By phone: 1-800-864-1135<br>• By fax: 1-888-235-8551<br>Specifically state the claim is an urgent care claim. |
| CVS Caremark Prescription Drug Program | CVS Caremark<br>Fax to 1-888-836-0730<br>Specifically state the claim is an urgent care claim |
| Anthem Blue Cross Blue Shield PPO Plan | Anthem Blue Cross Blue Shield<br>• By phone: 1-866-418-7749<br>• By fax: 1-317-287-8907 or 1-800-773-7797<br>Specifically state the claim is an urgent care claim.<br>For prescription drug services, see "CVS Caremark Prescription Drug Program" above. |
| HealthPartners Distinctions II Plan | HealthPartners<br>952-883-5800 or 1-800-942-4872<br>Specifically state the claim is an urgent care claim.<br>For prescription drug services, see "Medco Prescription Drug Program" above. |
| Aetna EPO Plan | Aetna<br>1-888-802-4271<br>Specifically state the claim is an urgent care claim.<br>For prescription drug services, see "CVS Caremark Prescription Drug Program" above. |
| HMOs | The procedures stated in this appendix do not apply. Refer to your member handbook or certificate of coverage for information on urgent care claims procedures. |

| Plan | Contact |
|---|---|
| Mental Health and Substance Abuse Plan | OptumHealth Behavioral Solutions 1-800-720-4158 Specifically state the claim is an urgent care claim. |
| Delta Dental | Not applicable. For pre-estimates, see "Chapter 3: Dental Plan." |
| Kaiser Permanente Northwest Dental | The procedures stated in this appendix do not apply. Refer to your member handbook or certificate of coverage for information. |
| Vision Service Plan (VSP) | Not applicable — there are no urgent care pre-service claim requirements. |
| EyeMed Vision Care | Not applicable — there are no urgent care pre-service claim requirements. |
| UnitedHealthcare Vision | Not applicable — there are no urgent care pre-service claim requirements. |
| Flexible Spending Accounts | Not applicable — there are no urgent care pre-service claim requirements. |

## Failure to follow claims procedures — urgent care claim

Because urgent care claims are time sensitive, it is critical that you provide the necessary information, including but not limited to the name of the participant requiring the care, the medical condition, and the treatment or service for which approval is requested, to the claims administrator when you submit your claim. If your claim does not include the information necessary for the applicable claims administrator to properly evaluate the request for urgent care, you will be notified of the failure and of the additional information that is required within 24 hours after your urgent care claim is received. Such notification may be verbal unless you specifically request written notification.

## Urgent care claim determinations

If you have followed the urgent care claims procedure, including providing the required information, you will receive notice of the benefit determination within 72 hours after the applicable claims administrator receives all necessary information, taking into account the seriousness of your condition. Notice of denial may be verbal with a written or electronic confirmation to follow within three days.

If the applicable claims administrator determines that additional information is needed to determine whether and to what extent benefits are covered or payable under your plan, the claims administrator will notify you of the specific information needed as soon as possible, but no later than 24 hours after the claims administrator's receipt of the urgent care claim. You will be given at least 48 hours to provide the requested information. The claims administrator will notify you of its decision as soon as possible, but no later than 48 hours after the earlier of:

- The claims administrator's receipt of the additional information
- The end of the period given to you to provide the additional information

## Concurrent care claim

A concurrent care claim applies if the applicable claims administrator has approved an ongoing course of treatment to be provided over a period of time or a with specific number of treatments, and where one of the following is true:

- The applicable claims administrator determines that the course of treatment should be reduced or terminated before the approved treatment or approved number of visits has been completed. *Note: This does not apply where the reduction or termination is due to plan amendment or plan termination.*

- The claimant requests extension of the course of treatment or number of visits beyond that which the applicable claims administrator has approved (when pre-service approval is required and the continuing services have not yet been provided).

The following information is required for a concurrent care claim:

- Patient's name, date of birth, and relationship to the participant or team member

- Wells Fargo group number and individual member number

- Medical condition and the treatment or service for which approval is being requested

- Any additional information requested by the claims administrator upon notification

Claims should be submitted to the phone or fax listed in the "Urgent Care Claim (and Concurrent Care Claim) Contacts" table or the "Pre-Service Claim Contacts" table, as applicable.

## Failure to follow claims procedures — concurrent care claim

Generally, if you have failed to follow the procedures for filing a concurrent care claim, you will be notified of the failure and the proper procedures to be followed in filing a concurrent care claim in accordance with the rules for failure to follow the pre-service claim procedures (or urgent care claim procedures, if applicable). Notification may be verbal, unless written notification is requested.

### Urgent care concurrent claim

If your concurrent care claim involving urgent care cannot be processed because you did not provide sufficient information with your claim, the applicable claims administrator will notify you of the failure and of the additional information that is required within 24 hours following the time your concurrent care claim is received. Such notification may be verbal unless you specifically request written notification.

### Nonurgent care concurrent claim

If your concurrent care claim for a nonurgent claim cannot be processed because you did not provide sufficient information with your claim, the applicable claims administrator will notify you within 15 days following the time your concurrent care claim is received. The notice will explain the reasons for the extension of time and the required information needed. You will have 45 days following your receipt of this notice to submit the requested information to the applicable claims administrator.

If the requested information is received within the 45-day time frame, the applicable claims administrator will notify you of the determination within a time sufficiently in advance of the reduction or termination to allow you to appeal and obtain a determination on review of that adverse benefit determination before the benefit is reduced or terminated. If you don't provide the needed information within the 45-day period, your claim will be denied.

## Concurrent care claim determinations

If you have followed the concurrent care claims procedure for claims involving reduction or termination of a course of treatment, including providing the required information, you will receive written notice of the claim decision from the applicable claims administrator within a time sufficiently in advance of the reduction or termination to allow you to appeal and obtain a determination on review of that adverse benefit determination before the benefit is reduced or terminated.

### Concurrent claims involving urgent care

For requests to extend care beyond the course of treatment for claims involving urgent care, if you have followed the concurrent care claims procedure, including providing the required information, your request will be decided within 24 hours after receipt of the claim provided your request is made at least 24 hours prior to the end of the approved treatment. The applicable claims administrator will make a determination on your request to extend treatment within 24 hours from receipt of your request.

If your request to extend treatment is not made at least 24 hours prior to the end of the approved treatment but before additional services have been rendered,

the request will be treated as an urgent care claim and decided according to the time frames above.

If your request to extend treatment is made after additional services beyond that which was originally approved have already been rendered, the request will be considered following the post-service claim timeline.

## Post-service claim

Post-service claims include submission of a claim under your plan after your health care has been received, as well as all other claim requests for approval before services are received when the plan does not require pre-service approval from the applicable claims administrator as a contingency for receiving benefits. If a service requires pre-service approval but the service is provided prior to receiving approval from the claims administrator, the claim will be treated as a post-service claim.

Post-service claims must contain all the information described in this section (except for Flexible Spending Account claims, which are addressed in "Chapter 5: Flexible Spending Accounts Plan"). If the necessary information is not submitted to the applicable claims administrator within the established filing period for the plan in which you are enrolled, benefits for the services received will be denied. Refer to the individual plan information for details on filing periods, how to obtain claim forms, and the address to which claims should be submitted for your plan.

In general, if you receive services from a network provider, the provider will file a post-service claim on your behalf. However, it is a good idea to check with your provider to make sure the claim has been filed to avoid denial of benefits for missing the claim filing deadline.

When you request payment of benefits after services have been received from an out-of-network provider, you

are responsible for ensuring the claim is filed correctly and on time even if the provider offers to file the claim on your behalf. You must complete the appropriate claim form and provide an itemized original bill* from your provider that includes all of the following:

· Patient name, date of birth, and patient diagnosis

· Date(s) of service

· Procedure code(s) and descriptions of service(s) rendered

· Charge for each service rendered

· Service provider's name, address, and tax identification number

· For prescription drugs, you must include a prescription drug receipt that includes the patient's name, date of service, prescription number, name of medication, strength and quantity of medication, prescribing physician's name, pharmacy name and address, and the cost of medication.

\* Monthly statements or balance due bills and credit card receipts are not acceptable. Photocopies are only acceptable if you're covered by two plans and sent your primary payer the original bill.

Most claim forms are included in "Appendix C: Forms" and at *Teamworks* > Forms Online or you may obtain a claim form directly from the applicable claims administrator.

Claims for separate family members should be submitted separately. If another insurance company pays your benefits first (i.e., the primary payer), submit your claim to that company first. After you receive your primary plan's benefit payment, submit a claim to the applicable claims administrator and attach the other company's explanation of benefits statements along with your claim.

It is important to keep copies of all submissions; the documentation you submit will not be returned to you.

## Post-Service Claim Contacts

| Plan | Contact | Time Frame for Claim Submission |
|---|---|---|
| UnitedHealthcare PPO Plan | UnitedHealthcare<br>PO Box 30884<br>Salt Lake City, UT 84130 | 12 months from date of service |
| UnitedHealthcare Consumer Directed Health Plan | UnitedHealthcare<br>PO Box 30884<br>Salt Lake City, UT 84130 | 12 months from date of service |
| HSA High Deductible Health Plan | UnitedHealthcare<br>PO Box 30884<br>Salt Lake City, UT 84130 | 12 months from date of service |
| Anthem Blue Cross Blue Shield PPO Plan | Call Anthem BCBS customer service to obtain the correct address to file your claim.<br><br>1-866-418-7749 | 12 months from date of service |
| Medco Prescription Drug Program | Medco Health Solutions Inc.<br>PO Box 14711<br>Lexington, KY 40512 | Claims must be received 12 months from the date the prescription drug or covered supplies were dispensed. |
| CVS Caremark Prescription Drug Program | CVS Caremark<br>PO Box 52196<br>Phoenix, AZ 85072 | Claims must be received 12 months from the date the prescription drug or covered supplies were dispensed. |
| HealthPartners Distinctions II Plan | Claims Department<br>HealthPartners, Inc.<br>PO Box 1289<br>Minneapolis, MN 55440-1289 | 12 months from date of service |
| Aetna EPO Plan | Aetna Inc.<br>PO Box 981106<br>El Paso, TX 79998-1106 | · 6 months from date of service for participating (network) providers<br><br>· 12 months from date of service for nonparticipating (out-of-network) providers<br><br>*Note: Benefits are available for services from out-of-network providers for emergency services only.* |
| HMOs | The procedures stated in this appendix do not apply. Refer to your member handbook or certificate of coverage for information. | The procedures stated in this appendix do not apply. Refer to your member handbook or certificate of coverage for information. |
| Mental Health and Substance Abuse Plan | OptumHealth Behavioral Solutions<br>PO Box 30760<br>Salt Lake City, UT 84130 | 12 months from date of service |

| Plan | Contact | Time Frame for Claim Submission |
| --- | --- | --- |
| Delta Dental | Delta Dental of Minnesota<br>PO Box 622<br>Minneapolis, MN 55440-0622 | 12 months from date of service |
| Kaiser Permanente Northwest Dental | The procedures stated in this appendix do not apply. Refer to your member handbook or certificate of coverage. | The procedures stated in this appendix do not apply. Refer to your member handbook or certificate of coverage. |
| Vision Service Plan (VSP) | VSP<br>PO Box 997105<br>Sacramento, CA 95899-7105 | 6 months from date of service |
| EyeMed Vision Care | EyeMed Vision Care<br>Attn: OON Claims<br>PO Box 8504<br>Mason, OH 45040-7111 | 12 months from date of service |
| UnitedHealthcare Vision | UnitedHealthcare Vision<br>Claims Dept.<br>PO Box 30978<br>Salt Lake City, UT 84130 | 6 months from date of service |
| Health Care Flexible Spending Accounts | WageWorks Claims<br>PO Box 14053<br>Lexington, KY 40512<br>By fax 1-877-353-9236 | Claims must be filed by April 30 of the following year for expenses incurred while you were a participant during the plan year. |
| Day Care Flexible Spending Accounts<br><br>*Please note: Claims for benefits under the Day Care Flexible Spending Account are not governed by the claims and appeals procedures set forth in this appendix because the Day Care Flexible Spending Account portion of the Plan is not governed by the Employee Retirement Income Security Act of 1974 as amended (ERISA). For more information refer to "Chapter 5: Flexible Spending Accounts Plan" of this Benefits Book.* | WageWorks Claims<br>PO Box 14053<br>Lexington, KY 40512<br>By fax 1-877-353-9236 | Claims must be filed by April 30 of the following year for expenses incurred while you were a participant during the plan year. |

## Failure to follow claims procedures — post-service claims

If a post-service claim cannot be processed because you did not provide sufficient information with your claim, the applicable claims administrator will notify you within 30 days. The notice will explain the reasons for the extension of time and the required information needed. You will have 45 days following the date of this notice to submit the requested information to the claims administrator. If the requested information is received within the 45-day time frame, the applicable claims administrator will notify you of the determination within 15 days after the information is received. If you don't provide the needed information within the 45-day period, your claim will be denied.

### Post-service claims determinations

If you have properly followed the post-service claims procedure, you will receive a written determination from the applicable claims administrator within 30 days of receipt of the claim.

If the applicable claims administrator determines that it needs an extension of time due to matters beyond its control, the claims administrator will notify you of the reasons for the extension and the extended due date within 30 days of the claims administrator's receipt of your post-service claim. The extended period may not exceed 45 days after the date the claims administrator received your post-service claim.

### Content of the claim determination notice

Regardless of the type of claim, you will receive a notice of an adverse benefit determination in written or electronic form. The notice will provide the following information:

- The specific reason(s) for the adverse determination

- Reference to the specific plan provisions on which the determination is based

- A description of any additional information necessary for the claim to be granted and an explanation of why such information is necessary

- A description of the plan's claim review procedures, the time limits under the procedures, and a statement regarding your right to bring a civil action under ERISA Section 502(a) following an adverse benefit determination on appeal

- If applicable, a statement indicating the internal rule, guideline, or protocol that was relied upon to make the adverse determination and that a copy of such rule will be provided free of charge to you upon request

- If the adverse determination is based on medical necessity, experimental treatment, or similar exclusion or limit, a statement that an explanation of the scientific or clinical judgment will be provided to you free of charge upon request

- If the claim is for urgent care, a description of the expedited review process

### Questions about claim determinations

If you have a question or concern about a benefit determination, you may informally contact the applicable plan's member services department before requesting a formal appeal. You may also file a formal written appeal without first informally contacting the plan's member services department.

A written appeal must be filed with the applicable claims administrator within 180 days of the date you received the adverse determination of your initial claim regardless of any verbal discussions that have occurred regarding your claim.

## Appealing an Adverse Benefit Determination

An adverse benefit determination is a decision on a claim that results in:

- Denial, reduction, or termination of a benefit for which the member remains liable

- A failure to provide or make a benefit payment in whole or in part for a claim for which the member remains liable

For purposes of this appendix, references to "you" may include your provider (if your provider is authorized to appeal on your behalf) or another authorized representative. To authorize someone to represent you through the first-level appeal process, you must submit a written authorization to the applicable claims administrator. The authorization must be specific as to who is representing you, for what purpose, for what duration of time, and what documents, records, or other items may be released to or requested of this representative.

If your claim is ignored in whole or in part, or if you disagree with a claim determination, you have the right to have your adverse benefit determination reviewed on appeal. There are two levels of appeal for most claims. The first level of appeal is reviewed by the applicable claims administrator. For the self-insured plans, the second level of appeal is reviewed by Wells Fargo Corporate Benefits on behalf of the plan administrator.

You must exhaust the appeal process prior to bringing a civil action under Section 502(a) of ERISA.

Regardless of the type of claim, a written appeal must be filed with the applicable claims administrator within 180 days from the date of the adverse benefit determination regardless of any verbal discussions that have occurred regarding your claim.

To assist in the preparation of your appeal, you have the right to request, free of charge, access to and copies of all documents, records, and other information relevant to your initial claim. Your request must be made in writing to the applicable claims administrator. A request for documentation does not extend the time period allowed for you to file an appeal.

The review of your claim on appeal will take into consideration all comments, documents, and other information submitted by you without regard to whether such information was submitted or considered in the initial benefit determination. The review on appeal will not defer to the initial benefit determination, and it will not be conducted by the same individual(s) who made the initial adverse benefit determination or their subordinates.

If the issue on appeal is based in whole or in part on a medical judgment, the individual(s) responsible for the review must consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment. This health care professional may not be an individual who was consulted in connection with the initial adverse benefit determination nor the subordinate of such individual. If a health care professional is consulted in connection with the review of your appeal, the health care professional will be identified upon written request.

## Filing a first-level appeal

A claimant must file a written appeal (urgent care claims may be filed verbally, refer to the urgent care appeals information to follow in this appendix) with the applicable claims administrator within 180 days following the date of the notice of an adverse benefit determination regardless of any verbal discussions regarding the claim. A claimant's failure to comply with this important deadline may cause the claimant to forfeit any right to any further review under these claims procedures or in a court of law.

An appeal is filed when the applicable claims administrator receives a written request for review from a claimant (or authorized representative) in accordance with these appeal procedures. A claimant is responsible for submitting proof that the claim for benefits is covered and payable under the plan. Refer to the individual plan information for the address to which appeals should be submitted for your plan.

The time period for making an appeal determination varies by the type of claim as described below. The applicable time periods begin to run when the appeal is received, regardless of whether the applicable claims administrator has all of the information necessary to decide the appeal at the time of filing. If you want to provide the applicable claims administrator with more time, in addition to the applicable time period, to make a determination after the appeal is received, you may voluntarily agree to an extension by contacting the applicable claims administrator.

## Urgent care appeals

Due to the time sensitivity of an urgent care claim, the claims administrator is fully responsible for reviewing the appeal. Appeals for urgent care do not need to be submitted in writing. You or your physician/provider should call the claims administrator as soon as possible to file your appeal (see the "Urgent Care Appeal Contacts" table or refer to your member ID card). The following information is required for an urgent care appeal:

- Patient's name, date of birth, and relationship to the participant or team member

- Wells Fargo group number and individual member number

- The diagnosis, required treatment, duration of treatment

- The provider's name

- Any medical records or other documentation to support the request for approval

The applicable claims administrator will decide the appeal as soon as possible, taking into account the medical circumstances, but no later than 72 hours after the applicable claims administrator's receipt of the appeal request. You will be notified of the decision. There is no second-level appeal review conducted by Wells Fargo Corporate Benefits on behalf of the plan administrator.

## Urgent Care Appeal Contacts

| Plan | Contact |
|---|---|
| UnitedHealthcare PPO Plan | UnitedHealthcare<br>1-800-842-9722<br><br>Specifically state the appeal is an urgent care appeal.<br><br>For prescription drug services, see "Medco Prescription Drug Program" below. |
| UnitedHealthcare Consumer Directed Health Plan | UnitedHealthcare<br>1-800-842-9722<br><br>Specifically state the appeal is an urgent care appeal.<br><br>For prescription drug services, see "Medco Prescription Drug Program" below. |
| HSA High Deductible Health Plan | UnitedHealthcare<br>1-800-842-9722<br><br>Specifically state the appeal is an urgent care appeal.<br><br>For prescription drug services, see "Medco Prescription Drug Program" below. |
| Medco Prescription Drug Program | Medco<br>• By phone: 1-800-864-1135<br>• By fax: 1-888-235-8551<br><br>Specifically state the appeal is an urgent care appeal. |
| CVS Caremark Prescription Drug Program | CVS Caremark<br>Fax to: 1-866-689-3092<br><br>Specifically state the appeal is an urgent care appeal. |
| Anthem Blue Cross Blue Shield PPO Plan | Anthem Blue Cross Blue Shield<br>• By phone: 1-866-418-7749<br>• By fax: 1-317-287-5968<br><br>Specifically state the appeal is an urgent care appeal.<br><br>For prescription drug services, see "CVS Caremark Prescription Drug Program" above. |
| HealthPartners Distinctions II Plan | HealthPartners<br>952-883-5800 or 1-800-942-4872<br><br>Specifically state the appeal is an urgent care appeal.<br><br>For prescription drug services, see "Medco Prescription Drug Program" above. |
| Aetna EPO Plan | Aetna<br>1-888-802-4271<br><br>Specifically state the appeal is an urgent care appeal.<br><br>For prescription drug services, see "CVS Caremark Prescription Drug Program" above. |
| HMOs | The procedures stated in this appendix do not apply. Refer to your member handbook or certificate of coverage for information. |
| Mental Health and Substance Abuse Plan | OptumHealth Behavioral Solutions<br>• By phone: 1-800-720-4158<br>• By fax: 1-415-547-6259<br><br>Specifically state the appeal is an urgent care appeal. |
| Delta Dental | Not applicable, for preestimates see "Chapter 3: Dental Care." |

| Plan | Contact |
|---|---|
| Kaiser Permanente Northwest Dental | The procedures stated in this appendix do not apply. Refer to your member handbook or certificate of coverage for information. |
| Vision Service Plan (VSP) | Not applicable — there are no urgent care claim requirements. |
| EyeMed Vision Care | Not applicable — there are no urgent care claim requirements. |
| UnitedHealthcare Vision | Not applicable — there are no urgent care claim requirements. |
| Flexible Spending Accounts | Not applicable — there are no urgent care claim requirements. |

## Concurrent care appeals

Your appeal is reviewed by the claims administrator. The following information is required for a concurrent care appeal:

- Patient's name, date of birth, and relationship to the participant or team member
- Wells Fargo group number and individual member number
- The diagnosis, required treatment, duration of treatment
- The provider's name
- Written comments, documents, medical records, or other information related to the benefit claim on appeal to support your request
- Any documentation or other written information to support your request

The applicable claims administrator will decide the appeal of a decision to reduce or terminate an initially approved course of treatment before the proposed reduction or termination takes place. The applicable claims administrator will decide the appeal of a denied request to extend a concurrent care decision in the appeal time frame for pre-service, urgent care, or post-service claims as appropriate to the request.

## Pre-service and post-service first-level appeals

Your first level of appeal is reviewed by the applicable claims administrator. Your written appeal request should include:

- Your name, date of birth, and address
- The patient's name and the identification number from the ID card
- Wells Fargo group number and individual member number
- The date(s) of service(s) and/or claim number
- The provider's name
- Written comments, documents, medical records, or other information related to the benefit claim on appeal, including reference to specific plan provisions from the Summary Plan Description to support your assertion for payment
- Any documentation or other written information to support your request for claim payment (e.g., Explanation of Benefits [EOBs], previous correspondence, authorization notices, bills, and research)

## Pre- and Post-Service First-level Appeal Contacts

| Plan | Address |
| --- | --- |
| UnitedHealthcare PPO Plan | UnitedHealthcare<br>Appeals<br>PO Box 30432<br>Salt Lake City, UT 84130 |
| UnitedHealthcare Consumer Directed Health Plan | UnitedHealthcare<br>Appeals<br>PO Box 30432<br>Salt Lake City, UT 84130 |
| HSA High Deductible Health Plan | UnitedHealthcare<br>Appeals<br>PO Box 30432<br>Salt Lake City, UT 84130 |
| Medco Prescription Drug Program | Medco Health Solutions<br>Appeals<br>8111 Royal Ridge Pkwy<br>Irving, TX 75063 |
| CVS Caremark Prescription Drug Program | CVS Caremark<br>Appeals Department<br>MC109<br>PO Box 52084<br>Phoenix, AZ 85072-2084 |
| Anthem Blue Cross Blue Shield PPO Plan | Anthem Blue Cross Blue Shield<br>Appeals<br>PO Box 33200<br>Louisville, KY 40232-3200<br><br>By fax: 1-888-859-3046 |
| HealthPartners Distinctions II Plan | Member Service Department<br>HealthPartners, Inc.<br>8170 33rd Avenue South<br>PO Box 1309<br>Minneapolis, MN 55440-1309 |
| Aetna EPO Plan | Aetna<br>National Accounts CRT<br>PO Box 14463<br>Lexington, KY 40512 |
| HMOs | The procedures stated in this appendix do not apply. Refer to your member handbook or certificate of coverage for information. |

| Plan | Address |
| --- | --- |
| Mental Health and Substance Abuse Program | OptumHealth Behavioral Solutions<br>Appeals<br>PO Box 32040<br>Oakland, CA 94604 |
| Delta Dental | Delta Dental of Minnesota<br>PO Box 551<br>Minneapolis, MN 95899-0551 |
| Kaiser Permanente Northwest Dental | The procedures stated in this appendix do not apply. Refer to your member handbook or certificate of coverage. |
| Vision Service Plan (VSP) | Vision Service Plan<br>Attn.: Appeals<br>PO Box 997105<br>Sacramento, CA 95899-7105 |
| EyeMed Vision Care | EyeMed Vision Care, L.L.C.<br>Attn.: Quality Assurance Department<br>4000 Luxottica Place<br>Mason, OH 45040 |
| UnitedHealthcare Vision | UnitedHealthcare Vision Appeals Dept.<br>PO Box 30978<br>Salt Lake City, UT 84130 |
| Flexible Spending Accounts<br><br>*Please note: Appeals for benefits under the Day Care Flexible Spending Account are not governed by the claims and appeals procedures set forth in this appendix because the Day Care Flexible Spending Account portion of the Plan is not governed by the Employee Retirement Income Security Act of 1974 as amended (ERISA). For more information, refer to* "Chapter 5: Flexible Spending Accounts Plan" *of this Benefits Book.* | WageWorks Claim Appeal Board<br>PO Box 991<br>Mequon, WI 53092-0991 |

Appendix A: Claims and Appeals

### Pre-service appeal determination time frame

The applicable claims administrator will decide the appeal within a reasonable period of time appropriate to the medical circumstances, but no later than 15 days after the claims administrator's receipt of the written request for review.

### Post-service appeal determination time frame

The applicable claims administrator will decide the appeal within a reasonable period of time but no later than 30 days after the claims administrator's receipt of the written request for review.

### Content of the first-level appeal determination notice

The applicable claims administrator will provide the claimant with written notice of the appeal decision. The applicable claims administrator may provide the claimant with verbal notice of an adverse decision on an urgent care claim, but written notice will be furnished no later than three days after the verbal notice.

Regardless of the type of claim, a notice of an adverse benefit determination will be provided in written or electronic form. If the determination is adverse, the notice will provide the following information:

- The specific reason(s) for the adverse determination

- Reference to the specific plan provisions on which the determination is based

- A statement that you are entitled to receive, upon request and free of charge, access to and copies of all documents, records, and other information relevant to the claim

- A statement regarding second-level appeal options, if any, and the applicable procedures

- A statement that you have the right to a voluntary external review if an urgent care claim for mental health or substance abuse benefits has been denied by OptumHealth Behavioral Solutions

- A statement regarding your right to bring a civil action under ERISA Section 502(a) following an adverse benefit determination on appeal

- If applicable, a statement indicating the internal rule, guideline, or protocol that was relied upon to make the adverse determination and that a copy of such rule will be provided free of charge to you upon request

- If the adverse determination is based on a medical necessity, experimental treatment, or similar exclusion or limit, a statement that an explanation of the scientific or clinical judgment will be provided to you free of charge upon request

### Filing a second-level appeal

If you are dissatisfied with the applicable claims administrator's determination of your appeal, you may have the right to file a second appeal for review as described below.

The time period for making an appeal determination varies by the type of claim as described below. For second-level appeals reviewed by Wells Fargo Corporate Benefits on behalf of the plan administrator, the applicable time period begins when the completed Wells Fargo & Company Group Health Plan Appeal form is received by Wells Fargo Corporate Benefits, Health Plan Appeals, regardless of whether all of the information necessary to decide the appeal has been received at the time of filing.

If your second-level appeal has been filed per the terms of the plan and you want to provide the plan administrator with more time to conduct a review and issue a determination in addition to the applicable time period, you may voluntarily agree to an extension by submitting a written authorization to the plan administrator for the applicable plan.

### Urgent care appeals

There is no second-level urgent care appeal review for the following plans:

- UnitedHealthcare PPO Plan

- UnitedHealthcare Consumer Directed Health Plan

- HSA High Deductible Health Plan

- Anthem Blue Cross Blue Shield PPO Plan

- HealthPartners Distinctions II Plan

- Aetna EPO Plan

- Medco Prescription Drug Program

- CVS Caremark Prescription Drug Program

- Delta Dental

- Vision Service Plan (VSP)

- EyeMed Vision Care

- UnitedHealthcare Vision

- Flexible Spending Accounts

You may have the option to request an external voluntary appeal under the Mental Health and Substance Abuse Plan, administered by OptumHealth Behavioral Solutions, if your first-level urgent care appeal was denied for mental health or substance abuse services. To qualify for a voluntary appeal review, you must meet the following criteria:

- The adverse benefit determination must have been clinical in nature.

- Requests for benefit coverage beyond those included in the plan are not eligible for review.

- You have not agreed to any other dispute resolution proceedings with OptumHealth Behavioral Solutions.

- The minimum dollar amount of the services you are appealing must be $500.

Contact OptumHealth Behavioral Solutions at 1-800-720-4158 or submit a fax request to 415-547-6259. Your request must be made within 90 days of the date of the first-level appeal determination. The claims administrator will decide the voluntary appeal within a reasonable period of time but no later than 30 days after the claims administrator's receipt of the written request for review. If your appeal is for services you have not yet received, a decision will be made within a reasonable period of time appropriate to the medical circumstances but no later than 15 days after OptumHealth Behavioral Solutions' receipt of the written request for review.

For information about the claims and appeal procedures for coverage options not described in this appendix, including HMOs and other insured options, refer to the member handbook or certificate of coverage for the particular coverage option to determine if there is a second-level urgent care appeal review option for your plan.

### Pre-service and post-service appeals

If you are dissatisfied with the applicable claims administrator's determination of your first-level appeal, you may file a second-level appeal with Wells Fargo Corporate Benefits on behalf of the plan administrator for the following plans:

- UnitedHealthcare PPO Plan

- UnitedHealthcare Consumer Directed Health Plan

- HSA High Deductible Health Plan

- Anthem Blue Cross Blue Shield PPO Plan

- HealthPartners Distinctions II Plan

- Aetna EPO Plan

- Medco Prescription Drug Program

- CVS Caremark Prescription Drug Program

- Delta Dental

- Mental Health and Substance Abuse Plan

- Vision Service Plan (VSP)

- EyeMed Vision Care

- UnitedHealthcare Vision

- Health Care Flexible Spending Account

For information about the claims and appeal procedures for coverage options not described in this appendix, including HMOs and other insured options, refer to the member handbook or certificate of coverage for the particular coverage option to determine if there is a second-level appeal option for your plan.

To file a second-level appeal with Wells Fargo Corporate Benefits on behalf of the plan administrator for the applicable plans, you must submit a completed and signed Wells Fargo & Company Group Health Plan Appeal form (a valid appeal) with your written request for a second appeal review. The form is included in "Appendix C: Forms" and is also available at *Teamworks* > Forms Online. If the charges being appealed are for an adult, the adult patient must sign the Wells Fargo & Company Group Health Plan Appeal form to authorize the review.

The request for review will be considered invalid and will not be reviewed if you do not submit, by U.S. mail (or overnight delivery such as UPS or FedEx), a completed and properly signed appeal form to Wells Fargo Corporate Benefits, Health Plan Appeals, at the address noted below within 90 days from the date of the applicable claims administrator's first-level appeal determination. The date a second-level appeal is considered to be filed with Wells Fargo Corporate Benefits is based on the U.S. Postal Service postmark date (or ship date of UPS or FedEx mailing).

If you would like someone to represent you in the second-level appeal process with Wells Fargo Corporate Benefits, you must submit a completed and notarized Wells Fargo Authorization for Representation in the Appeal Process form with your completed appeal form. This authorization form is included in "Appendix C: Forms" and is also available at *Teamworks* > Forms Online.

The appeal process is your opportunity to present documentation and evidence to show that the claim for benefits is covered and payable under the applicable plan. Because the Wells Fargo Corporate Benefits appeal review is independent of any review previously conducted by the claims administrator, Wells Fargo Corporate Benefits does not have any information that you or your doctor may have previously submitted to the claims administrator. It is your responsibility to submit any information or documentation you wish to have considered with your appeal form; a list of suggested documentation is noted on the appeal form. Wells Fargo does not reimburse fees that may be associated with your obtaining information you wish to have reviewed in support of your appeal. Submission of all requested information is not a guarantee that your request will be approved. Lack of adequate documentation to support the request, however, can result in denial of the request due to insufficient evidence.

Your appeal must be sent by U.S. mail (or overnight delivery such as UPS or FedEx) to:

> Wells Fargo Corporate Benefits
> Health Plan Appeals
> MAC N9311-170
> 625 Marquette Avenue
> Minneapolis, MN 55479

If the issue is a network provider contract dispute, the provider must work directly with the claims administrator. Wells Fargo does not have the authority to make decisions regarding provider contracts.

### Pre-service appeal determination time frame

The appeal decision will be made within a reasonable period of time appropriate to the medical circumstances, but no later than 15 days after Wells Fargo Corporate Benefits' receipt of the valid appeal request.

### Post-service appeal determination time frame

The appeal decision will be made within a reasonable period of time but no later than 30 days after the Wells Fargo Corporate Benefits' receipt of the valid appeal request.

### Content of the appeal determination notice

Regardless of the type of appeal, a notice of an adverse benefit determination will be provided in written or electronic form. If the determination is adverse, the notice will provide the following information:

- The specific reason(s) for the adverse determination

- Reference to the specific plan provisions on which the determination is based

- A statement that you are entitled to receive, upon request and free of charge, access to and copies of all documents, records, and other information relevant to the claim

- A description of any further voluntary appeal procedures offered under the applicable plan, your right to get information about such procedures and a statement regarding your right to bring a civil action under ERISA Section 502(a)

- If applicable, a statement indicating the internal rule, guideline, or protocol that was relied upon to make the adverse determination and that a copy of such rule will be provided free of charge to you upon request

- If the adverse determination is based on a medical necessity or experimental treatment or similar exclusion or limit, a statement that an explanation of the scientific or clinical judgment will be provided to you free of charge upon request

For the Wells Fargo self-insured health plans, Wells Fargo Corporate Benefits on behalf of the plan administrator, has the exclusive right to interpret and administer the applicable plan. These decisions are conclusive and binding.

*Note: Wells Fargo's decision is based only on whether benefits are available under the applicable plan for the proposed treatment or procedure. The determination as to whether the pending health service is necessary or appropriate is between you and your physician.*

To request information relevant to a second-level appeal reviewed by Wells Fargo Corporate Benefits on behalf of the plan administrator, submit your written request to Wells Fargo Corporate Benefits at the address listed above.

### Legal action

No legal action can be taken to recover expenses until the procedures described in the "Claims" and "Appealing an Adverse Benefit Determination" sections within this "Claims and Appeals Appendix" have been exhausted. Any suit for benefits must be brought within one year from the date the final appeal determination was issued by Wells Fargo Corporate Benefits. Refer to "Agent for Service" in Appendix B.

Page intentionally left blank

Appendix B

# Legal Notifications

## Contents

**Notice of HIPAA Privacy Rights** ........................ B-2

    Summary of your privacy rights ..................... B-2

    How Wells Fargo may use or disclose
your protected health information................. B-3

    What is highly confidential information? ........ B-4

    What are your rights to your
protected health information?...................... B-4

    How to exercise your rights.......................... B-5

    Restrictions on protected health information ..... B-7

    Plan administrator and health plan separation ... B-7

**COBRA General Notice** ................................... B-7

    Extending COBRA continuation coverage ....... B-8

    Important notification requirements.............. B-9

    Electing COBRA continuation coverage......... B-10

    Cost of COBRA continuation coverage .......... B-10

    Payment of COBRA continuation coverage ...... B-11

    Notice regarding state continuation
of coverage............................................. B-11

    Events that may modify continued coverage.... B-12

    Expense of COBRA continuation coverage...... B-12

    Enrollment deadline................................. B-12

    For more information ............................... B-12

    Keep your plan informed of address changes ... B-12

**Portability Certificate** ................................... B-13

    Additional certificates .............................. B-13

**Your Rights Under ERISA**.............................. B-13

    Receive information about your plan ............. B-13

    Continue group health plan coverage ............ B-13

    Prudent actions by plan fiduciaries ............... B-14

    Enforcing your rights ............................... B-14

    Assistance with your questions ................... B-14

**Other Notifications** ..................................... B-14

    Women's Health and Cancer Rights
Act of 1998 ........................................... B-14

    The Newborns' and Mothers' Health
Protection Act........................................ B-15

    Notice of special enrollment rights
under HIPAA......................................... B-15

**Plan Information** ......................................... B-15

    Employer identification number................... B-15

    Plan sponsor.......................................... B-15

    Plan administrator................................... B-15

    Agent for service..................................... B-16

    Plan trustee .......................................... B-16

    Plan year.............................................. B-16

**Participating Employers** ............................... B-16

**Future of the Plans** ...................................... B-16

    Plan amendments ................................... B-16

    Plan termination..................................... B-16

As used in this appendix, the term "Wells Fargo" means "Wells Fargo & Company," the plan administrator for the Wells Fargo Group Health Plans referenced in this appendix.

## Notice of HIPAA Privacy Rights

Please review this notice carefully as it describes how medical information about you may be used and disclosed. This notice also directs you to how you can access your medical information.

Wells Fargo is providing you this privacy notice so you understand how we use your health information and when we need to disclose your health information to others. For each obligation and right listed within this notice, the term "we" refers to both the Wells Fargo plan administrators and the claims administrators for the self-insured coverage options beginning January 1, 2010, under the Wells Fargo & Company Health Plan, the Wells Fargo & Company Dental Plan, the Wells Fargo & Company Vision Plan, and the Health Care Flexible Spending Account portion of the Wells Fargo & Company Flexible Spending Accounts Plan (collectively referred to as the Wells Fargo Group Health Plans).

This notice is subject to change. If you have access to *Teamworks*, the most recent version of this notice is available at *Teamworks*. You may also contact the HR Service Center during normal business hours at 1-877-HRWELLS (1-877-479-3557).

### Summary of your privacy rights

**We may use and give out your health information to:**

- Treat you
- Get paid
- Run the Wells Fargo Group Health Plans
- Tell you about other health benefits and services
- Help your family and friends involved in your care
- Do research

**We may also use and give out health information for:**

- Health and safety reasons
- Organ and tissue donation requests
- Military purposes
- Workers' compensation requests
- Lawsuits
- Law enforcement requests

- National security reasons
- Coroner, medical examiner, or funeral director use

**You have the right to:**

- Get a copy of your medical record
- Request a change to your medical record if you think it's wrong
- Ask for an accounting of certain disclosures of your health information
- Ask us to limit the information we share
- Ask for a copy of our privacy notice
- Write a letter of complaint to us if you believe your privacy rights have been violated

The purpose of this document is to outline and inform you about your privacy rights enacted under the Health Insurance Portability and Accountability Act of 1996 (HIPAA). This privacy notice describes the privacy practices of the self-insured coverage options under the Wells Fargo Group Health Plans,* which include the following:

- UnitedHealthcare Medicare Supplement Plan administered by UnitedHealthcare and CVS Caremark
- Wells Fargo Financial Medicare Supplement Plan administered by UnitedHealthcare
- UnitedHealthcare PPO Plan administered by UnitedHealthcare and Medco
- Anthem Blue Cross Blue Shield PPO Plan administered by Anthem Blue Cross Blue Shield and CVS Caremark
- HSA High Deductible Health Plan administered by UnitedHealthcare and Medco
- UnitedHealthcare Consumer Directed Health Plan administered by UnitedHealthcare and Medco
- Aetna EPO Plan administered by Aetna and CVS Caremark
- Aetna Medicare Supplement Plans administered by Aetna and CVS Caremark
- HealthPartners Distinctions II Plan administered by HealthPartners and Medco
- Mental Health and Substance Abuse benefits administered by OptumHealth Behavioral Solutions
- Wells Fargo & Company Dental Plan administered by Delta Dental of Minnesota
- Vision Service Plan administered by Vision Service Plan
- EyeMed Vision Care administered by EyeMed Vision Care

- UnitedHealthcare Vision administered by UnitedHealthcare Vision

- Health Care Flexible Spending Account portion of the Flexible Spending Accounts Plan administered by WageWorks

\* Only the listed plan options are covered by this Notice of HIPAA Privacy Rights. If you are enrolled in a fully insured coverage option or an HMO, the insurer or HMO may also provide a Notice of HIPAA Privacy Rights specifically relating to the coverage under those options.

Wells Fargo, as the sponsor and plan administrator of the Wells Fargo Group Health Plans, and each of the claims administrators listed above that have been hired to administer the Wells Fargo Group Health Plans, are required by law to protect the privacy of your health information. "Protected health information," as used in this privacy notice, means any individually identifiable health information that is created or received by a health care provider or one of the Wells Fargo Group Health Plans relating to:

- Your physical or mental health or condition

- The provision of health care to you

- The payment for health care

Wells Fargo may have to change or amend this privacy notice and our privacy practices, but if we do, we will communicate any material changes to you in a revised privacy notice within 60 days of such changes. For your convenience, the privacy notice is available online at *Teamworks* or from the HR Service Center during normal business hours at 1-877-HRWELLS (1-877-479-3557).

## How Wells Fargo may use or disclose your protected health information

We **must** use and disclose your protected health information to provide information:

- To you or someone who has the legal right to act for you (your personal representative)

- To the Department of Health and Human Services, if necessary, to make sure your privacy is protected

- When it's required by law

**We have the right** to use and disclose your protected health information to pay for your health care and to operate and administer the Wells Fargo Group Health Plans. Some examples of when we may use your protected health information are:

- **For payment** of claims for services received by you and processed by the claims administrator(s) for the Wells Fargo Group Health Plans in which you are enrolled.

- **For treatment,** so that doctors, hospitals, or both can provide you medical care.

- **For health care operations,** to operate and administer the Wells Fargo Group Health Plans and to help manage your health care coverage. For example, the Wells Fargo Group Health Plans may use your protected health information  in connection with:

  – A disease management or wellness program to improve your health

  – Underwriting and soliciting bids from potential insurance carriers (Genetic information shall not be used for underwriting purposes)

  – Merger and acquisition activities

  – Deciding employee contributions

  – Submitting claims to the plans' stop-loss (or excess loss) carrier

  – Conducting or arranging for medical review

  – Legal services

  – Audit services

  – Fraud and abuse detection programs.

  The Wells Fargo Group Health Plans also may use your protected health information for other Plan administrative activities, such as business planning and development, cost management, business management, and conducting quality assessment and improvement activities.

- **To provide information** on health-related programs or products. For example, the claims administrator might talk to your doctor to suggest an alternative medical treatment or program or about health-related products and services.

Under limited circumstances, **we may have to** use or disclose your protected health information:

- **To persons involved with your care,** such as a family member, if you are incapacitated, in an emergency, or when permitted by law

- **For public health activities,** such as reporting disease outbreaks

- **For reporting victims of abuse, neglect, or domestic violence** to government authorities, including a social service or protective service agency

- **For health oversight activities** such as governmental audits, fraud, and abuse investigations

- **For judicial or administrative proceedings,** such as responding to a court order, search warrant, or subpoena

- **For law enforcement purposes,** such as providing limited information to locate a missing person

Appendix B: Legal Notifications

B-3

- **To avoid a serious threat to health or safety,** such as disclosing information to public health agencies

- **For specialized government functions,** such as military and veteran activities, national security, and intelligence activities

- **For workers' compensation,** including disclosures required by state workers' compensation laws for job-related injuries

- **For research purposes,** such as research related to the prevention of disease or disability, but only if the research study meets all privacy law requirements

- **To provide information regarding decedents,** such as providing protected health information to a coroner or medical examiner to identify a deceased person, determine a cause of death, or as authorized by law, or to funeral directors as necessary to carry out their duties

- **For organ procurement purposes,** such as banking, or transplantation of organs, eyes, or tissue

If none of the above reasons apply, then your written authorization is needed to use or disclose your protected health information. If a use or disclosure of protected health information is prohibited or materially limited by other applicable laws, then it is our intent to meet the requirements of the more stringent law to protect your privacy. In some states, your authorization may also be required for use or disclosure of your protected health information. In many states, your authorization may be required in order for us to disclose your highly confidential health information as described below.

After we receive authorization from you to release your protected health information, we cannot guarantee that the person to whom the information is provided will not disclose your information. You may revoke your written authorization unless we have already acted based on your authorization. To revoke an authorization, contact the claims administrator for the Wells Fargo Group Health Plan in which you are enrolled at the phone number listed on your Plan's ID card. You may contact the HR Service Center during normal business hours at 1-877-HRWELLS (1-877-479-3557).

## What is highly confidential information?

Federal and applicable state laws may require special privacy protections for highly confidential information about you. Highly confidential information may include confidential information under federal law governing alcohol and drug abuse information, as well as state laws that often protect:

- HIV/AIDS
- Mental health
- Genetic tests
- Alcohol and drug abuse
- Sexually transmitted diseases and reproductive health information
- Child or adult abuse or neglect cases, including sexual assault

## What are your rights to your protected health information?

You have the right to:

- **Ask for restrictions** on uses or disclosures of your protected health information for treatment, payment, or health care operations. You also can ask to restrict disclosures to family members or to others who are involved in or make payments for your health care. We may also have policies on dependent access that may authorize certain restrictions. We ask you to understand that while we will try to honor your request and will permit requests consistent with our policies, we are not required to agree to any restriction.

- **Choose how we contact you.** You have the right to ask that we communicate with you about medical matters in a certain way or even at a certain location. An example of this could be that we only contact you at work or by mail. If you have a preference regarding how we communicate with you, please let us know in writing. We will honor your request as long as it is reasonable for us to do so.

- **See and obtain a copy** of your protected health information that may be used to make decisions about you, such as claims and cases or medical management records. You may receive a summary of this health information. Wells Fargo cannot provide access to psychotherapy notes, information we collect for legal actions, or any lab test information protected by law. The appeal process will not rule in favor of these decisions. A written request will be needed to inspect and copy your protected health information. In certain limited circumstances, your request to inspect and copy your protected health information may be denied.

- **Ask to amend** the protected health information we maintain about you if you believe it is wrong or incomplete. The amendment must be submitted in writing to the claims administrator(s) for the Wells Fargo Group Health Plans in which you are enrolled or directly to the plan administrator, along with a reason that supports your request. If your request is denied, you may have a statement of your disagreement added to your protected health information.

- **Appoint a personal representative.** You may request that the Wells Fargo Group Health Plans disclose your protected health information to your personal representative. A "personal representative" is an individual you designate to act on your behalf and make decisions about your medical care. If you want the Wells Fargo Group Health Plans to disclose your protected health information to your personal representative, submit a written statement giving the Wells Fargo Group Health Plans permission to release your protected health information to your personal representative and documentation that this individual qualifies as your personal representative under state law, such as a power of attorney authorizing this individual to make health care decisions for you. Submit this request in writing to the privacy contact below:

  > Compensation and Benefits Department
  > Attn: Privacy Official
  > Wells Fargo & Company
  > MAC N9311-170625
  > Marquette Avenue
  > Minneapolis, MN 55479

- **Receive an accounting of disclosures** of your protected health information made by Wells Fargo during the six years prior to your request. This accounting will not include disclosures of protected health information made:

  1. Prior to April 14, 2003

  2. For treatment, payment, and health care operations purposes

  3. To you or pursuant to your authorization

  4. To correctional institutions or law enforcement officials

  5. In connection with other disclosures that federal law does not require us to provide an accounting

- **You have the right to a paper copy of this privacy notice anytime.** It is posted online at *Teamworks,* or you may call the HR Service Center at 1-877-HRWELLS (1-877-479-3557) during normal business hours to request a copy.

## How to exercise your rights

### Contact the plan administrator or the applicable claims administrators

If you have any questions about this privacy notice or want to exercise any of your rights, please call the HR Service Center at 1-877-HRWELLS (1-877-479-3557) during normal business hours. Or you can call the claims administrator(s) for the Wells Fargo Group Health Plan in which you are enrolled. Contact information is listed at the end of this privacy notice.

### Filing a complaint

If you believe your privacy rights have been violated, you may file a complaint with Wells Fargo at the following address:

> Compensation and Benefits Department
> Attn: Privacy Official
> Wells Fargo & Company
> MAC N9311-170
> 625 Marquette Avenue
> Minneapolis, MN 55479

You may also notify the Secretary of the U.S. Department of Health and Human Services of your complaint.

Wells Fargo will not take any action against you for filing a complaint.

If you have questions about this privacy notice, you may contact the HR Service Center during normal business hours at 1-877-HRWELLS (1-877-479-3557).

## Claims Administrators

To reach the claims administrator for the Wells Fargo Group Health Plans in which you are enrolled, please call the applicable number listed below:

| | |
|---|---|
| **UnitedHealthcare PPO Plan**<br>UnitedHealthcare<br>1-800-842-9722<br><br>Medco<br>1-800-309-5507 | **UnitedHealthcare Consumer Directed Health Plan and HSA High Deductible Health Plan**<br>UnitedHealthcare<br>1-800-842-9722<br><br>Medco<br>1-800-311-0835 |
| **Anthem Blue Cross Blue Shield PPO Plan**<br>Anthem Blue Cross Blue Shield<br>1-866-418-7749<br><br>CVS Caremark<br>1-800-772-2301 | **HealthPartners Distinctions II Plan**<br>HealthPartners<br>1-888-487-4442<br>952-883-6677<br><br>Medco<br>1-800-309-5507 |
| **Aetna EPO Plan and Medicare Supplement Plans**<br>Aetna<br>1-888-802-4271<br><br>CVS Caremark<br>1-800-772-2301 | **Wells Fargo Financial Medicare Supplement Plan**<br>UnitedHealthcare<br>1-800-842-9722 |
| **UnitedHealthcare Medicare Supplement Plan**<br>UnitedHealthcare<br>1-800-842-9722<br><br>CVS Caremark<br>1-800-772-2301 | **Mental Health and Substance Abuse Benefits**<br>OptumHealth Behavioral Solutions<br>1-800-720-4158 |
| **Wells Fargo Health Care Flexible Spending Account portion of the Flexible Spending Accounts Plan**<br>WageWorks<br>1-877-924-3967 | **Wells Fargo Dental Plan**<br>Delta Dental of Minnesota<br>1-877-598-5342 |
| **Vision Service Plan**<br>Vision Service Plan<br>1-877-861-8352 | **EyeMed Vision Care**<br>EyeMed Vision Care<br>1-866-565-1541 |
| **UnitedHealthcare Vision**<br>UnitedHealthcare Vision<br>1-877-739-9917 | |

## Restrictions on protected health information

Wells Fargo (the plan sponsor and plan administrator for the self-insured coverage options under the Wells Fargo Group Health Plans) may not use or disclose protected health information for employment-related actions or decisions. The plan administrator may only use or further disclose protected health information as permitted or required by law and will report any use or disclosure of protected health information that is inconsistent with the allowed uses and disclosures.

## Plan administrator and health plan separation

Wells Fargo team members, classes of team members, or other workforce members listed below will have access to protected health information only to perform the plan administrative functions required of the plan administrator to administer the Wells Fargo Group Health Plans:

- Corporate Benefits Department team members
- HR Service Center team members
- Wells Fargo Retirement and COBRA Service Center employees
- HR Information Systems team members
- HR Accounting Group team members
- HR Compliance team members
- Internal Audit team members
- Employee Assistance Consultants
- The plan administrator or its delegates
- Legal counsel

This list includes every team member, class of team member, or other workforce member under the control of the individual who may receive protected health information relating to the ordinary course of business.

The team members, classes of team members, or other workforce members identified above may be subject to disciplinary action and sanctions for any use or disclosure of protected health information that is in violation of these provisions. Any violations will promptly be reported to plan representatives, and the plan administrator will cooperate to correct the problem. The plan administrator will impose appropriate disciplinary actions on such violators and will take reasonable measures to reduce any harmful effects of the violation.

## COBRA General Notice

Federal law requires that the Wells Fargo Group Health Plans give team members, retirees, and their families the opportunity to continue their health care coverage when there is a qualifying event that would result in a loss of coverage under their Wells Fargo Group Health Plan. Depending on the type of qualifying event, qualified beneficiaries can include Wells Fargo team members and retirees covered under a group health plan, their covered spouses or domestic partners, and dependent children. In this section, Wells Fargo team members and retirees are referred to as "you" or "participants." Generally, a qualified beneficiary is someone who will lose coverage under the Plans because of a qualifying event. Depending on the type of qualifying event, team members and their covered dependents may be qualified beneficiaries.

COBRA continuation coverage is the same coverage that the Wells Fargo Group Health Plans give to other participants and beneficiaries who are not receiving COBRA continuation coverage. Each qualified beneficiary who elects COBRA continuation coverage will have the same rights under a Wells Fargo Group Health Plan as other plan participants, including open enrollment and special enrollment rights.

## Length of COBRA continuation coverage

In general, the length of COBRA continuation coverage for each qualifying event is as follows:

|  | **Up to a total of 18 months** | **Up to a total of 36 months** |
| --- | --- | --- |
| Eligibility | You, your covered spouse or domestic partner, and other covered dependents | Covered spouse or domestic partner, and other covered dependents |
| Qualifying Event(s) | Loss of coverage due to:<br>• End of employment<br>• Reduction in hours of employment | Loss of coverage due to:<br>• Your divorce or legal separation or termination of domestic partnership<br>• Your dependent child ceases to be a dependent under the terms of the group health plan<br>• Your Medicare entitlement<br>• Your death |

When the qualifying event is the end of employment or reduction of your hours of employment, and you become Medicare eligible less than 18 months before the qualifying event, COBRA continuation coverage for qualified beneficiaries *other than you* lasts until 36 months after the date of the Medicare entitlement.

This notice shows the maximum period of COBRA continuation coverage available to qualified beneficiaries.

COBRA continuation coverage will be terminated before the end of the maximum period if:

• Any required premium is not paid in full

• Any required premium is not paid on time

• A qualified beneficiary becomes covered, after electing COBRA continuation coverage, under any other group health plan that does not impose a preexisting condition exclusion for a preexisting condition affecting him or her

• A qualified beneficiary becomes entitled to Medicare benefits (under Part A, Part B, or both) after electing COBRA continuation coverage

• Wells Fargo stops providing any group health plan for its team members or retirees

COBRA continuation coverage may also be terminated for any reason the Wells Fargo Group Health Plan would terminate coverage for a participant or beneficiary not receiving COBRA continuation coverage (such as fraud).

For any event that would result in the end of COBRA continuation coverage, regardless of the date notification is made, COBRA continuation coverage may be retroactively terminated without refund of premiums, and with reimbursement of all benefits paid after the date of termination required.

## Extending COBRA continuation coverage

If you elect COBRA continuation coverage, an extension of the maximum period of coverage may be available if a qualified beneficiary is disabled, or a second qualifying event occurs. You must notify the Wells Fargo Retirement & COBRA Service Center of a disability, or a second qualifying event, in order to extend the period of COBRA continuation coverage. Failure to provide notice of a disability or second qualifying event may affect the right to extend the period of COBRA continuation coverage.

## Disability

An 11 month extension of coverage may be available if a qualified beneficiary* meets both of the following criteria:

- The qualified beneficiary is disabled during the first 60 days of COBRA continuation coverage, as determined by the Social Security Administration

- The qualified beneficiary notifies the Wells Fargo Retirement & COBRA Service Center at 1-800-377-9220 of the Social Security Administration's disability determination prior to the end of the initial 18 month COBRA continuation period and within 60 days of the later of:

  - The date on which the qualifying event occurs (termination of employment or reduction of hours)

  - The date coverage is lost (or would be lost) as a result of the qualifying event

  - The date of the disability determination by the Social Security Administration

  - The date that the qualified beneficiary receives the initial COBRA notice, or a *Benefits Book* that describes the notice procedures (or deemed to receive the initial COBRA notice or *Benefits Book*)

* A qualified beneficiary for purposes of the disability extension is a participant and his or her dependent children, spouse or domestic partner, who lost medical, dental, or vision coverage due to the participant's termination of employment or reduction in hours. A child who is born to or placed for adoption with a covered participant during a period of COBRA continuation coverage is also a qualified beneficiary.

Each qualified beneficiary who has elected COBRA continuation coverage will be entitled to the 11 month disability extension if the conditions above are met.

If the qualified beneficiary is determined by the Social Security Administration to no longer be disabled, the Wells Fargo Retirement & COBRA Service Center must be notified at 1-800-377-9220 within 30 days of the Social Security Administration's determination.

## Second qualifying event

An 18-month extension of coverage may be available to your spouse or domestic partner and dependent children who elect COBRA continuation coverage, if a second qualifying event occurs during their first 18 months of COBRA continuation coverage. The maximum amount of COBRA continuation coverage available when a second qualifying event occurs is 36 months. These second qualifying events include:

- Your death

- Your divorce or legal separation or termination of a domestic partnership

- Your entitlement to Medicare (under Part A, Part B, or both)

- Your dependent child ceasing to be eligible for coverage under the terms of the group health plan

These events can be a second qualifying event only if they would have caused the qualified beneficiary to lose coverage, under the group health plan, if the first qualifying event had not occurred.

To receive this additional coverage, the Wells Fargo Retirement & COBRA Service Center must be notified of the second qualifying event within 60 days after the second qualifying event occurs. To notify Wells Fargo Retirement & COBRA Service Center of the second qualifying event, call 1-800-377-9220.

## Important notification requirements

COBRA continuation coverage will be offered to covered participants and qualified beneficiaries once the plan administrator has been notified that a qualifying event has occurred. Although Wells Fargo will have knowledge of the participant's termination of employment, reduction of hours, death, or entitlement for Medicare benefits, the Wells Fargo Retirement & COBRA Service Center must be notified of the following events:

- Divorce, legal separation, or termination of a domestic partnership

- Child losing dependent status

- Second qualifying event that occurs during the 18 month (or 29 month) continuation period following termination of employment or reduction in hours

- Determination by the Social Security Administration that a qualified beneficiary was disabled at any time during the first 60 days of COBRA continuation coverage or within 60 days of the date of the disability determination by the Social Security Administration and before the end of COBRA continuation coverage

- Determination by the Social Security Administration that a qualified beneficiary (described above) is no longer disabled

- You or a qualified beneficiary becomes covered under another group health plan or become entitled to Medicare benefits

- Notice of all these events must be provided to the Wells Fargo Retirement & COBRA Service Center by calling 1-800-377-9220, by the appropriate deadline described below:

- Notice of a divorce, legal separation, or termination of domestic partnership, a child losing dependent status, and a second qualifying event must be provided to the Wells Fargo Retirement & COBRA Service Center within 60 days after the later of:

  - The date the qualifying event occurs

  - The date on which the qualified beneficiary loses (or would lose ) coverage as a result of the qualifying event

  - The date that the qualified beneficiary receives the initial COBRA notice, or a *Benefits Book* that describes the notice procedures (or deemed to receive the initial COBRA notice or *Benefits Book*).

- Notice of a determination by the Social Security Administration that a qualified beneficiary was disabled at any time during the first 60 days of COBRA continuation coverage must be provided to the Wells Fargo Retirement & COBRA Service Center, as described in the "Disability" section above. Notice of a determination by the Social Security Administration that a qualified beneficiary is no longer disabled must be provided to the Wells Fargo Retirement & COBRA Service Center, within 30 days of the Social Security Administration's determination.

- You should notify the Wells Fargo Retirement & COBRA Service Center immediately if you or a qualified beneficiary becomes covered under another group health plan, or if you or a qualified beneficiary becomes entitled to Medicare benefits. If proper notification of other coverage is not provided, COBRA continuation coverage may be retroactively canceled, and reimbursement of all benefits paid after the date the other coverage began will be required.

When the Wells Fargo Retirement & COBRA Service Center is notified that one of these events has occurred, the plan administrator or its designee will notify the appropriate parties of their COBRA continuation coverage rights. Please note that notice to your spouse or domestic partner is treated as notice to any covered dependents that reside with the spouse or domestic partner.

## Electing COBRA continuation coverage

To elect COBRA continuation coverage, you must call the Wells Fargo Retirement & COBRA Service Center at 1-800-377-9220 by the enrollment deadline provided on the COBRA Benefits Enrollment Notice.

Each qualified beneficiary has a separate right to elect COBRA continuation coverage. For example, your spouse may elect COBRA continuation coverage even if you do not. COBRA continuation coverage may be elected for only one, several, or all dependent children who are qualified beneficiaries. A parent may elect to continue coverage on behalf of any dependent children. You or your spouse can elect COBRA continuation coverage on behalf of all the qualified beneficiaries.

In considering whether to elect COBRA continuation coverage, you should take into account that a failure to continue your group health coverage will affect your future rights under federal law. First, you can lose the right to avoid having preexisting condition exclusions applied to you by other group health plans if you have more than a 63 day gap in health coverage; election of COBRA continuation coverage may help you avoid such a gap. Second, you will lose the guaranteed right to purchase individual health insurance policies that do not impose such preexisting condition exclusions, if you do not get COBRA continuation coverage for the maximum time available to you. Finally, you should take into account that you have special enrollment rights under federal law.

You have the right to request special enrollment in another group health plan for which you are otherwise eligible (such as a plan sponsored by your spouse's employer), within 30 days after your group health coverage ends because of the qualifying event (listed above). You will also have the same special enrollment right at the end of COBRA continuation coverage if you get COBRA continuation coverage for the maximum time available to you.

## Cost of COBRA continuation coverage

You and each qualified beneficiary will have to pay the entire cost of COBRA continuation coverage. The amount a qualified beneficiary may be required to pay may not exceed 102% of the cost to the group health plan (including both employer and employee contributions) for coverage of a similarly situated plan participant or beneficiary who is not receiving COBRA continuation coverage. The same maximum payment applies in the case of an extension of COBRA continuation coverage due to a disability. The required payment for each COBRA continuation coverage period for each option is described in the COBRA Benefits Enrollment Notice.

## Payment of COBRA continuation coverage

### First payment for COBRA continuation coverage

If you elect COBRA continuation coverage, you do not have to send any payment when you elect COBRA continuation coverage. However, you must make your first payment for COBRA continuation coverage no later than 45 days after the date you make your election. You will then receive a bill for your first COBRA payment.

For example, if your first day of COBRA continuation coverage is June 1 and you elect COBRA continuation coverage on June 30, your first COBRA payment is due on, and must be postmarked by, August 14 (which is 45 days after the June 30 election date). Your initial COBRA payment includes the premium for coverage from June 1 through July 31.

If you do not make a COBRA payment on time, you will lose COBRA continuation coverage rights under the Wells Fargo Group Health Plans.

### Important notes

- You are responsible for making sure that the amount of your first payment is correct. If you have questions concerning your bill, you may contact the Wells Fargo Retirement & COBRA Service Center at 1-800-377-9220.

- Do not mail your first COBRA payment until you receive a bill and can submit payment with a bill invoice.

- You should receive a COBRA bill two weeks following the date you elect COBRA continuation coverage. If you do not receive a COBRA bill by this date, call the Wells Fargo Retirement & COBRA Service Center.

- Mail your payment with the invoice to:

  Wells Fargo Retirement
  & COBRA Service Center
  PO Box 0762
  Carol Stream, IL 60132-0762

### Monthly payments of COBRA continuation coverage

After you make your first COBRA payment, you will be required to make payments for each subsequent month. The amount due for each month for each qualified beneficiary is shown in the COBRA Benefits Enrollment Notice. Monthly payments must be postmarked by the 7th of each month. If you fail to submit monthly payments within 30 days of the due date, your coverage will end, retroactive to the last day of the last month for which payment was received. **Once terminated, coverage cannot be reinstated.** If you make a monthly payment on or before the first day of the month to

which it applies, your coverage will continue for that month without a break. You will be billed for COBRA continuation coverage each month.

For example, the COBRA payment for coverage for the month of January is due on, and must be postmarked by, January 7th. However, payments postmarked on or before February 6th will be timely made. If the payment is postmarked February 7th or after, it will be returned and COBRA continuation coverage will end as of December 31st.*

If you do not make a COBRA payment on time, you will lose COBRA continuation coverage rights under the Wells Fargo Group Health Plans.

\* Please note that Wells Fargo will deposit all payments received before a determination is made as to whether such payment is timely made. Late payments will be refunded to you and will not extend your COBRA continuation coverage. Depositing of payments should not be construed as acceptance as payment in full.

### Grace periods for monthly payments

Although monthly payments must be postmarked by the 7th of each month, you will be given a grace period after this date to make each monthly payment. Your COBRA continuation coverage will be provided for each month, as long as payment for that month is made before the end of the grace period for that specific payment.

If you fail to make a monthly payment before the end of the grace period for that month, you will lose all rights to COBRA continuation coverage under the Wells Fargo Group Health Plans.

Please remember that you should not send a COBRA payment until you receive a bill and can submit payment with a bill invoice. Your COBRA payment must be submitted with a billing invoice or the payment will be returned to you. All payments for COBRA continuation coverage should be sent to:

  Wells Fargo Retirement
  & COBRA Service Center
  PO Box 0762
  Carol Stream, IL 60132-0762

### Notice regarding state continuation of coverage

If you are covered under an insured medical or dental option, you may be entitled to additional continuation of coverage (provided by the insurance carrier in accordance with state law). Contact the insurance carrier that insured your option for more information. If you are not sure whether you are covered under an insured option, you can determine this by looking up your option in your *Benefits Book*.

## Notice to individuals covered under a fully insured California health plan

If you are an employee age 60 or older, have at least five years of service, and were covered by a fully insured California health plan, you and your spouse may be eligible for a total of 60 months of continuation coverage under that insurance policy from that carrier. Please contact the insurance carrier directly for additional information.

If you are covered by a fully insured California health plan, you may be eligible for an additional 18 months of continued coverage, through the insurance carrier insuring your coverage, once your federal COBRA continuation coverage ends. This coverage is provided through the California Continuation Benefits Replacement Act (Cal COBRA). Please contact the insurance carrier directly for additional information once your federal COBRA continuation coverage ends.

Please examine your options carefully before declining this coverage. You should be aware that companies selling individual heath insurance typically require a review of your medical history that could result in a higher premium or you could be denied coverage entirely.

## Events that may modify continued coverage

COBRA continuation coverage may be modified based on plan rules if you experience a qualified status change event. Refer to your *Benefits Book* for examples of qualified status change events. Although you may add eligible dependents if you experience a qualified status change event, these dependents will generally not be qualified beneficiaries.

COBRA continuation coverage may also be modified if, during the COBRA continuation period, a child is born to the covered participant or placed for adoption with the covered participant. In such cases, you must notify the Wells Fargo Retirement & COBRA Service Center within 60 days of the birth or placement, if you wish to cover the new dependent as a qualified beneficiary under COBRA. If enrolled within 60 days of birth or adoption, the child will be a qualified beneficiary and his or her COBRA continuation period will be the same as yours (or the same that yours would have been). There may be a higher premium for this additional coverage.

Any changes that Wells Fargo makes to the same coverage of similarly situated members will automatically be applied to your COBRA continuation coverage.

## Expense of COBRA continuation coverage

The cost of the monthly COBRA premiums can come as a surprise because Wells Fargo pays a portion of the cost of coverage under its group health plans. In order to continue coverage under COBRA, you must pay the full monthly premium amount, which is the total of what you and Wells Fargo were paying for your coverage, plus a 2% administration fee permitted by law. In addition, your first COBRA premium payment may be higher than subsequent monthly payments because it may cover more than one month of coverage.

## Enrollment deadline

All qualified beneficiaries have a separate right to elect COBRA continuation coverage. COBRA elections must be made by the deadline stated in the COBRA Benefits Enrollment Notice. If COBRA continuation coverage is not elected by this deadline, all rights to elect COBRA continuation coverage will end.

## For more information

If you need additional information, access Your Benefits Resources™ at http://resources.hewitt.com/wf or call the Wells Fargo Retirement & COBRA Service Center toll free at 1-800-377-9220. Outside the United States, call 1-407-471-9077. Wells Fargo Retirement & COBRA Service Center Representatives are available 7:00 a.m. to 7:00 p.m., Central Time, Monday through Friday.

## Keep your plan informed of address changes

In order to protect your and your family's rights, you should keep the Wells Fargo Retirement & COBRA Service Center informed of any changes in your address and the addresses of family members. You should also keep a copy for your records of any correspondence with the Wells Fargo Retirement & COBRA Service Center.

## Portability Certificate

When you or any of your enrolled dependents lose Wells Fargo health coverage, a Certificate of Group Health Plan Coverage ("portability certificate") will be mailed to your home address. If you don't receive it within four weeks, call the Wells Fargo Retirement and COBRA Service Center. A portability certificate is sent when you initially lose coverage; if you elect COBRA coverage, another portability certificate is sent when COBRA coverage ends. For more information, see the "Continuing Coverage Under COBRA" section in "Chapter 1: An Introduction to Your Benefits." The certificate will show:

- Your name

- Your Social Security number

- Your enrolled dependents, if any

- The time period during which you and/or your enrolled dependents had Wells Fargo-sponsored health coverage during the previous 18 months

Because your enrolled dependents are also eligible to receive a portability certificate, you should call the Wells Fargo Retirement and COBRA Service Center immediately after you lose Wells Fargo health coverage if a dependent's portability certificate should be sent somewhere other than your home address.

If you are enrolling in a new health plan that excludes coverage for preexisting conditions, you may need to provide this certificate to your new plan administrator. If your new plan does not have any preexisting condition exclusions, keep the certificate in a safe place in case you need it in the future.

### Additional certificates

If you lose your or your dependent's certificate, or if you would like to request a certificate showing your coverage activity for the previous 24 months, you may request one at any time while you are enrolled in the plan or within 24 months after the date coverage is lost. Contact the Wells Fargo Retirement and COBRA Service Center during normal business hours at 1-877-HRWELLS (1-877-479-3557).

## Your Rights Under ERISA

### Receive information about your plan

All of the plans listed in this book, except for the Day Care Flexible Spending Account portion of the Flexible Spending Accounts Plan, are subject to the Employee Retirement Income Security Act of 1974 as amended (ERISA). ERISA gives you rights as a participant in these plans. ERISA provides that all plan participants are entitled to:

- Examine without charge at the plan administrator's office and at other specified locations such as work sites, all documents governing the plan, including copies of insurance contracts and the latest Annual Report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration of the U.S. Department of Labor.

- Obtain by written request to the plan administrator copies of documents governing the operation of the plan, including copies of insurance contracts and the latest Annual Report (Form 5500 Series) and updated Summary Plan Description(s). The plan administrator may make a reasonable charge for copying the documents.

- Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of the Summary Annual Report.

### Continue group health plan coverage

You may be entitled to continue health coverage for your spouse or your dependents if there is a loss of coverage under a Wells Fargo Group Health Plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review the "Continuing Coverage Under COBRA" section in "Chapter 1: An Introduction to Your Benefits" for the rules governing your COBRA continuation rights.

Wells Fargo will provide you with a certificate of creditable coverage, free of charge, if you request it before losing coverage, or if you request it up to 24 months after losing coverage when:

- You lose coverage under the a Wells Fargo Group Health Plan

- You become entitled to elect COBRA continuation coverage

- Your COBRA continuation coverage ceases

Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion in your coverage for 12 months (18 months for late enrollees) after your enrollment date.

### Prudent actions by plan fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon people who are responsible for the operation of employee benefits plans. The people who operate the plans, called "fiduciaries" of the plans, have a duty to do so prudently and in the interest of you and all other plan participants and beneficiaries. No one, including the employer, may discriminate against you in any way to prevent you from obtaining a benefit or exercising rights under ERISA.

### Enforcing your rights

If your claim for a benefit is denied or ignored in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA you may take certain steps to enforce your rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until the materials are received, unless the materials were not sent because of reasons beyond the control of the plan administrator. If you have a claim for benefits that is denied or ignored in whole or in part and you have exhausted the claims procedure for the plan, you may file suit in a state or federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court.

If it should happen that the plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in federal court. The court will decide who should pay these costs and fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees (e.g., if it finds your claim is frivolous).

### Assistance with your questions

Questions about the plans should be directed to the plan administrator. If you have any questions about this statement or about rights under ERISA, or if you need help obtaining documents from the plan administrator, you should contact the nearest area office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or write to:

> Division of Technical Assistance and Inquiries
> Employee Benefits Security Administration
> U.S. Department of Labor
> 200 Constitution Avenue, N.W.
> Washington, D.C. 20210

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration or by visiting www.dol.gov/ebsa.

## Other Notifications

If you participate in a self-insured group health plan sponsored by Wells Fargo, your coverage must comply with certain federal laws, including the Women's Health and Cancer Rights Act of 1998 and the Newborns' and Mothers' Health Protection Act. If you participate in a fully insured plan (HMO), these Acts may not apply if your state has a law with certain protections for hospital stays following mastectomies and/or childbirth.

You may request a paper copy of one or all of the following notices. Contact the HR Service Center at 1-877-HRWELLS (1-877-479-3557).

### Women's Health and Cancer Rights Act of 1998

In compliance with the Women's Health and Cancer Rights of 1998, Wells Fargo's self-insured health plan coverage options provide medical and surgical benefits for mastectomies. For individuals receiving mastectomy-related benefits, coverage will be provided in a manner determined in consultation with the individual's attending physician and the patient for:

- All stages of reconstruction of the breast on which the mastectomy has been performed
- Surgery and reconstruction of the other breast to produce a symmetrical appearance
- Prostheses
- Treatment of physical complications resulting from the mastectomy (including lymphedemas)

These mastectomy-related benefits are subject to deductibles and coinsurance limitations that are consistent with those applicable to other medical and surgical benefits under your health plan coverage option. Call your health plan for more information.

## The Newborns' and Mothers' Health Protection Act

Group health plans and health insurance issuers generally may not, under federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal birth or less than 96 hours following a cesarean delivery. However, federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, plans and issuers may not, under federal law, require that a provider obtain authorization from the plan or the issuer for prescribing a length of stay in excess of 48 hours (or 96 hours as applicable). Call your health plan for more information.

## Notice of special enrollment rights under HIPAA

If you are declining enrollment for yourself or your eligible dependents (including your spouse) because of other health insurance or group health plan coverage, you may be able to enroll yourself and your eligible dependents in the Wells Fargo & Company Health Plan if you or your dependents lose eligibility for that other coverage (or if the employer stops contributing toward your or your dependents' other coverage). However, you must request enrollment within 60 days after your or your dependents' other coverage ends (or after the employer stops contributing toward the other coverage).

In addition, if you have a new dependent as a result of marriage, birth, adoption, or placement for adoption, you may be able to enroll yourself and your dependents. However, you must request enrollment within 60 days after the marriage, birth, adoption, or placement for adoption.

Lastly, you are eligible to enroll in the Wells Fargo & Company Health Plan outside of the open enrollment period if: (a) you or your eligible dependent is enrolled in Medicaid or the state's Children's Health Insurance Program (CHIP) and coverage is terminated due to a loss of eligibility for coverage under Medicaid or CHIP; or (b) you or your eligible dependent become eligible for a premium assistance subsidy under Medicaid or CHIP. You must request enrollment within 60 days after your Medicaid or CHIP coverage is terminated due to a loss of eligibility or you become eligible for premium assistance subsidy, as applicable.

To request special enrollment or obtain more information, please refer to "Special enrollment rights" in "Chapter 1: An Introduction to Your Benefits" of this *Benefits Book*, or contact the HR Service Center during normal business hours at 1-877-HRWELLS (1-877-479-3557).

## Plan Information

### Employer identification number

The IRS has assigned the employer identification number (EIN) 41-0449260 to Wells Fargo & Company. Use this number if you correspond with the government about the plans. In addition, Wells Fargo & Company has assigned a 3-digit plan identification number to each plan. The "ERISA Plans Sponsored by Wells Fargo" table at the end of "Chapter 1: An Introduction to Your Benefits" of this *Benefits Book* shows each plan's official name, the type of plan, the plan's identification number, and the address of any service provider, HMO, or insurer.

### Plan sponsor

Wells Fargo & Company is the plan sponsor for all of the plans listed in the "ERISA Plans Sponsored by Wells Fargo" table at the end of "Chapter 1: An Introduction to Your Benefits" of this *Benefits Book*. The table includes administrative information for each plan. Please use the address below for any correspondence, and include the EIN:

> Wells Fargo & Company
> MAC A0101-121
> 420 Montgomery Street
> San Francisco, CA 94104

### Plan administrator

The plan administrator has full discretionary authority to administer and interpret each plan. Wells Fargo & Company is the plan administrator and may delegate its duties and discretionary authority to accomplish those duties to certain designated personnel, including but not limited to the Director of Human Resources and the Director of Compensation and Benefits. Each HMO and other insured plans, including Kaiser Dental, life insurance, and the Long-Term Disability Plan, Kaiser Permanente Northwest (for the fully insured dental coverage option) have the discretionary authority to administer and interpret benefits under that HMO or insured plan.

The plan administrator's address is:

> Wells Fargo & Company
> MAC N9311-170
> 625 Marquette Avenue
> Minneapolis, MN 55479

To contact the plan administrator or if you have questions about the Plan, you may also call the HR Service Center at 1-877-HRWELLS (1-877-479-3557). To contact a specific HMO, insurer, or service provider, write to the address listed in the table at the end of chapter 1 or refer to your HMO or plan materials.

### Agent for service

Wells Fargo & Company's Corporate Secretary (address listed below) is the designated agent for service of legal process for the plans. You can also serve legal process on the plan administrator at the address listed above.

> Corporate Secretary
> Wells Fargo & Company
> MAC N9305-173
> Sixth and Marquette
> Minneapolis, MN 55479

For information about service for legal process upon a plan's HMO, insurer, or service provider, contact the HMO, insurer, or service provider as noted in the "ERISA Plans Sponsored by Wells Fargo" table at the end of "Chapter 1: An Introduction to Your Benefits."

No legal action can be taken to recover expenses until the applicable plan's claims and appeals procedures have been exhausted. Any suit for benefits must be brought within one year of the date of the final appeal determination under the applicable plan.

### Plan trustee

The trustee for the Wells Fargo & Company Health Plan is:

> Wells Fargo Bank, N.A.
> N9303-09A
> 608 2nd Avenue South
> Minneapolis, MN 55479

### Plan year

Financial records for the Plan are kept on a plan year basis. The plan year begins January 1 and ends the following December 31 unless otherwise designated in the Plan document.

## Participating Employers

The plans generally cover team members and retirees of Wells Fargo & Company and those subsidiaries and affiliates of Wells Fargo & Company that have been authorized to participate in the plans. These participating Wells Fargo companies are called Participating Employers. Participants and beneficiaries in the plans may receive, on written request, information as to whether a particular subsidiary or affiliate is a Participating Employer of a particular plan, and if it is, the Participating Employer's address. To request a complete list of Participating Employers in the plans, write to the plan administrator at the address listed in the "Plan administrator" section.

## Future of the Plans

Wells Fargo & Company reserves the right to amend or discontinue any benefit or plan at any time, for any reason.

### Plan amendments

Wells Fargo & Company, by action of its Board of Directors, the Human Resources Committee of the Board of Directors, or that of a person so authorized by resolution of the Board of Directors or the Human Resources Committee, may amend the Plan at any time. In addition, Wells Fargo & Company's Director of Human Resources or Wells Fargo & Company's Director of Compensation and Benefits may amend the Plan as required by the IRS or ERISA and make changes in the administration or operation of the plans, including authorizing plan mergers.

### Plan termination

Wells Fargo & Company may discontinue any benefits plan by action of Wells Fargo's Board of Directors or as authorized by the plans. Wells Fargo & Company may terminate participation of a participating employer by written action of the Director of Human Resources or the Director of Compensation and Benefits.

# Appendix C
# Forms

## Contents

Wells Fargo & Company
Group Health Plan Appeal.............................C-3

Authorization for Representation
in the Appeal Process ....................................C-5

OptumHealth Behavioral Solutions
Insurance Claim Form...................................C-7

Attending Dentist's Statement
(Delta Dental Claim Form) — Standard Option .......C-9

Attending Dentist's Statement
(Delta Dental Claim Form) — Enhanced Option.....C-11

VSP Out-of-Network Reimbursement Form............ C-13

EyeMed Vision Care
Out-of-Network Claim Form ....................... C-15

UnitedHealthcare Vision — Vision Plan
Out-of-Network Claim Form ....................... C-19

WageWorks Health Care
Pay Me Back Form ....................................... C-21

WageWorks Dependent Care
Pay Me Back Form .......................................C-23

Please note that the forms in this appendix are not accessible to our visually impaired team members. For assistance with claim forms, please contact your health plan. For assistance with appeal forms, please call 1-877-HRWELLS.

**Page intentionally left blank**

**WELLS FARGO**

# Wells Fargo & Company Group Health Plan Appeal

Complete this form to file a valid second-level appeal with Wells Fargo Corporate Benefits for the Wells Fargo self-insured group health plans after the Medical, Dental, or Vision claims administrator has issued a determination to your first-level appeal (preservice or postservice). For this form to be considered a valid appeal, all fields of the form must be completed, the form must be signed and dated by the adult patient or parent/legal guardian of a minor child, and the form must be submitted by U.S. mail to Wells Fargo Corporate Benefits with supporting documentation within the allowed time frame for submission of an appeal. If the appeal is not filed per the terms of the plan, it will not be reviewed. Complete information on the appeals process is included in the Summary Plan Description for your plan.

## Employee Information (please print legibly)

| Employee's name | Wells Fargo Employee ID number | Employee's date of birth |
| --- | --- | --- |
| Wells Fargo health plan name | Doctor, dentist, or facility that provided service(s) | |
| Patient's name | Patient's date of birth | Date(s) of service(s) |

Explain what you are appealing and the reason(s) for your appeal (or attach a letter of explanation to this completed form — if you submit a letter of appeal, you must also submit this completed form):

Any information that you want to be considered for your appeal must be submitted with this appeal form. Because the Wells Fargo Corporate Benefits appeal review is independent of any review previously conducted by the claims administrator, *Wells Fargo Corporate Benefits does not have any information that you or your doctor may have previously submitted to the claims administrator*. Be sure to submit with this form pertinent health information from your health care providers and any additional information that you believe supports your appeal, including:

- Relevant patient history (including chart notes and reports from your physician or dentist with documented symptomology, testing results, treatments, etc.)
- Diagnosis and prognosis
- Reason for this treatment option or procedure
- For spending account plans, submit copy of your claim form and supporting expense documentation

- Other health information that supports your request for coverage
- Operative report, if the procedure in question is a surgical procedure
- Explanation of Benefits Statement(s)
- Authorization notices received by you or your physician

Submit typewritten — rather than handwritten — records from physicians and dentists to ensure legibility. Wells Fargo does not reimburse fees that may be associated with obtaining information to be reviewed in support of your appeal. Even if you submit all pertinent information, there is no guarantee that your request will be approved. Lack of adequate documentation to support your request, however, can result in denial of the request due to insufficient evidence. Please keep copies of all documentation you submit; no items will be returned to you.

## Informed Consent and Authorization for Use, Release, and Disclosure of Health Information

I hereby authorize my health care providers or their associates and the claims administrator to release health or other information about me (including but not limited to diagnosis, relevant health history, other relevant health information, prognosis, chart notes and reports, services provided, dates of services, billing, claims processing, and payment information) relating to this issue to Wells Fargo Corporate Benefits to allow them to give full and thorough consideration to my appeal request. I understand that this information will be used only for the purpose of obtaining a determination to my appeal request. This authorization also grants the sharing of information between Wells Fargo Corporate Benefits and an independent reviewer if warranted, as determined by Wells Fargo Corporate Benefits, and the claims administrator in the appeal process. This authorization is valid until a determination is issued by the plan administrator. A copy or facsimile of this authorization is valid in lieu of the original. By signing below, I acknowledge and agree to the above Informed Consent and Authorization for Use, Release, and Disclosure of Health Information.

| | |
| --- | --- |
| Patient's signature | Date |

| | |
| --- | --- |
| Signature of parent or legal guardian of minor child | Relationship to patient |

To protect the confidentiality of your health information, if you wish for someone to represent you in the appeal process, you must complete a *Wells Fargo Authorization for Representation in the Appeal Process* form and submit it with your completed *Wells Fargo & Company Group Health Plan Appeal* form.

## HMOs and Other Insured Medical, Dental, or Vision Plans

For an HMO or insured plan, follow the appeal and grievance process noted within the Member Handbook or Certificate of Coverage applicable to the plan. Wells Fargo Corporate Benefits does not have the authority to render determinations on claim issues for the insured plans. All levels of appeal and grievance consideration are reviewed by the HMO/insured plan claims administrator.

## Self-Insured Medical, Dental, or Vision Plans

For the following plans, file first-level appeals with the claims administrator.

| Plans for Team Members and Retirees Who Are Not Yet Eligible for Medicare | Plans for Medicare-Eligible Retirees |
| --- | --- |
| UnitedHealthcare PPO Plan | UnitedHealthcare – Medicare Supplement |
| Aetna EPO Plan | Aetna Medicare Supplement Plans |
| Aetna High Option Plan | Prescription Drug Program administered by CVS Caremark |
| Anthem Blue Cross Blue Shield PPO Plan | Wells Fargo Financial Medicare Supplement Plan |
| UnitedHealthcare Consumer Directed Health Plan | Retirement Medical Account |
| HSA High Deductible Health Plan | |
| HealthPartners Distinctions II Plan | |
| Prescription Drug Program administered by Medco | |
| Prescription Drug Program administered by CVS Caremark | |
| Wells Fargo Dental Plan (Delta Dental option(s) only) | |
| Mental Health and Substance Abuse Plan administered by OptumHealth Behavioral Solutions | |
| EyeMed Vision Plan | |
| UnitedHealthcare Vision Plan | |
| Vision Service Plan (VSP) | |
| Flexible Spending Accounts Plan | |
| Retirement Medical Account | |

Complete information on the appeals process is included in the Summary Plan Description for your plan. Refer to the Summary Plan Description for the required information and address for first-level appeal submissions. The claims administrator must receive your first-level appeal within 180 days of the date on which your claim was initially processed (or the date of a denial for preauthorization).

If you have completed the first-level appeal process and are dissatisfied with the determination, you may then file your second-level appeal (or, in the case of the Day Care Flexible Spending Account, your second-level request for review) to Wells Fargo Corporate Benefits for consideration. (*Exception:* There is no second-level appeal for urgent claims.) Complete the appeal form and attach supporting documentation. Send your written second-level appeal (or, in the case of the Day Care Flexible Spending Account, your second-level request for review) to Wells Fargo Corporate Benefits by U.S. mail or overnight delivery service, such as FedEx or UPS, within 90 days from the date on which the claims administrator denied your first appeal to the address noted below. The appeal process is a written process. A verbal request for reconsideration is not a valid appeal.

**Second-level appeals must be submitted by U.S. mail, or overnight delivery service, such as FedEx or UPS to:**

Wells Fargo Corporate Benefits
Health Plan Appeals
MAC N9311-170
625 Marquette Ave.
Minneapolis, MN 55479

**WELLS FARGO**

# Authorization for Representation in the Appeal Process

To protect the confidentiality of your health information, you'll need to submit this notarized form, along with the completed and signed Wells Fargo Group Health Plan Appeal form to authorize someone to represent you in the second-level group health plan appeal process conducted by Wells Fargo Corporate Benefits on behalf of the plan administrator. This authorization must be completed by the adult patient, the parent or legal guardian of a minor child, or the legal personal representative of the patient (such as Power of Attorney, conservator, executor) in which case, copies of the legal documents must also be presented with this request.

All Plan provisions apply and it is my responsibility to inform the Authorized Representative of the Plan provisions. If my Authorized Representative or I do not comply with the claim appeal provisions of the Plan, I understand that I may lose my right to appeal. I acknowledge that it is my or my Authorized Representative's responsibility to present any information we wish to have reviewed in support of the appeal.

I _____ (print your name) name the following individual as my Authorized Representative:

_____
Authorized representative's name

_____
Authorized representative's address

in the second-level appeal process for services provided to_____ (patient name) on

_____ (date of service) by _____
(Doctor, dentist, or facility name)

The Authorized Representative may disclose any information related to the appeal issue (including but not limited to diagnosis, relevant health history, other relevant health information, prognosis, chart notes and reports, services provided, dates of services, billing, claims processing and payment information) to Wells Fargo Corporate Benefits. Wells Fargo Corporate Benefits may contact my Authorized Representative for clarification of information presented, if needed. Wells Fargo Corporate Benefits may release the written appeal determination letter to my Authorized Representative and may also release any relevant appeal documentation in its possession to my Authorized Representative upon written request by the Authorized Representative. The written request must be specific with regard to what is being requested, and must be received by Wells Fargo Corporate Benefits Health Plan Appeals by U.S. Mail at the address noted below.

This authorization is only applicable to the appeal issue identified above (and in more detail on the accompanying appeal form). I understand that once my protected health information is disclosed pursuant to this Authorization, the federal privacy protection will no longer apply to information released to the Authorized Representative; Wells Fargo is held harmless for any re-disclosure by my Authorized Representative or his/her failure to protect the information received. The authorization is no longer valid one year after the appeal determination is issued by Wells Fargo Corporate Benefits, on behalf of the plan administrator. However, the authorization may be revoked by me at any time. A written statement of revocation must be submitted in writing by U.S. Mail to :

Wells Fargo Corporate Benefits • Health Plan Appeals, N9311-170 • 625 Marquette Ave • Minneapolis, MN 55479

The revocation will be applicable the date following the date the written revocation is received by Wells Fargo Corporate Benefits Health Plan Appeals via U.S. Mail. The revocation will only be applicable to the extent that information has not already been released or requested based on this Authorization.

I understand and agree to the above stated terms.

_____          _____
Patient's signature                                                      Date of signature

_____          _____
Signature of parent or legal guardian (of minor child)              Relationship to patient
or other authorized representative (POA, executor, etc.)

**Notary stamp and signature (required):**

TMM200905199 -
HRS7019  (01/10) -

Page intentionally left blank

Appendix C: Forms

**OptumHealth**™

Behavioral Solutions
PO BOX 30760
Salt Lake City, UT
84130-0760

## HEALTH CLAIM TRANSMITTAL

### A. SUBSCRIBER / EMPLOYEE INFORMATION

| Wells Fargo Employee ID # | Phone #: | Employer Name:  **WELLS FARGO** | | |
|---|---|---|---|---|
| Last Name: | First Name: | MI: | Date of Birth: ____ / ____ / ____ | |
| Home Address: | | | New Address: Yes ☐   No ☐ | |
| City | State: | | Zip Code: | |

### B. PATIENT INFORMATION

| Last Name: | First Name: | MI: | Date of Birth: ____ / ____ / ____ |
|---|---|---|---|
| Home Mailing Address (if different than subscriber): | | | |
| City | State: | | Zip Code: |
| Sex:    M ☐  F ☐ | Relationship to Subscriber: | | F/T Student: Yes ☐  No ☐ |

### C. OTHER INSURANCE

| Is the patient covered by another insurance plan?   Yes ☐  No ☐  If yes, please complete the following: | |
|---|---|
| Name of person carrying other insurance: | Date of Birth: ____ / ____ / ____ |
| SSN: | Name of Other Insurance Carrier: |
| Policy Number: | Employer Name: |

### D. ASSIGNMENT OF BENEFITS

Please sign below only if you want OptumHealth Behavioral Solutions to pay benefits directly to the provider of medical services.

Subscriber Signature: _____        Date:_____

### E. PROVIDER INFORMATION

Please either have your provider complete the below section or attach a statement from your provider that includes the below information.

| DATE OF SERVICE | DIAGNOSIS CODE | $CHARGES |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

Federal Tax I.D. Number          SSN   EIN            NPI Number

_____       ☐      ☐       _____

Amount Paid

| Signature of physician or supplier including degrees or credentials | Physician's  Billing Name, Address, Zip Code & Phone#. |
|---|---|
| Signed _____ Date _____ | _____ |
| | Pin #                         Grp# |

### F. GUIDELINES FOR SUBMITTING CLAIMS TO:

- Clip, do not staple, all bills to the completed form and mail them to OHBS at the address listed above.
- **Make sure all bills indicate a diagnosis code, date of service and cost.**
- Submit all claims to OHBS in a timely manner.
- Be sure to notify your employer of all address changes.
- Please include your Wells Fargo Employee ID # on all documents.

ANY PERSON WHO KNOWINGLY FILES A STATEMENT OF CLAIM CONTAINING ANY MISREPRESENTATION OF ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION MAY BE GUILTY OF A CRIMINAL ACT PUNISHABLE UNDER LAW AND MAY BE SUBJECT TO CIVIL PENALTIES.

Subscriber Signature: _____        Date: _____

HRS7543

**Page intentionally left blank**

**DELTA DENTAL**

**Delta Dental of Minnesota**

## ATTENDING  DENTIST'S STATEMENT

| Check one: | Carrier name and address | **Delta Dental of Minnesota**<br>**P.O. Box 622**<br>**Minneapolis, MN  55440-0622** |
|---|---|---|
| ☐ **Dentist's pre-treatment estimate** | | |
| ☐ **Dentist's statement of actual services** | | |

**PATIENT COVERAGE INFORMATION**

| 1. Patient name<br>first          m.i.          last | 2. Relationship to employee<br>☐ self     ☐ child<br>☐ spouse   ☐ other_____ | 3. Sex<br>m   f | 4. Patient birthdate<br>MM    DD    YYYY | 5. If full time student<br>school<br>city |
|---|---|---|---|---|

| 6. Employee/subscriber name and mailing address | 7. Employee/subscriber<br>soc. sec. or I.D. number | 8. Employee/subscriber<br>birthdate<br>MM    DD    YYYY | 9. Employer (company) name and address<br>**Wells Fargo** | 10. Group number<br>**Standard Option**<br>**005710** |
|---|---|---|---|---|

| 11. Is patient covered by another<br>dental plan?<br>yes      no<br>If yes, complete 12-a.<br>Is patient covered by a medical<br>plan?     yes     no | 12-a. Name and address of carrier(s) | 12-b. Group no.(s) | 13. Name and address of other employer(s) |
|---|---|---|---|

| 14-a. Employee/subscriber name<br>(if different than patient's) | 14-b. Employee/subscriber<br>soc. sec. or I.D. number | 14-c. Employee/subscriber<br>birthdate<br>MM      DD      YYYY | 15. Relationship to patient<br>☐ self    ☐ parent<br>☐ spouse  ☐ other_____ |
|---|---|---|---|

I have reviewed the following treatment plan. I authorize release of any information relating to this claim. I understand that I am responsible for all costs of dental treatment.

I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.

▶ _____   Date _____
Signed (Patient, or parent if minor)

▶ _____   Date _____
Signed (Insured person)

**BILLING DENTIST**

| 16. Name of Billing Dentist or Dental Entity | 24. Is treatment result<br>of occupational<br>illness or injury? | No | Yes | If yes, enter brief description and dates |
|---|---|---|---|---|
| 17. Address where payment should be remitted | 25. Is treatment result<br>of auto accident? | | | |
| City, State, Zip | 26. Other accident? | | | |

| 18. Dentist Soc. Sec. or T.I.N. | 19. Dentist license no. | 20. Dentist phone no. | 27. If prosthesis, is this<br>initial placement? | (If no, reason for replacement) | 28. Date of prior<br>placement |
|---|---|---|---|---|---|

| 21. First visit date<br>current series | 22. Place of treatment<br>Office   Hosp.   ECF   Other | 23. Radiographs or<br>models enclosed | No | Yes | How many? | 29. Is treatment for<br>orthodontics? | If services already<br>commenced<br>enter: | Date appliances<br>placed: | Mos. treatment<br>remaining |
|---|---|---|---|---|---|---|---|---|---|

Identify missing teeth with "x"

FACIAL

RIGHT   LEFT

LINGUAL

UPPER LOWER   PRIMARY   PERMANENT

LINGUAL

FACIAL

| 30. Examination and treatment plan - List in order from tooth no. 1 through tooth no. 32 - Use charting system shown. | | | | | | For administrative use only |
|---|---|---|---|---|---|---|
| Tooth # or letter | Surface | Description of service<br>(including x-rays, prophylaxis, materials used, etc.) | Date service performed<br>Mo.   Day   Year | Procedure number | Fee | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

31. Remarks for unusual services

I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.

| | Total Fee<br>Charged | |
|---|---|---|

▶ _____
Signed (Treating Dentist)        License Number      NPI         Date

| Max. Allowable | |
|---|---|
| Deductible | |
| Carrier % | |
| Carrier pays | |
| Patient pays | |

See back of ID Card for customer service phone number.

HRS2427

Page intentionally left blank

Appendix C: Forms



**Delta Dental of Minnesota**

## ATTENDING  DENTIST'S STATEMENT

| Check one: | Carrier name and address | **Delta Dental of Minnesota**<br>**P.O. Box 622**<br>**Minneapolis, MN  55440-0622** |
|---|---|---|
| ☐ **Dentist's pre-treatment estimate** | | |
| ☐ **Dentist's statement of actual services** | | |

**PATIENT COVERAGE INFORMATION**

| 1. Patient name<br>first        m.i.        last | 2. Relationship to employee<br>☐ self   ☐ child<br>☐ spouse   ☐ other_____ | 3. Sex<br>m   f | 4. Patient birthdate<br>MM    DD    YYYY | 5. If full time student<br>school<br>city |
|---|---|---|---|---|

| 6. Employee/subscriber name and mailing address | 7. Employee/subscriber soc. sec. or I.D. number | 8. Employee/subscriber birthdate<br>MM    DD    YYYY | 9. Employer (company) name and address<br>**Wells Fargo** | 10. Group number<br>**Enhanced Option**<br>**051054** |
|---|---|---|---|---|

| 11. Is patient covered by another dental plan?<br>yes      no<br>If yes, complete 12-a.<br>Is patient covered by a medical plan?    yes    no | 12-a. Name and address of carrier(s) | 12-b. Group no.(s) | 13. Name and address of other employer(s) |
|---|---|---|---|

| 14-a. Employee/subscriber name (if different than patient's) | 14-b. Employee/subscriber soc. sec. or I.D. number | 14-c. Employee/subscriber birthdate<br>MM    DD    YYYY | 15. Relationship to patient<br>☐ self   ☐ parent<br>☐ spouse   ☐ other_____ |
|---|---|---|---|

I have reviewed the following treatment plan. I authorize release of any information relating to this claim. I understand that I am responsible for all costs of dental treatment.

▶ _____ Date _____
Signed (Patient, or parent if minor)

I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.

▶ _____ Date _____
Signed (Insured person)

**BILLING DENTIST**

| 16. Name of Billing Dentist or Dental Entity | 24. Is treatment result of occupational illness or injury? | No | Yes | If yes, enter brief description and dates |
|---|---|---|---|---|
| 17. Address where payment should be remitted | 25. Is treatment result of auto accident? | | | |
| City, State, Zip | 26. Other accident? | | | |

| 18. Dentist Soc. Sec. or T.I.N. | 19. Dentist license no. | 20. Dentist phone no. | 27. If prosthesis, is this initial placement? | (If no, reason for replacement) | 28. Date of prior placement |
|---|---|---|---|---|---|

| 21. First visit date current series | 22. Place of treatment<br>Office   Hosp.   ECF   Other | 23. Radiographs or models enclosed | No | Yes | How many? | 29. Is treatment for orthodontics? | If services already commenced enter: | Date appliances placed: | Mos. treatment remaining |
|---|---|---|---|---|---|---|---|---|---|

Identify missing teeth with "x"

FACIAL / LINGUAL / PERMANENT / PRIMARY / UPPER RIGHT / LEFT LOWER / FACIAL

| Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed<br>Mo.   Day   Year | Procedure number | Fee | For administrative use only |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

31. Remarks for unusual services

| I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures. | Total Fee Charged | |
|---|---|---|
| ▶ _____<br>Signed (Treating Dentist)    License Number    NPI    Date | Max. Allowable | |
| | Deductible | |
| | Carrier % | |
| See back of ID card for customer service phone number. | Carrier pays | |
| HRS2313 | Patient pays | |

Page intentionally left blank

Appendix C: Forms

# Wells Fargo
## Out-Of-Network Reimbursement Form



### Submit this form along with your **itemized receipt to:
VSP P.O. Box 997105, Sacramento, CA 95899-7105

**IMPORTANT NOTE:**
Your itemized receipt must include the information shown below with an **. If your receipt does not contain this information your claim cannot be processed and you will need to contact your non-VSP provider for a new receipt which includes the required information.

## Member Information:

Member's ID or Last four digits of Social Security Number:_____

Member's Name:_____  Date of birth:_____

Address:_____

City:_____ State:_____ ZIP Code:_____ Phone Number:_____

## Patient Information:

**Patient's Name:_____  Date of Birth:_____

Relationship to Member:_____

If the patient is a child (and over the age of 18):

      Is the child a full time student?   Y/N     Name of School:_____

      Is the child physically impaired?  Y/N

## Reimbursement Request Information:

**Date Services were received:_____

**Services received (please circle any that apply and provide the amount paid for each)

| | |
|---|---|
| Exam | $_____ |
| Lenses: Single Vision | |
| Bifocal | |
| Trifocal | $_____ |
| Progressive | |
| Lenticular | |
| Lens Options: | |
| Tint | $_____ |
| Other | $_____ |
| (Includes Scratch Coatings, Anti-Reflective coatings, etc.) | |
| Frame | $_____ |
| Contact Lenses | $_____ |
| Contact fitting &/or Evaluation | $_____ |

**Provider/Optical Shop Name:_____  Phone Number:_____

Address:_____

City:_____ State:_____ ZIP Code:_____

For additional information on your eyecare benefits, please contact Customer Service at (877) 861-8352.

HRS9839

Page intentionally left blank



**Wells Fargo**
**Out-of-Network**
**Vision Services Claim Form**

### *Claim Form Instructions*

*Most EyeMed Vision Care plans allow members the choice to visit an in-network or out-of-network vision care provider. You only need to complete this form if you are visiting a provider that is not a participating provider in the EyeMed network. Not all plans have out-of-network benefits, so please consult your member benefits information to ensure coverage of services and/or materials from non-participating providers.*

If you choose an out-of-network provider, please complete the following steps prior to submitting the claim form to EyeMed. Any missing or incomplete information may result in delay of payment or the form being returned. Please complete and send this form to EyeMed within one (1) year from the original date of service at the out-of-network provider's office.

1. When visiting an out-of-network provider, you are responsible for payment of services and/or materials at the time of service. EyeMed will reimburse you for authorized services according to your plan design.
2. Please complete all sections of this form to ensure proper benefit allocation. Plan information may be found on your benefit ID Card or via your human resources department.
3. EyeMed will only accept **itemized paid receipts** that indicate the services provided and the amount charged for each service. The services must be paid in full in order to receive benefits. Handwritten receipts must be on the provider's letterhead. Attach itemized paid receipts from your provider to the claim form. If the paid receipt is not in US dollars, please identify the currency in which the receipt was paid.
4. Please include a copy of your Explanation of Benefits if submitting for a Secondary Insurance Benefit.
5. Sign the claim form below.

**Return the completed form and your itemized paid receipts to:**



**EyeMed Vision Care**
**Attn: OON Claims**
**P.O. Box 8504**
**Mason, OH  45040-7111**

**Please allow at least 14 calendar days to process your claims once received by EyeMed**. Your claim will be processed in the order it is received. A check and/or explanation of benefits will be mailed within seven (7) calendar days of the date your claim is processed.

Inquiries regarding your submitted claim should be made to the Wells Fargo Customer Service number 1-866-565-1541.



**Wells Fargo**
**Out-of-Network**
**Vision Services Claim Form**

## Patient Information (**Required**)

Last Name

First Name | Middle Initial

Street Address | City | State | Zip Code

Birth Date (*MM/DD/YYYY*) | Telephone Number

Member ID # | Relationship to the Subscriber
Self ☐   Spouse ☐   Child ☐   Other ☐

## Subscriber Information (**Required**)

Last Name

First Name | Middle Initial

Street Address | City | State | Zip Code

Birth Date (*MM/DD/YYYY*) | Telephone Number

Vision Plan Name
**Wells Fargo**

Vision Plan Group #
☐ 9755158    Active
☐ 9755166    Cobra and Retirees

Subscriber ID #

Date of Service (**Required**) (*MM/DD/YYYY*)

---

***Request For Reimbursement –Please Enter Amount Charged.  Remember to include itemized paid receipts:***

| Exam | Frame | Lenses | Contact Lenses - (please submit all contact related |
| $_____ | $_____ | $_____ | $_____          charges at the same time) |

If lenses were purchased, please check type: ☐ Single   ☐ Bifocal   ☐ Trifocal   ☐ Progressive

---

I hereby understand that without prior authorization from EyeMed Vision Care LLC for services rendered, I may be denied reimbursement for submitted vision care services for which I am not eligible.  I hereby authorize any insurance company, organization employer, ophthalmologist, optometrist, and optician to release any information with respect to this claim.  I certify that the information furnished by me in support of this claim is true and correct.

Member/Guardian/Patient Signature (not a minor) _____   Date: _____

VIP



OON

Revision date 7.2009
HRS5277



## Wells Fargo
## Out-of-Network
## Vision Services Claim Form
### FRAUD WARNING STATEMENTS

**Alaska:** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete, or misleading information may be prosecuted under state law.

**Arizona:** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California:** For your protection California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud a policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Department of Insurance within the department of regulatory agencies.

**Delaware:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia:** WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**Hawaii:** For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both.

**Idaho:** Any person who knowingly and with intent to defraud or deceive any insurance company, files a statement or claim containing a false, incomplete or misleading information is guilty of a felony.

**Indiana:** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete or misleading information commits a felony.

**Kansas:** Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may be guilty of insurance fraud.

**Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files an application or claim for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland:** Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota:** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire:** Any person, who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in § 638.20.

**New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York:** Any person who knowingly and with intent to defraud insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation.

**Ohio:** Any person who, with intent to defraud, or knowing that he is facilitating a fraud against an insurer, submits an application or files a false claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma:** WARNING: Any person who knowingly and with intent to injure, defraud, or deceive any insurer makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand (5,000) dollars and not more than ten thousand (10,000) dollars, or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas:** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Virginia:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington:** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines, and denial of insurance benefits.

**West Virginia:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Page intentionally left blank**

Appendix C: Forms

**UnitedHealthcare Vision**

## Vision Plan
## Out of Network Claim Form

| Today's Date | Date of Service |
|---|---|
| | |

| Employee's Name | Employee's Unique Identification Number |
|---|---|
| | |

Address where check should be mailed (address, city, state, zip code)

| Patient's Name | Patient's Relationship to Employee | Patient's Date of Birth |
|---|---|---|
| | | |

Employee Signature                                   Date

**RETURN THIS FORM WITH A COPY OF YOUR PAID, ITEMIZED RECEIPT TO:**

**UnitedHealthcare Vision**
**ATTN: Claims Department**
**P.O. Box 30978**
**Salt Lake City, UT 84130**

**Fax: (248) 733-6060**

If you have any questions on your vision coverage, please call our Customer Service Department at 1-877-739-9917. Please have the employee's unique identification number ready.

HRS2488  Revised  10-08

**Page intentionally left blank**

# WageWorks®
www.wageworks.com

# Health Care Account
## Pay Me Back Claim Form

# WageWorks Pay Me Back Claim Form Instructions
## PLEASE READ THIS BEFORE SUBMITTING YOUR CLAIM FORM

Your claim is important. To ensure we are able to process your reimbursement, please fully complete the WageWorks Pay Me Back (PMB) claim form. Submit your claim form along with your complete documentation of the expense. Please review the guidelines listed below to ensure all necessary information is included when filing your claim.

## Tips for Filling out the Pay Me Back Claim Form
- Read every box and provide all requested information pertaining to you and your claim.
- Provide the legal name your employer has for you in their official records, not your nickname.
- Provide your ID Code which is usually the last four digits of your SSN.
- Make sure to total all claim line dollar amounts and enter it in the box at the bottom of the form.
- Make sure you sign the form. If the **account holder's signature** is not present, we cannot process your claim.

## Things to Remember When Including Receipts
- The receipt or documentation must contain:
  - **Provider Name** – Who delivered the service or, if a purchase, where item was purchased.
  - **Date of Service** – Date services occurred or date item was purchased.
  - **Service Description** – Detailed description of what service or product was paid for. Bag tag is sufficient for prescriptions.
  - **Amount** – The amount paid for the services or product and/or the portion not reimbursed through your insurance carrier.
  - **Patient Name** – Person who received the service or who the item is for. For retail store purchases this may be excluded.
- Include a receipt for every expense.
- Explanation of Benefits (EOB's) are recommended if your insurance covered a part of the expense.
- If submitting handwritten receipts it must have stamped provider information.
- Cancelled or Carbon copies of checks are not acceptable forms of receipt documents. Please do not submit.
- Please do not include carbon copy receipts.
- Do not send your original receipts; save them for the IRS.
- If you attach multiple receipt pages, circle or check the dollar amount that is being claimed for each receipt.
- Do not use a highlighter to highlight the dollar amount on the receipt.

## Tips for Submitting the Pay Me Back Claim Form by Fax
- Do not use a cover page.
- Use a high-speed fax machine with a transmission speed of at least 9.6 kbps or 15 sec. per page.
- Please wait 2 business days after submitting your claim before contacting WageWorks for your claim status.
- You can also verify the claim status online at www.wageworks.com.
- You will be notified via email of the status of your claim if we have a valid email address on file.
- Make a copy of the form and all attachments for your records.
- If sending Card Verification Form (CVF) along with your Health Care PMB claim, always put the Card Verification Form in front of the PMB claim so we can process it first.
- Do not combine and submit a co-workers claim with yours.
- Return the original form and copies of your receipts to WageWorks via fax or U.S. Mail.

**FAX: (877) 353-9236, or mail your claims to: Claims Administrator, PO Box 14053, Lexington, KY 40512**

WW-HC-PMB (Sep 2009)

# WageWorks®

## Health Care Account

www.wageworks.com

### Pay Me Back Claim Form

**TOLL-FREE FAX:   (877) 353 - 9236**

Or, mail to:  Claims Administrator, PO Box 14053, Lexington, KY  40512

**DO NOT USE A FAX COVER SHEET**
to ensure speedy processing.

## ACCOUNT HOLDER INFORMATION

Last Name

First Name

ID Code (last 4 digits)*

Employer / Program Sponsor's Name

Zip Code

Birth Month/Day (MM/DD)

Email Address (complete only if new)

## CERTIFICATION AND AUTHORIZATION

I certify that the information on this form is accurate and complete.  **I am requesting reimbursement for eligible expenses incurred by myself or an eligible dependent while I was a participant in the plan.  (Patient & Relationship is assumed to be Self unless otherwise indicated.)**  I have already received these products and services and have not and will not seek reimbursement of this expense from any other plan or party.  If I am covered under more than one health care account, reimbursement will be made according to the payment order determined by those plans and as stated on the WageWorks Web Site.  Use of this service indicates my acceptance of the WageWorks User Agreement at www.wageworks.com (available upon registration; enter user name and password or click on First Time User? link).

**Signature of Account Holder  X** _____   **Date** _____

## CLAIMS FOR OUT-OF-POCKET EXPENSES

### INCOMPLETE FIELDS MAY RESULT IN YOUR CLAIM BEING DENIED

**1**
- Rx
- Co-payment
- Office visit
- Other: _____
- Dental
- Over-the-counter
- Vision
- Psych / therapy
- Chiro
- Lab
- Ortho
- Hospital
- X-ray

Service Start Date (MM/DD/YY)
- Self
- Spouse
- Other: _____
- Qualifying Child
- Qualifying Relative

Relationship to Account Holder

$ _____ Out-of-Pocket Cost

Patient's Name

**2**
- Rx
- Co-payment
- Office visit
- Other: _____
- Dental
- Over-the-counter
- Vision
- Psych / therapy
- Chiro
- Lab
- Ortho
- Hospital
- X-ray

Service Start Date (MM/DD/YY)
- Self
- Spouse
- Other: _____
- Qualifying Child
- Qualifying Relative

Relationship to Account Holder

$ _____ Out-of-Pocket Cost

Patient's Name

**3**
- Rx
- Co-payment
- Office visit
- Other:  AOS IF
- Dental
- Over-the-counter
- Vision
- Psych / therapy
- Chiro
- Lab
- Ortho
- Hospital
- X-ray

Service Start Date (MM/DD/YY)
- Self
- Spouse
- Other: _____
- Qualifying Child
- Qualifying Relative

Relationship to Account Holder

$ _____ Out-of-Pocket Cost

Patient's Name

**4**
- Rx
- Co-payment
- Office visit
- Other: _____
- Dental
- Over-the-counter
- Vision
- Psych / therapy
- Chiro
- Lab
- Ortho
- Hospital
- X-ray

Service Start Date (MM/DD/YY)
- Self
- Spouse
- Other: _____
- Qualifying Child
- Qualifying Relative

Relationship to Account Holder

$ _____ Out-of-Pocket Cost

Patient's Name

**5**
- Rx
- Co-payment
- Office visit
- Other: _____
- Dental
- Over-the-counter
- Vision
- Psych / therapy
- Chiro
- Lab
- Ortho
- Hospital
- X-ray

Service Start Date (MM/DD/YY)
- Self
- Spouse
- Other: _____
- Qualifying Child
- Qualifying Relative

Relationship to Account Holder

$ _____ Out-of-Pocket Cost

Patient's Name

\* Your ID Code is the last 4 digits of your Social Security Number, your Employee Number or other reference number assigned by your program sponsor.  Please check the enrollment instructions provided by your program sponsor for more information about your ID Code.

$ _____ **TOTAL THIS FORM**

**YOU MUST ATTACH APPROPRIATE PROOF OF SERVICE FOR EACH AMOUNT ABOVE.**

**MORE EXPENSES?  Complete another form.**

HRS6459   WW-HC-PMB (Sep 2009)

# WageWorks®

www.wageworks.com

# Dependent Care Account
## Pay Me Back Claim Form

# WageWorks Dependent Claim Form Instructions
## PLEASE READ THIS BEFORE SUBMITTING YOUR CLAIM FORM

Your claim is important. To ensure we are able to process your reimbursement, please fully complete the WageWorks Dependent Claim Form (DC). Submit your claim form along with your complete documentation of the expense. Please review the guidelines listed below to ensure all necessary information is included when filing your claim.

## Tips for Filling out the Pay Me Back Claim Form

- Read every box and provide all requested information pertaining to you and your claim.
- Provide the legal name your employer has for you in their official records, not your nickname.
- Provide your ID Code which is usually the last four digits of your SSN.
- Make sure to total all claim line dollar amounts and enter it at the box at the bottom of the form.
- The Provider Tax ID or SSN must be on the form.
- Make sure you sign the form. If the **account holder's signature** is not present, we cannot process your claim.
- **Provider's signature can be substituted for a receipt from the provider however the provider must sign the form if an itemized receipt from the provider is not included. One or the other is required either a provider signed form or an itemized receipt from the provider.**

## Things to Remember When Including Receipts

- The receipt or documentation must contain:
  - **Provider Name** – Who delivered the service.
  - **Date of Service** – Date services occurred.
  - **Service Description** – Detailed description of what service or product was paid for.
  - **Amount** – The amount paid for the services.
  - **Dependent Name** – Person who received the service.
- If you are not submitting receipts the provider MUST sign the completed form on the provider signature line which is under the dependent name line.
- Cancelled or Carbon copies of checks are not acceptable forms of receipt documents. Please do not submit.
- Overnight Camps are not eligible expenses unless the expenses are broken up into day and night.
- The day expense would be eligible, not the night expenses.
- Include a receipt for every expense.
- If submitting handwritten receipts it must have stamped provider information.
- Do not send your original receipts; save them for the IRS.
- If you attach multiple receipt pages, circle or check the dollar amount that is being claimed for each receipt.
- Do not use a highlighter to highlight the dollar amount on the receipt.

## Tips for Submitting the Pay Me Back Claim Form by Fax

- Do not use a cover page.
- Use a high-speed fax machine with a transmission speed of at least 9.6 kbps or 15 sec. per page.
- Please wait 2 business days after submitting your claim before contacting WageWorks for your claim status.
- You can also verify the claim status online at www.wageworks.com.
- You will be notified via email of the status of your claim if we have a valid email address on file.
- Make a copy of the form and all attachments for your records.
- If sending Card Verification Form (CVF) along with your Health Care PMB claim, always put the Card Verification Form in front of the PMB claim so we can process it first.
- Do not combine and submit a co-workers claim with yours.
- Return the original form and copies of your receipts to WageWorks via fax or U.S. Mail.

**FAX: (877) 353-9236, or mail your claims to: Claims Administrator, PO Box 14053, Lexington, KY 40512**

WW-DC-PMB (Sep 2009)

# WageWorks®

**Dependent Care Account**

www.wageworks.com

**Pay Me Back Claim Form**



**TOLL-FREE FAX:** (877) 353 - 9236

Or, mail to: Claims Administrator, PO Box 14053, Lexington, KY  40512

> **DO NOT USE A FAX COVER SHEET**
> to ensure speedy processing.

## ACCOUNT HOLDER INFORMATION

Last Name

First Name

ID Code (last 4 digits)*

Employer / Program Sponsor's Name

Zip Code

Birth Month/Day (MM/DD)

Email Address (complete only if new)

## CERTIFICATION AND AUTHORIZATION

I certify that the information on this page is accurate and complete. I am requesting reimbursement for work-related dependent care expenses incurred by an eligible dependent (for a child under the age of 13 or other dependents that are physically and mentally incapable of taking care of themselves) while I was a participant in the plan. These services have already been provided and I have not and will not seek reimbursement of this expense from any other plan or party. Use of this service indicates my acceptance of the WageWorks User Agreement at www.wageworks.com (available upon registration; enter user name and password or click on First Time User? link).

**Signature of Account Holder  X** _____  **Date** _____

## CLAIMS FOR OUT-OF-POCKET EXPENSES

**1**

○ Child care      ○ Before/after school
○ Preschool      ○ Summer day camp
○ Au pair         ○ Senior day care
○ Other: _____

Dependent's Name

Provider's Name

Provider's SSN or Tax ID#

Service Start Date (MM/DD/YY)

Service End Date (MM/DD/YY)

$ _____ Out-of-Pocket Cost

**Signature of Provider  X** _____  **Date** _____

*Certifies services provided.  Not required.  Replaces need for receipt or other proof of service.*

**2**

○ Child care      ○ Before/after school
○ Preschool      ○ Summer day camp
○ Au pair         ○ Senior day care
○ Other: _____

Dependent's Name

Provider's Name

Provider's SSN or Tax ID#

Service Start Date (MM/DD/YY)

Service End Date (MM/DD/YY)

$ _____ Out-of-Pocket Cost

**Signature of Provider  X** _____  **Date** _____

*Certifies services provided.  Not required.  Replaces need for receipt or other proof of service.*

* Your ID Code is the last 4 digits of your Social Security Number, your Employee Number or other reference number assigned by your program sponsor.  Please check the enrollment instructions provided by your program sponsor for more information about your ID Code.

$ _____ **TOTAL THIS FORM**

**YOU MUST HAVE PROVIDER SIGN FORM OR INCLUDE A RECEIPT OR OTHER APPROPRIATE PROOF OF SERVICE FOR EACH AMOUNT ABOVE.**

**MORE EXPENSES?  Complete another form.**

HRS2847   WW-DC-PMB (Jun 2008)

Page intentionally left blank

©2010 Wells Fargo Bank, N.A. All rights reserved.

HRS7833 TMM200905132 (01/10)



# Summary of Material Modifications for the Wells Fargo & Company *2010 Benefits Book* and Other Summary Plan Descriptions

This document is a Summary of Material Modifications (SMM). It is intended to notify you of important changes made to the Wells Fargo & Company Health Plan ("Wells Fargo Health Plan"), Wells Fargo & Company Long-Term Disability Plan ("Wells Fargo LTD Plan"), and the Wells Fargo Salary Continuation Pay Plan and provide additional information about the Wachovia Corporation Long-Term Disability Plan ("Wachovia LTD Plan").

Please take the time to read this SMM carefully and keep a copy of it with the *2010 Benefits Book* and the 2010 Summary Plan Descriptions ("SPDs") for the Aetna EPO Plan, the Anthem Blue Cross Blue Shield PPO Plan, the HealthPartners Distinctions II Plan, the HSA High Deductible Health Plan, the UnitedHealthcare Consumer Directed Health Plan, and the UnitedHealthcare PPO Plan. If you have any questions, please contact the HR Service Center at 1-877-HRWELLS (1-877-479-3557).

Wells Fargo & Company reserves the right to amend, modify, or terminate any of its employee benefit plans, in whole or in part, for any reason at any time. Any such amendment, modification, or termination may be applicable to both current and future plan participants and their eligible dependents and beneficiaries.

## Wells Fargo Health Plan changes

### Medical plan updates

Effective January 1, 2010, the Wells Fargo Health Plan adopted the following changes to the speech therapy age limits and extended skilled nursing care benefit under the self-insured medical plan coverage options. The self-insured medical plan coverage options include the following plans: Aetna EPO Plan, Anthem Blue Cross Blue Shield PPO Plan, HealthPartners Distinctions II Plan, HSA High Deductible Health Plan, UnitedHealthcare Consumer Directed Health Plan, and the UnitedHealthcare PPO Plan:

### Speech therapy age limits

The following language is added to the end of the "Speech Therapy Age Limits" section on:

- Page 21 of the 2010 Aetna EPO Plan SPD
- Page 27 of the 2010 Anthem Blue Cross Blue Shield PPO Plan SPD
- Page 37 of the 2010 HealthPartners Distinctions II Plan SPD
- Page 25 of the 2010 HSA High Deductible Health Plan SPD
- Page 29 of the 2010 UnitedHealthcare Consumer Directed Health Plan SPD
- Page 26 of the 2010 UnitedHealthcare PPO Plan SPD

Speech therapy is also covered for developmental delay for children through the calendar year in which your child turns the age of five.

**Example:** If your child turns five years old on May 17, 2010, he or she will continue to be covered through December 31, 2010.

### Extended skilled nursing care

The following new "Extended Skilled Nursing Care" section is added after "Home Health Care" section on:

- Page 17 of the 2010 Aetna EPO Plan SPD
- Page 18 of the 2010 Anthem Blue Cross Blue Shield PPO Plan SPD
- Page 19 of the 2010 HSA High Deductible Health Plan SPD
- Page 24 of the 2010 UnitedHealthcare Consumer Directed Health Plan SPD
- Page 20 of the 2010 UnitedHealthcare PPO Plan SPD

The following new "Extended Skilled Nursing Care" section is added after the "Home Health Services" section on page 27 of the 2010 HealthPartners Distinctions II Plan SPD.

### Extended skilled nursing care

Extended skilled nursing care is defined as the use of skilled nursing services delivered or supervised by a registered nurse (RN) or licensed practical nurse (LPN) to obtain the specified medical outcome and provide for the safety of the patient. To be covered under the plan:

- An attending physician must order extended skilled nursing care.

- Certification of the registered nurse (RN) or licensed practical nurse (LPN) providing the care is required.

- The plan, in its sole discretion, must determine that the extended skilled nursing care is medically necessary, and

- The covered person and the provider must obtain prior authorization from the plan (contact member services of the plan to request prior authorization).

Benefits are limited to 365 days per covered person, per lifetime. Each 24-hour visit (or shifts of up to a 24-hour visit) equals one visit and counts toward the 365 day per lifetime limit. Any visit that lasts less than 24 hours, regardless of the length of the visit, will count as one visit toward the 365 day per lifetime limit.

Services provided under the following circumstances will be considered extended skilled nursing services:

1. Transition of the covered person from an inpatient setting to home.

2. The covered person becomes acutely ill and the additional skilled nursing care will prevent a hospital admission.

3. The covered person meets the clinical criteria for confinement in a skilled nursing facility, but a skilled nursing facility bed is not available. In this situation, additional skilled nursing may be provided until a skilled nursing facility bed becomes available.

4. The covered person is on a ventilator or is dependent on continuous positive airway pressure due to respiratory insufficiency at home.

The following types of care are not covered as extended skilled nursing care:

- Nursing care that does not require the education, training, and technical skills of a registered nurse (RN) or licensed practical nurse (LPN).

- Nursing care provided for skilled observation.

- Nursing care provided while the covered person is an inpatient in a hospital or health care facility.

- Nursing care to administer routine maintenance medications or oral medications, except where law requires a registered nurse (RN) or licensed practical nurse (LPN) to administer medicines.

- Custodial care for daily life activities such as but not limited to:
  - Transportation
  - Meal preparation
  - Vital sign charting
  - Companionship activities
  - Bathing
  - Feeding
  - Personal grooming
  - Dressing
  - Toileting
  - Getting in or out of bed or a chair

- Services that can be safely and effectively performed by a nonmedical person or self-administered without the direct supervision of a licensed nurse. The unavailability of a person to provide an unskilled service does not allow for coverage for a nurse to provide unskilled services.

The following is added to the "Your Benefits and Costs at a Glance" section on page 6 of the 2010 Aetna EPO Plan SPD after "Home Health Care":

| Benefit features | Network benefits |
| --- | --- |
| Extended skilled nursing care<br>Limit of 365 days per lifetime. | You pay 10% of eligible covered expenses. |

The following is added to the "Your Benefits and Costs at a Glance" section on page 18 of the 2010 Anthem Blue Cross Blue Shield PPO Plan SPD after "Home Health Care":

| The Plan covers: | BlueCard PPO providers | Out-of-network providers |
| --- | --- | --- |
| Extended skilled nursing care<br>Limit of 365 days per lifetime. | You pay 20% after satisfying the deductible. | You pay 40% after satisfying the deductible. |

The following is added to the "Your Benefits and Costs at a Glance" section on page 7 of the 2010 HealthPartners Distinctions II Plan SPD after "Home Health Services":

| Benefit features | Network benefits | Out-of-network benefits |
| --- | --- | --- |
| Extended skilled nursing care<br>Limit of 365 days per lifetime. | You pay a $35 copay per visit. | You pay 30% of eligible covered expenses after satisfying the deductible. |

The following is added to the "Your Benefits and Costs at a Glance" section on page 7 of the 2010 HSA High Deductible Health Plan SPD after "Home Health Care":

| Benefit features | Network benefits | Out-of-network benefits |
| --- | --- | --- |
| Extended skilled nursing care<br>Limit of 365 days per lifetime. | You pay 20% after satisfying the deductible. | You pay 40% of eligible covered expenses after satisfying the deductible. |

The following is added to the "Your Benefits and Costs at a Glance" section on page 8 of the 2010 UnitedHealthcare Consumer Directed Health Plan SPD after "Home Health Care":

| Benefit features | Network | Out-of-network (up to reasonable and customary fee) |
|---|---|---|
| Extended skilled nursing care Limit of 365 days per lifetime. | Health Reimbursement Account (HRA) pays 100%, then you pay 20% after satisfying the deductible. | Health Reimbursement Account (HRA) pays 100%, then you pay 40% after satisfying the deductible. |

The following is added to the "Your Benefits and Costs at a Glance" section on page 12 of the 2010 UnitedHealthcare Consumer Directed Health Plan, Indemnity Option SPD after "Home Health Care":

| Benefit features | Benefits based on reasonable and customary fees |
|---|---|
| Extended skilled nursing care Limit of 365 days per lifetime. | Health Reimbursement Account (HRA) pays 100%, then you pay 20% after satisfying the deductible. |

The following is added to the "Your Benefits and Costs at a Glance" section on page 7 of the 2010 UnitedHealthcare PPO Plan SPD after "Home Health Care":

| Benefit features | Network benefits | Out-of-network benefits* (This is if you reside in network but use out-of-network providers) | Indemnity benefits** (This is if you reside outside of the UHC network) |
|---|---|---|---|
| Extended skilled nursing care Limit of 365 days per lifetime. | You pay 20% after satisfying the deductible. | You pay 40% after satisfying the deductible. | You pay 20% after satisfying the deductible. |

* Out-of-network benefits determined using UHC's or Medco's allowed amounts.

** Indemnity benefits determined using UHC's or Medco's allowed amounts.

## Dental plan update

Effective January 1, 2010, the Wells Fargo Health Plan adopted the following change to crown lengthening benefits available under the self-insured dental plan coverage option administered by Delta Dental of Minnesota ("Delta Dental").

The bullet point "crown lengthening" on page 3-8 of the *2010 Benefits Book* and page 3-7 of the *2010 Benefits Book for Retirees* is replaced with the following:

Crown lengthening will be covered under the Basic Care portion of the dental plan only when Delta Dental, at its sole discretion, determines the procedure to be dentally necessary. Documentation showing insufficient tooth structure above the osseous level is required to perform crown lengthening restorative treatment. Crown lengthening is not covered for purely aesthetic or cosmetic purposes. It is recommended that a Pretreatment Estimate be requested to determine if the procedure will be covered before beginning crown lengthening treatment.

## Retiree enrollment information update

Effective January 1, 2010, the Wells Fargo Health Plan adopted the following changes to the eligibility rules for medical and dental coverage:

The first two paragraphs of the "Eligibility for medical and dental coverage" section on page 1-32 of the *2010 Benefits Book* are deleted and replaced with the following:

### Eligibility for medical and dental coverage

You may enroll in retiree medical and dental coverage when you retire, subject to the following eligibility requirements:

· You have up to 60 days from your date of retirement to elect retiree medical coverage, dental coverage, or both; this is your one-time opportunity to enroll in retiree medical coverage, dental coverage, or both.

· If you do not elect coverage within 60 days from your date of retirement, you will not be allowed to enroll for retiree medical or dental coverage at a later date.

· If you timely elect coverage, it begins the first day of the month following the date you retire.

Your "years of service" are measured from your corporate hire date. Your corporate hire date, also known as the "adjusted service date" or "current hire date," is the service date applicable for benefits eligibility. This date generally reflects prior service from acquisitions made by Wells Fargo but may vary, and the recognition of prior service is dependent on the terms of each specific acquisition.

If at the end of your Salary Continuation Leave or termination due to the Extended Absence Policy you are six months or less away from obtaining eligibility for retiree medical, a six-month-maximum unpaid leave of absence is available.

## Wells Fargo Optional LTD Plan changes

Effective January 1, 2010, the Wells Fargo LTD Plan adopted the following changes to the enrollment rules provided in Chapter 11 of the *2010 Benefits Book*:

1. The "Limited time to enroll" section on page 11-4 is deleted and replaced with the following:

### Limited time to enroll

Other than your new hire-designated enrollment period, the only other times you can enroll in the Optional LTD coverage is during the Annual Benefits Enrollment period or when you experience a Qualified Event that allows you to add coverage (see "Midyear Election Change Events" below). If, however, you are on a long-term leave during Annual Benefits Enrollment or when you experience a Qualified Event, you are not eligible to enroll. You may enroll when you return from long-term leave by calling the HR Service Center within 60 days from the date you return to your regularly scheduled work hours or full-time employment. If you return to work for less than your regularly scheduled hours, you will not be allowed to enroll in Optional LTD coverage. If you enroll as a result of a Qualified Event, your coverage will be effective the first of the month following the date you call to the HR Service Center and enroll for Optional LTD Plan coverage.

### Midyear election change events

You may be able to change your Optional LTD coverage midyear if you experience a Qualified Event listed in the following chart. You may only add or drop coverage as described in the following chart. To change coverage, you must call the HR Service Center within 60 days of the event listed in the following chart.

## Qualified events for Optional LTD Plan coverage

| Midyear election change event | Add coverage | Drop coverage |
|---|---|---|
| Marriage | You may add Optional LTD coverage for yourself. | No |
| Divorce, legal separation, annulment, or death of your spouse | Yes | You may drop Optional LTD coverage for yourself. |
| Birth or adoption of a child | You may add Optional LTD coverage for yourself | No |
| Loss of dependent: death or placement for adoption | No | You may drop Optional LTD coverage for yourself. |
| Change in employment classification that makes you eligible for coverage (for example, Flexible classification to Regular classification) | You may add Optional LTD coverage for yourself. | NA |
| Change in your employment classification resulting in loss of eligibility (for example, Regular classification to Flexible classification) | No | Your Optional LTD coverage for yourself will be dropped automatically. The coverage will be dropped at the end of the month following the employment classification change. |
| Formation of a domestic partnership or same-sex marriage* | You may add Optional LTD coverage for yourself. | No |
| Termination of a domestic partnership or same-sex marriage* | No | You may drop Optional LTD coverage for yourself. |
| Gaining a domestic partner or same sex-spouse's child as a dependent as a result of commencement of domestic partnership or same-sex marriage* | You may add Optional LTD coverage for yourself. | No |
| Losing a domestic partner or same sex-spouse's child as a dependent as a result of termination of domestic partnership or same-sex marriage* | No | You may drop Optional LTD coverage for yourself. |
| Return from an approved leave of absence | Yes | Yes |

\* You may not make a change to your before-tax elections for Optional LTD Plan coverage as a result of this event unless your domestic partner is your dependent for federal income tax purposes.

A change in coverage must be consistent with the Qualified Event. The plan administrator (in its sole discretion) shall determine whether a requested change is on account of and corresponds to a Qualified Event.

You may not cancel your before-tax Optional LTD coverage during the plan year unless you have a Qualified Event and your election to cancel your before-tax coverage is consistent with the Qualified Event. If you do not have a Qualified Event during the plan year, you must wait until the next Annual Benefits Enrollment period to cancel coverage.

2. The first and second sentences of the second paragraph of the "Optional LTD" section on page 11-4 are deleted and replaced with the following:

   If you do not enroll for Optional LTD coverage during your designated enrollment period when you are first eligible, you may enroll during a subsequent Annual Benefits Enrollment period or when you experience a Qualified Event that permits you to add coverage. If you are on a long-term leave during Annual Benefits Enrollment or when you experience a midyear election change event, you are not eligible to enroll.

## Wells Fargo Salary Continuation Pay Plan changes

Effective June 1, 2010, the Wells Fargo Salary Continuation Pay Plan updated the following information in Chapter 12 of the *2010 Benefits Book* and supplements the Wells Fargo & Company Salary Continuation Pay Plan Summary Plan Description (SPD) as follows:

1. The information under the heading "Who's Eligible," beginning on page 12-3 of the *2010 Benefits Book* (page 2 of the stand-alone SPD), is updated to replace the first paragraph under "Eligible Team Members" with the following:

   You are eligible to participate in the Plan if you are classified as a regular or part-time Wells Fargo team member on a Wells Fargo U.S.-based payroll system and you are not working in a Wells Fargo Home Mortgage "Interim" position. (See "Mortgage Interim Positions" below.)

2. A new paragraph at the end of the section "Eligible Team Members" on page 12-3 of the *2010 Benefits Book* is added as follows:

   ### Mortgage Interim positions

   Due to business needs related to market conditions, Wells Fargo Home Mortgage has identified certain positions as "Interim" positions that can last up to 18 months (including any time working in the position

as a flexible team member). If you are in one of these Interim positions as determined by Wells Fargo Home Mortgage, you will become eligible to participate in the Plan on the first day of the calendar month following your transfer to a regular or part-time position that is not an "Interim" position.

3. One of the "Disqualifying Events" beginning on page 12-3 of the *2010 Benefits Book* (page 2 of the stand-alone SPD) is updated as follows:

   Your employment with Wells Fargo is terminated before completion of your notice period (for any reason except due to your death);

4. The following paragraph under the heading "Early Termination of Salary Continuation Pay" on page 12-9 of the *2010 Benefits Book* (page 9 of the stand-alone SPD) is replaced with the following:

   If you die, your notice period or your Salary Continuation Leave of absence will end and your remaining notice period pay or salary continuation pay will be paid to your estate or authorized personal representative in a lump-sum severance payment within 60 days following Wells Fargo's notification of your death.

Effective July 1, 2010, the Wells Fargo Salary Continuation Pay Plan updated the following information in Chapter 12 of the *2010 Benefits Book* for Wells Fargo Team Members and supplements the Wells Fargo & Company Salary Continuation Pay Plan Summary Plan Description (SPD) as follows:

1. One of the "Disqualifying Events" beginning on page 12-3 of the *2010 Benefits Book* for Team Members (page 3 of the stand-alone SPD) is updated as follows:

   You either continue or commence employment with Wells Fargo or an Affiliate because you have located a new position through the job posting process or on your own, or you become registered with an Affiliate;

2. The following bullet is added to list of "Ineligible Changes" beginning on page 12-5 of the *2010 Benefits Book* for Team Members (page 5 of the stand-alone SPD):

   A change in your covered pay due to conditions and restrictions imposed on Wells Fargo under applicable laws, rules and regulations as determined by the Plan Administrator.

## New Appendix D to the *2010 Benefits Book*

Effective January 1, 2010, the *2010 Benefits Book* is updated with the inclusion of a new Appendix D:

## Appendix D: Wachovia team members receiving benefits under the Wachovia Corporation Long-Term Disability (LTD) Plan

This appendix applies to Wachovia team members who (1) were receiving LTD benefits on or before December 31, 2009, under the Wachovia Corporation Long-Term Disability Plan (the "Wachovia LTD Plan"), (2) continued to receive such benefits under the Wachovia LTD Plan, and (3) are currently not working under a reduced work schedule while receiving LTD benefits under the Wachovia LTD Plan.

If you are on an approved leave and currently working on a reduced work schedule, this appendix does not apply to you. Please refer to Chapter 1 of the *2010 Benefits Book* for further information.

When there is any difference between the information in this appendix and the information contained in the other *2010 Benefits Book* chapters, the information in this appendix applies and is controlling.

For Wachovia team members whose leave started on or before December 31, 2009, but whose LTD benefits start on or after January 1, 2010, please refer to Chapter 1 of the *Benefits Book* for information, because this appendix does not apply to you.

Please note that Wells Fargo & Company reserves the right to amend or terminate its employee benefits plans at any time, for any reason. Any such amendment or termination will be applicable to both current and future participants and their dependents and beneficiaries.

### LTD Benefits under the Wachovia LTD Plan

If you're already receiving LTD benefits under the Wachovia LTD Plan on or before December 31, 2009, your benefits eligibility is based on the information Wells Fargo provided below, effective on the date that you began receiving LTD benefits.

Health and welfare coverage is provided to LTD participants until:

- Nonpayment of coverage occurs.
- Participant drops coverage at the time of a life event change.
- Participant drops coverage within 31 days of disability commencement.
- LTD payments to the participant cease by Liberty Mutual.

Nonpayment of health and welfare coverage results in coverage in all contributory plans terminating as of the end of the month in which the last payment occurred.

If health and welfare coverage is dropped by the participant due to a family status change, coverage is terminated as of the end of the month in which the life event is effective.

If a participant decides not to continue health and welfare coverage while on LTD (within 31 days of commencement), coverage terminates retroactive to the LTD effective date.

**Example:** Participant goes on LTD effective March 1. On March 15, participant decides not to continue health and welfare coverage. Health and welfare coverage terminates effective March 1.

A participant may not drop an individual benefit at any time. Participants can only make changes through Annual Benefits Enrollment or a valid change in status. However, all contributory benefits will be dropped for nonpayment of premiums. Partial payment is not allowed. If contributory coverages are dropped, Basic Employee Life Term Insurance coverage continues.

### Discontinuing benefits under the Wachovia LTD Plan

LTD payments to the participant cease by Liberty Mutual at the following events:

- Participant no longer meets the definition of disability.
- Participant reaches age 65 (if disabled before age 60).
- Participant reaches the following age (if disabled after age 60):

| If disabled at age: | LTD benefits end |
| --- | --- |
| 60 | 65 |
| 61 | 65 |
| 62 | 65½ |
| 63 | 66 |
| 64 | 66½ |
| 65 | 67 |
| 66 | 67¾ |
| 67 | 68½ |
| 68 | 69¼ |
| 69+ | 1 year past disability date |

*Note: A participant may not receive a full month of LTD payments; however, health and welfare coverage continues until the end of the month in which LTD payments terminate.*

## COBRA

The end of LTD health and welfare coverage (for any reason) is considered a COBRA Qualifying Event.

### Medical, dental, and vision

If you are a participant in any or all of the Wells Fargo & Company Health Plan's medical, dental, and vision plan coverage options, your (and your eligible dependents', if applicable) coverage under these coverage plan options will continue as long as you (and your eligible dependents, if applicable) continue to satisfy the eligibility criteria and make timely premium payments for coverage, or until the last day of the month in which your employment ends. If you fail to make premium payments for coverage by the applicable deadline, your coverage (and your eligible dependents', if applicable) under the medical, dental, or vision plan coverage options will be canceled as of the last day of the month for which payment was received on time. Once your coverage is canceled for nonpayment, it cannot be reinstated in the future unless you become an active team member and meet applicable eligibility requirements for coverage.

For additional plan provisions including restrictions, claims, and appeal processes of the medical dental and vision plans, refer to the appropriate chapters of the *2010 Benefits Book.*

### Eligibility for Medicare Parts A and B while receiving Long-Term Disability benefits

When you become eligible for Medicare Parts A and B while receiving LTD benefits under the Wachovia LTD Plan, you may be eligible to continue group health plan coverage and you may be eligible to enroll for coverage in the UnitedHealthcare Medicare Supplement Plan. Because you are eligible for Medicare Parts A and B, any medical benefits paid by the Wells Fargo & Company Health Plan are secondary to Medicare. This means that Medicare benefits (including Parts A and B) will be considered to apply regardless of whether you have enrolled in Medicare or not. You should contact the Social Security Administration as soon as possible to discuss enrollment in Medicare Parts A and B when you (or any of your dependents) become eligible for Medicare. Also, please contact the Wells Fargo Retirement & COBRA Service Center at 1-800-377-9220 and inform them of your enrollment date for Medicare Parts A and B. You will receive information about changes to your Wells Fargo group health plan coverage.

Please note: In addition to the possibility of a penalty for late enrollment in Medicare Part B, there may be gaps in your medical coverage if you do not enroll in Medicare Part B when you are initially eligible.

### Life Insurance Plans

If you had Basic Life, Supplemental Life, Spouse/Partner Life, or Dependent Life Insurance coverage under the Wachovia Corporation Health and Welfare Plan on December 31, 2009, you will be eligible to keep the same amount of life insurance coverage that you had on December 31, 2009. The cost of your life insurance coverage while you receive disability benefits will be based on the 2009 rate schedule effective January 1, 2010. However, your coverage will now be underwritten by Minnesota Life.

You must continue paying the premiums for life insurance coverage during your long-term disability leave to keep the coverage. If coverage is canceled due to nonpayment of premiums or if you elected to cancel the coverage, you can not reenroll for basic, supplemental, spouse/partner, or dependent life insurance coverage until you return from leave and are actively at work. At this time, you will be required to provide proof of good health before you receive coverage.

If you continue to maintain your coverage while on long-term disability leave, upon your return from leave, you can enroll for comparable coverage in the Group Term Life Insurance Plans (Policy Number 29450-G), underwritten by Minnesota Life as part of the Wells Fargo & Company Health Plan, and be charged the going active Wells Fargo rates. Coverage will be effective on the first of the month following the date you return from leave.

If you do not return to work, whether you are still receiving LTD benefits or not, when you retire, terminate your employment, or your employment terminates at the end of your extended leave period, you may be able to continue your coverage directly with Minnesota Life through the plans portability or conversion option.

For additional plan life insurance provisions, including restrictions, claims, and appeal processes, refer to Chapter 6 of the *2010 Benefits Book.* If you have questions regarding your coverage amounts, please contact the Wells Fargo Retirement & COBRA Service Center at 1-800-377-9220

**Benefits after termination**

When your employment ends, you (and your eligible dependents, if applicable) may be eligible to continue medical, dental, and vision coverage under COBRA. Please note that your employment has already ended under the legacy Wachovia policy. You may also be eligible to elect medical and dental coverage as a Wells Fargo retiree. For additional information about continuing benefits under COBRA, refer to Chapter 1 of the *2010 Benefits Book*.

**Eligibility for retiree medical and retiree dental coverage**

You may enroll in retiree medical and dental coverage when your employment ends, if you meet the retirement eligibility criteria listed in Chapter 1 of the *2010 Benefits Book*. In addition to the criteria listed in Chapter 1, you are also eligible to retire if you are disabled and receiving LTD benefits at the time of your termination and have at least 10 years of service. Your "years of service" are measured from your corporate hire date, and you continue to accrue years of service while you remain employed and are receiving LTD benefits. Your corporate hire date, also known as the "adjusted service date" or "current hire date," is the service date applicable for benefits. This date generally reflects prior service from acquisitions made by Wells Fargo, including your credited service with Wachovia, but may vary, and the recognition of prior service is dependent on the terms of each specific acquisition. If you meet the eligibility criteria for retiree dental when your employment ends, you will be able to enroll in this coverage at the time of retirement even if you were not eligible for this coverage during your leave of absence.

© 2010 Wells Fargo Bank, N.A. All rights reserved.

TMM201004038
HRS5632 (07/10)