# EXHIBIT D

## Group Term Life Insurance Policy

Minnesota Life Insurance Company - A Securian Company
400 Robert Street North • St. Paul, Minnesota 55101-2098

**MINNESOTA LIFE**

## Read Your Policy Carefully

This policy was issued to the policyholder on the effective date shown on the specifications page attached to this policy. We promise to pay the benefits provided by this policy, subject to its conditions, limitations, and exceptions. We make this promise and issue this policy in consideration of the application for this policy and the payment of the premiums.

Minnesota Life Insurance Company is a subsidiary of Minnesota Mutual Companies, Inc., a mutual insurance holding company. The policyholder is a member of Minnesota Mutual Companies, Inc., which holds its annual meetings on the first Tuesday in March of each year at 3 p.m. local time. The meetings are held at 400 Robert Street North, St. Paul, Minnesota 55101-2098.

*Dennis E. Prosluxsky*
Secretary

*Robert L. Senkler*
President

TABLE OF CONTENTS

Definitions.................................................... 2
General Information ...................................... 3
Premiums ................................................... 4
Death Benefit............................................. 4

Termination.................................................. 5
Minnesota Continuation Right ...................... 5
Conversion Right......................................... 6
Additional Information.................................. 6

GROUP TERM LIFE INSURANCE POLICY • NONPARTICIPATING

## GROUP POLICY SPECIFICATIONS PAGE

| GENERAL INFORMATION |
|---|

| | | |
|---|---|---|
| **POLICYHOLDER:** | Wells Fargo & Company | **POLICY NO.:** 29450-G |

**ASSOCIATED COMPANIES:** All subsidiaries and affiliates reported to Minnesota Life by the policyholder for inclusion in the policy.

**POLICY EFFECTIVE DATE:** January 1, 2010

**POLICY ANNIVERSARY DATE:** January 1 of each year beginning January 1, 2011.

**PREMIUM DUE DATE(S):** The first day of each month.

**GROUP:** The group is composed of all employees of the policyholder and its associated companies in the following eligible classes.

Class 1: All Regular employees regularly scheduled to work 30 hours or more a week and all Part-Time employees regularly scheduled to work 17.5 to 29 hours per week

Class 2: Grandfathered Retired and Disabled Employees other than those in Class 3 (includes both Wells Fargo & Company and Legacy Wachovia Corporation populations). This includes Legacy Wachovia Corporation employees who were on Long Term Disability as of December 31, 2009.

Class 3: Grandfathered Disabled Employees from Prudential Securities, Incorporated

Class 4: Legacy Wachovia Corporation Non-Qualified Plan (a/k/a "Mirror Plan")

**WAITING PERIOD:** Class 1: The period commencing with the employee's date of eligible employment and ending with the first day of the month next following or coinciding with the employee's completion of one month of continuous eligible employment.

Classes 2, 3 & 4: Not applicable

**DESIGNATED ENROLLMENT PERIOD:** Class 1: The designated enrollment period, during which an employee may enroll for guaranteed issue coverage without providing evidence of insurability, is equal to the waiting period.

Classes 2, 3 & 4: Not applicable

09-31124                                A

| PLAN OF INSURANCE |
|---|

## EMPLOYEE BENEFIT SCHEDULE

**EMPLOYEE TERM LIFE INSURANCE:**

**Basic Term Life Insurance**

| Eligible Class | Amount of Basic Term Life Insurance |
|---|---|
| Class 1: | One times annual base salary/benefits base, subject to a minimum of $10,000 and a maximum of $50,000. |
| Classes 2 & 3: | The amount of insurance in force at the time the group became a closed group, as on file with the policyholder, and subject to any applicable age reductions and termination rules applicable to the plan for which the employee is insured. |
| Class 4: | Amounts and duration of coverage are shown on the Addendum to this specifications page. |

**Additional Basic Term Life Insurance Benefit – Seat Belt Benefit**

This seat belt benefit applies to active employees and those on leave of absence. This benefit does not apply to retirees or those who have ported their coverage after loss of eligibility under the plan.

The basic term life insurance amount will be increased by 10% if an insured employee's loss of life occurs due to an accident while he or she is properly using a seat belt in a passenger car, provided the driver of the private passenger car (whether the insured or someone else) was a licensed driver and was not intoxicated, impaired or under the influence of alcohol or drugs. Proper use of the seat belt must be certified in the official accident report. If certification in the official accident report is unclear as to whether a seat belt was in proper use, the seat belt benefit payable shall be limited to a maximum of $1,000. No seat belt benefit will be paid if the official accident report is either not provided or if the report indicates that no seat belt was worn.

**Optional Term Life Insurance**

| Eligible Class | Amount of Optional Term Life Insurance |
|---|---|
| Class 1: | One, two, three, four, five, six, seven or eight times annual base salary/benefits base, as elected by the employee, subject to a minimum of $10,000 and a maximum of $3,000,000. |
| Class 3: | The amount of insurance in force at the time group became a closed group, as on file with the policyholder, and subject to any applicable age reductions and termination rules applicable to the plan for which the employee is insured. |
| Classes 2 & 4: | None |

09-31124                                       B

## GENERAL PROVISIONS FOR EMPLOYEE INSURANCE

**RETIREE COVERAGE:**

Basic Term Life Insurance: Except for Classes 2 and 4, all basic term life insurance terminates at retirement, subject to continuation under the Minnesota Continuation and Portability provisions of the policy.

Optional Term Life Insurance: An employee who retires on or after January 1, 2010 may elect to continue his or her optional term life insurance coverage by paying premiums directly to Minnesota Life. Election of continuation must be made within 31 days of the date when active eligibility ends (at the end of the month in which the employee retires). A retiree can elect to continue all or a portion of his or her optional term life coverage. Once continued, a retiree may request a reduction in coverage, to a minimum of $10,000, but may not request an increase. All provisions of the policy applicable to optional term life insurance shall apply. In addition to the terminating events outlined in the policy, retiree optional coverage shall terminate when the retiree attains age 95.

In order to be eligible for retiree optional life insurance, an employee must retire from the policyholder or an associated company:

- On or after age 55 with 10 years of service; or
- On or after age 65 with one year of service; or
- With at least 80 "points" (based on the employee's age plus years of credited service)

Exceptions to the above retiree optional life continuation eligibility rules:

- If an employee was on Wachovia's payroll as of December 31, 2009, in a benefits-eligible employment classification, and the employee's age plus years of service equals 50 or greater as of January 1, 2010, the employee is eligible for this continuation if he or she retires at age 50 or older with at least 10 years of service.
- Effective January 1, 2009, an employee is eligible for this retiree continuation at the end of the employee's Salary Continuation Leave if the employee has at least 65 points (with a minimum age of 45 and age plus years of service totaling at least 65). This eligibility provision will end on December 31, 2011. In order to retain eligibility to continue life insurance as a retiree at the end of Salary Continuation Leave, an eligible retiree must meet the following three requirements prior to December 31, 2011:
  - Must have at least 65 points (with a minimum age of 45 and age plus years of service totaling at least 65).
  - Salary Continuation must end prior to December 31, 2011.
  - The retiree must complete the election of retiree life insurance continuation form within 31 days of the date active coverage ends.

NOTE: A person cannot be covered as both a retiree and an active employee.

**CONTRIBUTORY/NONCONTRIBUTORY:**

Basic term life insurance is noncontributory insurance except for some Legacy Wachovia Corporation retirees in Class 2 who contribute towards the cost of the insurance; optional term life insurance is contributory insurance.

**GUARANTEED ISSUE AMOUNT:**

Guaranteed issue is the maximum amount of insurance an employee can receive without evidence of insurability when first eligible under the plan provided enrollment is made within the designated enrollment period. The amounts are as follows:

For basic term life insurance:
All basic term life insurance is guaranteed issue.

09-31124                                          C

For optional term life insurance:

For Classes 2 – 4: All optional term life insurance is guaranteed issue

For Class 1: Four times annual base salary/benefits base*

*Employees eligible under the Wells Fargo & Company or Wachovia Corporation plan immediately prior to January 1, 2010 shall have guaranteed issue as described below under "Initial Open Enrollment."

## DEPENDENTS BENEFIT SCHEDULE

### DEPENDENTS TERM LIFE INSURANCE:

**Spouse/Partner\* Optional Term Life Insurance**

| Eligible Class | Amount of Spouse/Partner Optional Term Life Insurance |
| --- | --- |
| Class 1: | An amount elected by the employee, in an increment of $25,000, subject to a maximum of $250,000. |
| Classes 2 & 3: | The amount of insurance in force at the time the group became a closed group, as on file with the policyholder, and subject to any applicable age reductions and termination rules applicable to the plan for which the employee is insured. |
| Class 4: | None |

*All references to spouse shall also include a domestic partner or same-sex spouse.

**Dependent Child Term Life Insurance**

| Eligible Class | Amount of Dependent Child Term Life Insurance |
| --- | --- |
| Class 1: | $20,000 |
| Classes 2, 3 & 4 | None |

## GENERAL PROVISIONS FOR DEPENDENTS INSURANCE

| | |
| --- | --- |
| **RETIREE DEPENDENTS COVERAGE:** | An employee who elects to continue his or her optional term life insurance into retirement may also elect to continue any spouse/partner optional term life or dependent child term life insurance that was in force on the date when active eligibility ends (at the end of the month in which the employee retires). Election of continuation of dependents insurance must be made within 31 days of the date of retirement. A retiree can elect to continue his or her current elections or an election that provides a lesser amount of insurance. Once continued, a retiree may request a reduction in coverage to one of the other available plans, but may not request an increase. All provisions of the policy applicable to dependent life insurance shall apply. |
| **CONTRIBUTORY/NONCONTRIBUTORY:** | Dependents insurance is contributory insurance except for spouses covered under Class 2, which is noncontributory coverage. |
| **GUARANTEED ISSUE AMOUNT:** | Guaranteed issue is the maximum amount of insurance an eligible dependent can receive without evidence of insurability when first eligible under the plan provided enrollment is made within the enrollment period. The amounts are as follows: |

09-31124                                                 D

Dependent child term life insurance**: All dependent child life insurance is guaranteed issue

Spouse/partner optional term life insurance**: $25,000

**Employees eligible under the Wells Fargo & Company or Wachovia Corporation plan immediately prior to January 1, 2010 shall have guaranteed issue as described below under "Initial Open Enrollment."

## ADDITIONAL INFORMATION

**INITIAL OPEN ENROLLMENT:**

The policyholder will hold a one-time open enrollment prior to the effective date of this policy. During this enrollment, the following shall apply (all elections are subject to the applicable plan maximums):

**Employee Optional Term Life**
- Current Wachovia Corporation employees must enroll for optional term life insurance or there will be no optional term life in force as of January 1, 2010. Evidence of insurability will not be required for an optional term life insurance amount up to the amount of insurance in force under Wachovia's optional life plan, plus:

    - One times annual base salary/benefits base, for an employee whose annual base salary/benefits base does not exceed $50,000

    - One or two times annual base salary/benefits base, for an employee whose annual base salary/benefits base is greater than $50,000

  As an exception, a Wachovia Corporation Financial Advisor (FA) may elect an amount, not to exceed the maximum under the plan, as determined by the following formula:

  The multiple of earnings which provides an amount of insurance nearest:

  (a) the total amount of 2009 basic and supplemental insurance for which the FA was insured at the time of the enrollment; minus
  (b) $50,000.

  An amount in-between two multiples of earnings shall be rounded up or down based on mathematical rule.

- Current Wells Fargo & Company employees will automatically have their current GULP coverage transferred to this policy as optional term life insurance, unless they elected to keep their GULP coverage by paying premiums directly to Minnesota Life, in which case no coverage will be transferred. In either case, an employee may elect an additional one times annual base salary/benefits base without the need to provide evidence of insurability.

**Spouse/Partner Optional Term Life**
- Current Wachovia Corporation employees must enroll for spouse/partner optional term life insurance or there will be no spouse/partner optional term life in force as of January 1, 2010. Evidence of insurability will not be required for a spouse/partner optional term life amount up to the amount of spouse/partner life in force under the Wachovia's spouse/partner life plan (rounded to the next higher increment of $25,000 if not already an increment thereof) plus one additional increment of $25,000.

09-31124                                          E

- Current Wells Fargo & Company employees will automatically have their current Spouse GULP coverage transferred to this policy as spouse/partner optional term life insurance, unless they elected to keep the Spouse GULP coverage by paying premiums directly to Minnesota Life, in which case no coverage will be transferred. In either case, an employee may elect or increase their spouse/partner optional term life insurance amount by $25,000 without the need to provide evidence of insurability.

**Dependent Child Term Life:** Any employee may elect dependent child term life coverage of $20,000. Application will not be required for current Wells Fargo & Company employees who are already insured for dependent child term life insurance. Application is required for a current Wachovia Corporation employee and no dependent child term life insurance will be in force as of January 1, 2010 if application is not made during this enrollment.

**ACTIVELY AT WORK REQUIREMENT:** An employee not actively at work cannot elect to increase his or her optional term life insurance until he or she returns to active work. He or she will have 60 days from the date of return to active work to increase his or her optional term life in accordance with the rules stated above. However, an employee not actively at work can elect or change spouse/partner optional term life or dependent child term life insurance as described above.

**QUALIFYING EVENT ELECTIONS:**

An employee who experiences a Qualifying Event may apply for the following insurance amounts without the need to provide evidence of insurability, provided enrollment is made within 60 days of the Qualifying Event:

**Employee Optional Term Life:** An employee may elect to add or increase his or her optional term life insurance by one times annual base salary/benefits base, up to the optional term life plan maximum, for the following Qualifying Events:

- Birth, adoption, or placement for adoption of a child
- Marriage or creation of a domestic partnership*
- Divorce, legal separation or dissolution of a domestic partnership
- Death of a spouse, domestic partner or same-sex spouse

**Spouse/Partner Optional Term Life:** An employee may elect to add or increase his or her spouse/partner optional term life insurance by $25,000, up to the spouse/partner optional term life plan maximum, for the following Qualifying Events:

- Birth, adoption, or placement for adoption of a child
- Marriage or creation of a domestic partnership*

**Dependent Child Term Life:** An employee may elect dependent child term life coverage for the following Qualifying Events:

- Birth, adoption, or placement for adoption of a child
- Marriage or creation of a domestic partnership*

Note: If an employee elects dependent child term life insurance in accordance with this provision, all of the employee's eligible children shall become covered, not just the child related to the Qualifying Event, except for a child that has previously been declined coverage by Minnesota Life due to not meeting the evidence of insurability requirements, who will remain uninsured unless application for such declined child is made and satisfactory evidence of insurability is provided.

09-31124

F

**First Newborn Child:** An employee who has his or her first eligible newborn child will automatically be covered for dependent child term life insurance for 60 days from the date of live birth. If dependent child term life insurance is not elected within those 60 days, the insurance shall terminate.

*If an employee enrolled or increased coverage due to creation of a domestic partnership and then subsequently marries that domestic partner, the marriage will not be considered a Qualifying Event for purposes of this section.

**ACTIVELY AT WORK REQUIREMENT:** An employee not actively at work cannot elect to increase his or her optional term life insurance until he or she returns to active work. He or she will have 60 days from the date of return to active work to increase his or her optional term life in accordance with the rules stated above. However, an employee not actively at work can elect or change spouse/partner optional term life or dependent child term life insurance as described above.

## RIDER(S) TO THE GROUP POLICY

Dependents Term Life
Portability
Accelerated Benefits

09-31124                                   G

## Definitions

### annual base salary/benefits base

*For employees in positions assigned a job class code of 2 on the Wells Fargo HRIS/Payroll System:*

Insurance amounts are based on base salary. Base salary is the rate of pay and standard hours on Wells Fargo's HRIS/Payroll System. Base salary may be expressed as an annual, monthly, or hourly rate on the system, but the rate is annualized for the purpose of determining insurance amounts. Base salary includes amounts designated as before-tax contributions to the other Wells Fargo employee's benefit plans, but base salary does not include overtime pay, shift differentials, incentives, bonuses, commissions, or perquisites such as parking, auto allowance, or commuter subsidies.

*For Regular and part-time variable incentive compensation (VIC) team members and Mortgage Consultants (positions assigned a job class code of 5 and 1 on the Wells Fargo HRIS/Payroll System)*

Insurance amounts are based on a benefits base. Benefits base is calculated quarterly, and earnings are annualized based on base salary and incentives, incentive bonuses, and/or commissions paid in the last 12 months, divided by the number of months with earnings greater than $0, with a minimum covered pay of $20,000 and a maximum covered pay consistent with the Internal Revenue Code's annual compensation limit for qualified retirement plans.For 2010, the maximum is $245,000. Benefits base includes amounts designated as before-tax contributions you make to Wells Fargo's other team member benefit plans.Benefits base does not include some forms of compensation such as overtime pay, shift differentials, hiring and retention bonuses, noncash awards, and perquisites (such as parking or auto allowance or commute subsidies).

Variable Incentive Compensation (VIC) applies to jobs with a pay structure designed to deliver 40% or more of target cash through incentives that are paid primarily on a monthly or quarterly basis. Assignment of jobs to VIC (job class code 5 on Wells Fargo's HRIS/Payroll System) requires approval of Wells Fargo Corporate Compensation.

The benefits base for team members who move from a VIC pay category or a Mortgage Full Commission pay category (job class code of 5 and 1) to an annual salaried position (job class code of 2), will continue for one year if it exceeds that person'a annual base salary. The maximum benefits base in this situation is $245,000.

### associated company

Any company which is a subsidiary or affiliate of the policyholder which is designated by the policyholder and agreed to by us to participate under this policy.

### contributory insurance

Insurance for which an employee is required to make premium contributions.

09-31116

### domestic partner

A domestic partner is one who is in a qualified domestic partnership, which consists of an employee and one other person of the same or opposite sex who are able to provide a domestic partnership certificate from a city, county or state which offers the ability to register a domestic partnership. If the employee resides in an area where such a certificate is not available, a domestic partner shall be one certified as such by the policyholder.

### employee

An individual who is employed by the policyholder or by an associated company. The word "employee" shall also mean:

(1) an ex-employee who has terminated employment with the employer but who has a severance or bridge-to-retirement agreement allowing for continued life insurance; or
(2) a disabled ex-employee who has been terminated by the employer but who remains eligible for benefits while disabled; or
(3) an employee who retired from the policyholder or an associated company and who is eligible for retiree coverage as shown on the specifications page.

The term employee does not include temporary employees nor corporate directors who are not otherwise employees.

### employer

The policyholder or any designated associated company.

### evidence of insurability

Evidence satisfactory to us of the good health of the prospective insured and any other underwriting information we require.

### Insured

A person who is eligible for and becomes insured according to the terms of this policy, including any person insured by a rider to this policy.

### non-work day

A day on which the employee is not regularly scheduled to work, including scheduled time off for vacations, personal holidays, weekends and holidays, and approved leaves of absence for non-medical reasons.

Non-work day does not include time off for medical leave of absence, temporary layoff, employer suspension of operations in total or in part, strike, and any time off due to sickness or injury including sick days, short-term disability, or long-term disability.

### noncontributory insurance

Insurance for which an employee is not required to make premium contributions.

Minnesota Life 2

**policyholder, you, your**

The owner of the group policy as shown on the specifications page attached to the group policy.

**same-sex spouse**

A same-sex spouse means a person of the same gender as the employee who (a) has joined with the employee in a civil union that is recognized as creating some or all of the rights of marriage under the laws of the state or country in which the relationship was created or (b) is a person recognized as being legally married to the employee under the laws of the state or country in which the relationship was domiciled.

**waiting period**

The period, if any, of continuous employment with the employer required prior to becoming eligible for coverage under this policy. The waiting period is shown on the specifications page attached to this policy.

**we, our, us**

Minnesota Life Insurance Company.

# General Information

### What is your agreement with us?

This policy and your application contain the entire contract between you and us. Any statements you make will, in the absence of fraud, be considered representations and not warranties. Also, any statement that you make will not be used to void this policy, nor will it be used in our defense if we refuse to pay a claim, unless the statement is contained in your application.

No change or waiver of any provisions of this policy, or any certificate issued under it, will be valid unless made in writing by us and signed by our president, a vice-president, our secretary, or an assistant secretary. No agent or other person has the authority to change or waive any provisions of this policy, or of any certificate issued under it.

### Are employees of associated companies eligible for insurance under this policy?

Yes. Employees of associated companies may be eligible for insurance under this policy. You represent any associated company in all transactions pertaining to this policy. Your acts or omissions and every notice given by us to you shall be binding on every associated company. When an associated company ceases its participation under the policy, the policy shall be considered to be terminated for all employees of the associated company. All provisions related to the policy terminating will apply to such employees.

### Can this policy be amended?

Yes. The insured's consent is not required to amend this policy or any certificates issued under it. Any amendment will be without prejudice to any claim for benefits incurred prior to the effective date of the amendment.

### Who is eligible for insurance?

An employee is eligible if he or she:

(1) is a member of the group and of an eligible class as shown on the specifications page attached to this policy; and
(2) has satisfied the waiting period as shown on the specifications page attached to this policy; and
(3) meets the actively at work requirement as shown in the section entitled "What is the actively at work requirement?".

Item (3) does not apply to an employee who is eligible for continued coverage while disabled or retired, or who has a severance or bridge-to-retirement agreement allowing for continued coverage.

### What is the actively at work requirement?

To be eligible to become insured or to receive an increase in the amount of insurance, an employee must be actively at work fully performing his or her customary duties for his or her regularly scheduled hours at the employer's normal place of business, or at other places the employer's business requires him or her to travel.

If the employee is not actively at work on the date coverage would otherwise begin, or on the date an increase in his or her amount of insurance would otherwise be effective, he or she will not be eligible for the coverage or increase until he or she returns to active work. However, if the absence is on a non-work day, coverage will not be delayed provided the employee was actively at work on the work day immediately preceding the non-work day.

Except as otherwise provided for in this policy, an employee is eligible to continue to be insured only while he or she remains actively at work.

### When will we require evidence of insurability?

Evidence of insurability will be required for:

(1) an amount of insurance above the guaranteed issue amount shown on the specifications page attached to this policy, except as shown on the specifications page for elections made due to a Qualifying Event; or
(2) any amount of insurance for which the employee enrolls after his or her designated initial eligibility enrollment period, except as shown on the specifications page for elections made due to a Qualifying Event.

### When does insurance become effective?

Insurance becomes effective on the date that all of the following conditions have been met:

(1) an employee meets all eligibility requirements; and

Minnesota Life 3

(2) for contributory coverage, the employee applies for the insurance in accordance with the application methods agreed upon by you and us; and

(3) we are satisfied with the employee's evidence of insurability, when evidence is required.

**Can an insured employee's coverage be continued during sickness, injury, leave of absence or temporary layoff?**

Yes. Insurance may be continued on an insured employee who is not actively at work due to sickness, injury, leave of absence or temporary layoff, subject to the employer's practices and procedures, including the employer's limits on the length of continuation allowed for the type of absence. Continuation is contingent upon continued premium payment and is subject to the following maximum time frames:

(1) For an employee on non-medical leave of absence or temporary layoff, insurance cannot be continued beyond 24 months from the last day the insured employee was actively at work.

(2) For an employee on a medical leave of absence, insurance cannot be continued beyond the later of 24 months from the last day the insured employee was actively at work or the date the employee attains age 65.

Continuation of insurance must be in accordance with practices and procedures that preclude individual selection.

Coverage during a leave of absence and upon return from a leave of absence shall meet all state and federal requirements. The above limits will be expanded if necessary in order to meet such requirements.

# Premiums

**When and how often are premiums due?**

Unless we have agreed to some other premium payment procedure, premiums for this policy are remitted to us monthly. Premiums are due on the premium due date as shown on the specifications page attached to this policy. We apply premiums consecutively to keep the insurance in force.

Premium contributions for contributory insurance are to be paid to you, except as otherwise agreed to by you and us. The premium contributions by employees for contributory insurance should be remitted to us as due along with the premiums payable for noncontributory insurance.

**How is the premium determined?**

The premium will be the premium rate multiplied by the number of $1,000 units of insurance in force on the date premiums are due. The premium may also be computed by any other method on which you and we agree.

We may change the premium rate:

(1) on the premium due date following the expiration of any rate guarantee period, provided we give you at least 270 days advance notification; or

(2) anytime, if the policy terms are amended or the total amount of eligible employees changes by 25% or more.

**Can a premium be paid after the date it is due?**

Yes. This policy has a 31-day grace period. If a premium is not paid on or before the date it is due, that premium may be paid during the 31-day period following the due date. The insurance under this policy will remain in effect during the 31-day grace period. This grace period does not apply to the first premium payment.

**Can the premium be adjusted?**

Yes. The premium will be adjusted on each due date for insurance which was effective or terminated before the most recent due date, but not reflected in prior premium payments, so that the correct premium has been paid.

# Death Benefit

**What is the amount of the death benefit?**

The amount of the death benefit is equal to the amount of insurance for which an employee is insured, based on the plan of insurance applicable to his or her class, as described on the specifications page.

**Can an employee request a change in the amount of his or her contributory insurance?**

Yes. Requests for a change can be made at any time. Evidence of insurability will be required for a requested increase in insurance except as shown on the specifications page for certain elections made due to a Qualifying Event.

**When will changes in an insured's coverage amount be effective?**

Requested increases in the amount of an insured's contributory insurance that require evidence of insurability are effective on the date we approve the required evidence of insurability. Requested increases made due to a Qualifying Event that do not require evidence of insurability are effective on the first day of the month following the later of the date of the event or the date the request for the increase is made.

Decreases in the amount of an insured's contributory insurance are effective on the first day of the month following the date the request for the decrease is made.

Changes in the amount of insurance due to a change in earnings are effective on the date of the change in earnings.

All increases in the amount of insurance are subject to the actively at work requirement.

**When will the death benefit be payable?**

We will pay the death benefit within two months of receipt at our home office of written proof satisfactory to us that an individual died while insured under this policy. All payments by us are payable from our home office.

If the insured's amount of insurance is equal to or greater than $15,000, alternative methods of payment other than a lump sum payment are available at the request of the insured's beneficiary or beneficiaries.

**To whom will we pay the death benefit?**

We will pay the death benefit to the beneficiary or beneficiaries. A beneficiary is named by an employee to receive the death benefit to be paid at the employee's death. The employee may name one or more beneficiaries. The employee can change the beneficiary designation at any time, provided all of the following are true:

    (1) the employee's coverage is in force; and
    (2) we have written consent of all irrevocable beneficiaries; and
    (3) the employee has not assigned the ownership of his or her insurance.

A beneficiary designation must be made in writing or by any other method made available under the plan. Any beneficiary designation shall take effect as of the date it is signed, but will not affect any payment we make or action we take before receiving the designation.

An employee may also choose to name a beneficiary that he or she cannot change without the beneficiary's consent. This is called an irrevocable beneficiary.

If there is more than one beneficiary, each will receive an equal share, unless the employee has requested another method in his or her beneficiary designation. To receive the death benefit, a beneficiary must be living at the time of the employee's death. In the event a beneficiary is not living at the time of the employee's death, that beneficiary's portion of the death benefit shall be equally distributed to the remaining surviving beneficiaries. In the event of the simultaneous deaths of the employee and a beneficiary, the death benefit will be paid as if the employee survived the beneficiary.

If there is no eligible beneficiary, or if the employee does not name one, we will pay the death benefit to:

    (1) the employee's lawful spouse, domestic partner or same-sex spouse, if living; otherwise
    (2) the employee's natural or legally adopted child (children) in equal shares, if living; otherwise
    (3) the employee's parents in equal shares, if living; otherwise
    (4) the employee's brothers and sisters in equal shares, if living; otherwise
    (5) the personal representative of the employee's estate.

# Termination

**When does an employee's coverage terminate?**

The employee's coverage ends on the earliest of the following:

    (1) the date this policy ends; or
    (2) the end of the month in which the employee no longer meets the eligibility requirements; or
    (3) the date the policy is amended so the employee is no longer eligible; or
    (4) 31 days (the grace period) after the due date of any premium contribution which is not paid; or
    (5) the last day for which premium contributions have been paid following an employee's written request to cease participation under this policy.

**When does this group policy terminate?**

You may terminate this group policy by giving us three months prior written notice. We reserve the right to terminate this policy on the earlier of the following to occur:

    (1) 31 days (the grace period) after the due date of any premiums which are not paid; or
    (2) six months after we provide you with notice of our intent to terminate this policy.

Unless this policy is being replaced by a substantially similar life insurance policy, we will notify each insured employee 30 days in advance of any termination of this policy by Minnesota Life. In no event shall the terms of this section extend coverage under this policy more than 120 days beyond the date coverage would otherwise terminate under the terms of this policy.

# Minnesota Continuation Right

**What is the Minnesota continuation right?**

An insured employee residing in Minnesota who is laid off or who terminates employment, including retirement, may elect to continue his or her insurance under the group policy, including any insurance he or she has on the lives of his or her dependents, provided the group policy remains in force for any active employee. The insured employee is considered laid off from employment if there is a reduction in hours to such an extent that he or she is no longer eligible for insurance under the group policy. Termination does not include discharge for gross misconduct.

**How does the insured employee continue his or her insurance under the group policy?**

Upon layoff or termination of employment, the employer, or a representative of the employer, shall notify the insured employee of his or her rights under this section. The employee has 60 days from the later of the following to elect coverage:

    (1) the date his or her coverage would otherwise terminate; or

09-31116

(2) the date written notice of the right to continue his or her insurance is received by the employee.

**How will premium contributions for the continued insurance be paid?**

Premiums for the continued insurance will be paid by the insured to you or your representative and then remitted to us. The amount of the premium charged shall not exceed 102% of the cost to the plan for such period of coverage for other similarly situated employees with respect to whom neither termination nor layoff has occurred, without respect to whether such cost is paid by the employee of the employer.

**How long can insurance be continued under the group policy?**

The insured employee is eligible to continue his or her insurance under the group policy until the earlier of the following:

(1) he or she obtains insurance under another group policy; or
(2) 18 months after his or her termination or layoff from employment.

**What happens to the insurance at the end of the continuation period?**

When the continuation period ends, the insured employee or his or her insured dependent may obtain from us, without evidence of insurability or interruption of coverage, an individual life insurance policy which provides the same or substantially similar benefits. A policy providing reduced benefits at a reduced premium rate may be accepted by the insured employee or his or her insured dependent.

All provisions of the Conversion Right section shall apply to this type of conversion except that a policy of term insurance may be chosen for conversion at the end of this continuation period.

**What happens if an insured dies during the 60-day period allowed for election of continuation?**

If the insured employee or an insured dependent dies during the 60-day election period and before election was made to continue or to reject continuation, the insured will be considered to have elected continuation of coverage under the group policy. We will pay a death benefit equal to the amount of insurance that could have been continued less any premium due as of the date of death.

# Conversion Right

**What is the conversion right?**

An insured can convert this insurance to a new individual life insurance policy if all or part of the insured's life insurance under this policy terminates.

The insured may convert up to the full amount of terminated insurance if termination occurs because:

(1) the employee's employment terminates; or
(2) the insured is no longer in an eligible class; or
(3) the policy is terminated.

**When is conversion not available?**

The conversion right is not available if the insured's coverage under this policy terminates due to failure to make, when due, required premium contributions.

**To what type of policy may the insured convert?**

The insured may convert his or her insurance to any type of individual policy of life insurance then customarily issued by us for purposes of conversion, except term insurance. The individual policy will not include any supplemental benefits, including, but not limited to, any disability benefits, accidental death and dismemberment benefits, or accelerated benefits.

**How does an insured convert his or her insurance?**

An insured converts his or her insurance by applying for an individual policy and paying the first premium within 31 days after the group insurance terminates. No evidence of insurability will be required.

**How is the premium for the individual policy determined?**

We base the premium for the individual policy on the plan of insurance, the insured's age, and the class of risk to which the insured belongs on the date of the conversion.

**When is the individual policy effective?**

The individual policy takes effect 31 days after the group insurance provided under this policy terminates.

**What happens if the insured dies during the 31-day period allowed for conversion?**

If the insured dies during the 31-day period allowed for conversion, we will pay a death benefit regardless of whether or not an application for coverage under an individual policy has been submitted. The death benefit will be the amount of insurance the insured would have been eligible to convert under the terms of the conversion right section.

We will return any premium the insured paid for an individual policy to the insured's beneficiary named under this group policy. In no event will we be liable under both this group policy and the individual policy.

# Additional Information

**What if an insured's age has been misstated?**

If an insured's age has been misstated, the death benefit payable will be that amount to which the insured is entitled based on his or her correct age.

A premium adjustment will be made to the premium you pay for the insured's noncontributory insurance and to the premium an insured pays for contributory insurance, if

any, so that the actual premium required at the insured's correct age is paid.

## When does an insured's insurance become incontestable?

Except for fraud or the non-payment of premiums, after the insured's insurance has been in force during his or her lifetime for two years from the effective date of his or her coverage, we cannot contest the insured's coverage. However, if there has been an increase in the amount of insurance for which the insured was required to apply or for which we required evidence of insurability, then, to the extent of the increase, any loss which occurs within two years of the effective date of the increase will be contestable.

Any statements the insured makes in his or her application will, in the absence of fraud, be considered representations and not warranties. Also, any statement an insured makes will not be used to void his or her insurance, nor defend against a claim, unless the statement is contained in the application and any evidence of insurability application attached to the insured's certificate.

## Who is the owner of this coverage?

Unless assigned otherwise, the insured employee is the owner of all coverage provided under his or her certificate. Only the owner has the right to exercise ownership rights under the certificate, including but not limited to naming or changing a beneficiary, changing the amount of insurance, assigning any or all ownership rights, converting coverage to an individual policy and terminating the coverage.

## Can an employee's insurance be assigned?

Yes. However, we will not be bound by an assignment of the certificate or of any interest in it unless it is made as a written instrument and that instrument is received by us at our home office prior to a claim under the certificate being paid. Collateral assignments and assignments for consideration are not allowed.

Assignments in effect immediately prior to the effective date of this policy for coverage moved over to this policy shall also be transferred to this policy, including Wachovia Corporation assignments that are collateral assignments or assignments for consideration.

We are not responsible for the validity of any assignment. An employee is responsible for ensuring that the assignment is legal in his or her state and that it accomplishes his or her intended goals. If a claim is based on an assignment, we may require proof of interest of the claimant.

## Can a change in ownership for a certificate be requested?

Yes. A change in ownership is a type of assignment. All provisions for assignments apply to ownership changes.

## Are you required to maintain records?

Yes. You are required to maintain adequate records of any information necessary for us to administer this policy, and shall provide access to such records when required for us to administer the policy.

If a clerical error is made in keeping records on the insurance under this policy, it will not affect otherwise valid insurance. A clerical error does not continue insurance which is otherwise stopped. If an error causes a change in premium payment, we will make a fair adjustment.

## Will a certificate of insurance be provided for employees?

Yes. We will provide you with a certificate of insurance for delivery to employees. The certificate will include information regarding the principal provisions of an employee's coverage.

## Are you our agent?

No. For all purposes of this policy, neither you, an associated company, nor any administrator you appoint is our agent. We will not be liable for any of your acts or omissions or those of an associated company or administrator.

## Will the provisions of this policy conform with state law?

Yes. If any provision in this policy, or in the certificates issued under this policy, is in conflict with the laws of the state governing the policy or the certificates, the provision will be deemed to be amended to conform to such laws.

**Dependents Term Life Insurance**
**Policy Rider**

**MINNESOTA LIFE**

Minnesota Life Insurance Company - A Securian Company
400 Robert Street North • St. Paul, Minnesota 55101-2098

## General Information

This rider is issued in consideration of the required premium and amends the group policy to which it is attached. The rider is subject to every term, condition, exclusion, limitation, and provision of the group policy unless otherwise expressly provided for herein.

**What does this rider provide?**

This rider provides insurance on the lives of the insured employee's eligible dependents.

**What members of the insured employee's family are eligible for insurance under this rider?**

The following members of the insured employee's family are eligible for insurance under this rider:

(1) the insured employee's lawful spouse who is not legally separated from the insured, the insured employee's same-sex spouse, or the insured employee's domestic partner; and

(2) unmarried children who are the employee's, his or her spouse's, his or her domestic partner's or his or her same-sex spouse's natural-born, legally adopted, foster, or other tax-dependent children; or have been placed in the employee's home for adoption; or for whom the employee, his or her spouse, his or her domestic partner or his or her same-sex spouse is legal guardian provided the child resides permanently with the employee and is the employee's, spouse's, domestic partner's or same-sex spouse's tax dependent. Children must be:

(a) age 18 years or younger (eligibility begins at live birth; stillborn or unborn children are not eligible); or

(b) age 19 or older but less than age 24 and are enrolled as a full-time student for the current educational term at a secondary or postsecondary institution of education offering a degree or certificate. The institution must be licensed, certified or accredited in the state in which it operates by the state's Board of Education (or similar governing body), or it must be federally accredited by the National Board of Education. Full-time status is determined by the school. The following student statuses are also eligible:

(i) a student who because of injury, illness and/or mental or physical disability, as documented by a physician, is unable to carry a full-time course load (as defined by the school) for a period of not more than three months or the equivalent of one school semester; and

(ii) a full-time student participating in a full-time internship required as part of a degree or certificate program; or

(c) age 19 or older and:

(i) disabled before age 19 and were continually covered as an eligible dependent under a Wells Fargo or other health plan since becoming disabled; or

(ii) disabled on or after age 19 but before age 24, while enrolled as a full-time student, and are continuously covered as an eligible dependent under a Wells Fargo or other health plan since becoming disabled.

In either situation, the following requirements must be met:

(i) the child is not capable of self-support and is unable to carry out the routine functions of daily living without assistance, including but not limited to help with walking, getting into and out of bed, dressing, eating and other personal functions; and

(ii) the child is claimed as the employee's tax dependent on the employee's federal income tax filing for the preceding tax year, or the employee could have claimed as a tax dependent except that in the past year the child received gross income from Social Security Disability that exceeded the limit defined on Section 151 of the Internal Revenue Code of 1986, as amended; and

(iii) the employee furnishes proof of incapacity to the policyholder within 60 days after the child's coverage normally would end.

A dependent is not eligible while he or she is on active military duty. A child enrolled in a postsecondary military school affiliated with the U.S. government is not eligible. A grandchild is ineligible unless the grandchild is the employee's tax dependent, as described above.

A person can only be insured as one entity under the policy. A person who is eligible as an employee under the policy, or insured under the portability provisions, is not eligible as a dependent. Only one person can insure an eligible dependent child.

**When will we require evidence of insurability?**

Evidence of insurability will be required for:

(1) an amount of insurance above the guaranteed issue amount shown on the specifications page,

09-31117

Minnesota Life 1

except as shown on the specifications page for elections made due to a Qualifying Event; or

(2) any amount of insurance for which the employee enrolls after his or her designated initial eligibility enrollment period, except as shown on the specifications page for elections made due to a Qualifying Event.

**When does insurance on a dependent become effective?**

Insurance on a dependent becomes effective on the date when all of the following conditions have been met:

(1) the dependent meets all eligibility requirements; and

(2) the employee applies for the insurance in accordance with the application methods agreed upon by you and us; and

(3) we are satisfied with the dependent's evidence of insurability, when evidence is required.

If a dependent is hospitalized or confined because of illness or disease on the date his or her insurance would otherwise become effective, his or her effective date shall be delayed until he or she is released from such hospitalization or confinement. This does not apply to a newborn child. However, in no event will insurance on a dependent be effective before the insured employee's insurance under the group policy is effective.

# Death Benefit

**What is the amount of life insurance on each insured dependent?**

The amount of life insurance on each insured dependent is shown on the specifications page attached to the group policy.

**To whom will we pay the death benefit?**

The death benefit payable under this rider will be paid to the insured employee if living, otherwise to his or her estate.

# Termination

**When does an insured dependent's coverage under this rider terminate?**

An insured dependent's coverage ends on the earliest of the following:

(1) the date the dependent no longer meets the eligibility requirements; or

(2) 31 days (the grace period) after the due date of any premium contribution which is not paid; or

(3) the last day for which premium contributions have been made following an employee's written request that insurance on his or her eligible dependents be terminated; or

(4) the date the employee is no longer covered under the group policy.

**When does this rider terminate?**

This rider will terminate on the earlier of:

(1) the date you request to cancel this rider; or

(2) the date the group policy is terminated.

# Additional Information

**What is the conversion right under this rider?**

If an insured dependent's coverage under this rider terminates because he or she is no longer eligible, or because of the death of the insured employee, or because of termination or amendment of this rider, the insurance may be converted to a policy of individual insurance with Minnesota Life.

Conversion may be requested by the insured employee, an insured dependent of legal capacity, or the insured dependent's guardian, if applicable. All other conditions and provisions of the conversion right section of the group policy to which this rider is attached will apply.

Secretary

President

**Term Life Insurance Portability
Policy Rider**

Minnesota Life Insurance Company - A Securian Company
400 Robert Street North • St. Paul, Minnesota 55101-2098

**MINNESOTA LIFE**

## General Information

This rider is issued in consideration of the required premium and amends the group policy to which it is attached. This rider is subject to every term, condition, exclusion, limitation and provision of the group policy unless otherwise expressly provided for herein.

**What does this rider provide?**

This rider provides for continuation of group life insurance for insureds who no longer meet the eligibility requirements of the group policy except as provided for herein.

To continue coverage under the provisions of this rider, an employee must make a written request and make the first premium payment within 31 days after insurance provided by the group policy would otherwise terminate. Evidence of insurability will not be required.

The date insurance would otherwise terminate is considered the employee's portability date. An employee who is continuing coverage under the provisions of this rider is considered to have portability status.

**Who is eligible to continue insurance under this rider?**

An employee is eligible to continue insurance under this rider if he or she, except as provided by this rider, no longer meets the eligibility requirements of the group policy due to any of the following:

  (1)  the employee terminates employment, including retirement; or
  (2)  the employee's status changes so that he or she is no longer in a class eligible for insurance; or
  (3)  a class or group of employees insured under the policy is no longer considered eligible and there is no successor plan for that class or group. Successor plan means an insurance policy or policies provided by us or another insurer that replaces insurance provided under this policy.

The employee will not be eligible to request coverage under this rider if he or she:

  (1)  has attained the age of 80; or
  (2)  has converted his or her insurance to an individual life policy under the terms of the group policy's conversion right section; or
  (3)  was not actively at work due to sickness or injury on the day immediately preceding his or her portability date; or
  (4)  loses eligibility due to termination of the group policy.

**What insurance can be continued under this rider?**

*If eligibility is lost due to retirement:*

Basic employee life insurance only may be continued under this supplement. Continuation of coverage includes the Accelerated Benefits Certificate Supplement.

*If eligibility is lost due to any reason other than retirement:*

Basic and optional employee life insurance may be continued under this supplement. If an employee elects to continue his or her own coverage according to the provisions of this rider, the employee may also elect to continue any dependents life insurance in force on the day before his or her portability date. Continuation of coverage includes the Accelerated Benefits Certificate Supplement.

**What is the minimum amount of insurance that can be continued under this rider?**

The minimum amount of insurance that can be continued on the life of an employee under this rider is $10,000. The minimum does not apply to any other insureds covered under this rider.

**What is the maximum amount of insurance that can be continued under this rider?**

The maximum amount of basic employee life and dependents life insurance that can be continued under this rider is the amount of insurance that was in force on the day before the employee's portability date.

The maximum amount of optional employee life insurance that can be continued under this rider is the amount of insurance that was in force on the day before the employee's portability date, but not more than $1,000,000.

However, for an employee who is age 70 or older on his or her portability date, the amount of employee life insurance (basic and optional) that can be continued is limited to 50% of the amount that could be continued if he or she was under age 70, as described above.

**Will the amount of insurance continued under this rider change?**

Yes. When an employee attains age 70, the amount of insurance on his or her life continued under this rider will reduce to 50% of the amount of insurance in force on the day prior to his or her attainment of age 70. Insurance terminates when the employee attains age 80.

09-31118

**Can an employee request a change in his or her amount of insurance continued under this rider?**

Yes. The employee may elect to reduce the amount of insurance provided under his or her certificate. The remaining amount of insurance on the life of an employee must be at least $10,000.

The amount of insurance continued under this rider will never increase.

**How will premium contributions be paid?**

Premium contributions will be paid directly to us by the employee on a monthly, quarterly, semi-annual, or annual basis and may be subject to an administrative charge per billing period.

**Can the premium rate change?**

Yes. The premium rate may increase on the portability date. The premium rate may also increase in the future.

**Can insurance continued under this rider be converted to a policy of individual insurance?**

Yes. At any time after insurance has been continued under the provisions of this rider, but not later than 31 days from the date coverage terminates under this rider, this insurance may be converted to a policy of individual insurance with Minnesota Life. All other conditions and provisions of the conversion right section of the group policy to which this rider is attached will apply.

**What happens if an employee again becomes eligible under the group policy?**

If an employee who is continuing coverage under the provisions of this rider again meets the eligibility requirements of the group policy, not including the terms of this rider, he or she shall no longer be considered to have portability status. Insurance for that employee may be provided only under the terms of the group policy, not including this rider, unless and until he or she again attains portability status. An employee cannot be insured under the group policy as both an active employee and one with portability status.

**What happens to insurance provided under this rider when the group policy terminates?**

Anything in the group policy notwithstanding, termination of the group policy by the policyholder or us will not terminate life insurance then in force for any person under the terms of this rider. The group policy will be deemed to remain in force solely for the purpose of continuing such insurance, but without further obligation of the policyholder.

Any insurance continued under the terms of this rider will remain in force until terminated by the provisions of the section entitled "When will insurance continued under this rider terminate?".

No individual may elect coverage under this rider on or after the date of termination of the group policy.

**When will insurance continued under this rider terminate?**

Insurance continued under this rider will terminate on the earliest of the following:

(1) the employee's 80th birthday; or
(2) the date the employee again meets the eligibility requirements of the group policy, not including the terms of this rider; or
(3) in the case of a dependent who is insured by a rider to the employee's coverage, the date the employee's coverage is no longer being continued under this rider, or the date the person ceases to be an eligible dependent as defined under the terms of the group policy; or
(4) 31 days after the due date of any premium contribution which is not made.

Secretary

President

Minnesota Life 2

**Accelerated Benefits
Policy Rider**

Minnesota Life Insurance Company - A Securian Company
400 Robert Street North • St. Paul, Minnesota 55101-2098

**MINNESOTA LIFE**

Benefits received under this Accelerated Benefits Policy Rider may be taxable. An employee should seek assistance from a personal tax advisor prior to requesting an accelerated payment of death benefits.

# General Information

This rider is subject to every term, condition, exclusion, limitation, and provision of the group policy unless otherwise expressly provided for herein.

**What does this rider provide?**

This rider provides for the accelerated payment of either the full or a partial amount of an insured's death benefit provided under the group policy. If an insured has a terminal condition as defined in this rider, the employee may request an accelerated payment of the applicable death benefit. This rider does not provide long-term care benefits meeting the requirements of Sections 62A.46 to 62A.56.

Minnesota law sets minimum requirements for life insurance contracts where the right to receive accelerated benefits is contingent upon the insured receiving long-term care services. This rider does not meet those minimum requirements.

**What is a terminal condition?**

A terminal condition is a condition caused by sickness or accident which directly results in a life expectancy of 12 months or less. We must be given medical evidence that satisfies us that the insured has a terminal condition. That evidence must include certification by a physician. For purposes of this rider, a physician is an individual who is licensed to practice medicine or treat illness in the state in which treatment is received. The physician cannot be the employee or his or her spouse, domestic partner, same-sex spouse, children, parents, grandparents, grandchildren, brothers or sisters; or the spouse, domestic partner or same-sex spouse of any such individuals.

# Accelerated Benefit

**Who may request an accelerated payment of the death benefit?**

An employee may request an accelerated payment of the insurance on his or her life or on the life of a spouse, domestic partner or same-sex spouse insured under his or her certificate.

**When can an accelerated benefit be requested?**

An accelerated benefit can be requested any time, provided the following conditions are met:

(1) the insurance is in force and all premiums due are fully paid; and
(2) the employee is the sole owner of the certificate; and
(3) the certificate does not have an irrevocable beneficiary; and
(4) application is made in writing or through any other method made available by us under the group policy and in a form which is satisfactory to us.

**Is there a minimum or maximum death benefit eligible for an accelerated benefit?**

Yes. The minimum death benefit to be eligible for an accelerated benefit under this rider is $10,000. The maximum death benefit that can be accelerated is $1,000,000.

**Is a partial accelerated benefit available?**

Yes. The employee may choose to accelerate only a portion of an insured's death benefit, providing the remaining amount of insurance is at least $25,000. This is called a partial accelerated benefit.

The employee may reapply for the payment of the remaining amount of insurance at any time. However, the total amount of the death benefit for all accelerated benefit payments for an insured cannot exceed $1,000,000. We may ask for further satisfactory evidence that the insured meets all requirements for the accelerated benefit.

**When will we pay an accelerated benefit?**

We will pay an accelerated benefit upon receipt at our home office of written proof satisfactory to us that the insured meets the requirements herein.

The accelerated benefit will be paid in a single sum or by any other method agreeable to the employee and us.

**To whom will we pay accelerated benefits?**

We will pay the accelerated benefit to the employee unless he or she validly assigns it otherwise.

**What is the effect on the insured's coverage of the receipt of an accelerated benefit?**

If the employee elects to accelerate the full amount of an insured's death benefit, the insured's coverage and all other benefits under the certificate and any certificate supplements for that insured will end. If it is the employee's death benefit being accelerated, any dependent life insurance will terminate, though it may be converted to a policy of individual life insurance according to the conversion right section of the certificate.

09-31119

Minnesota Life 1

If a partial accelerated benefit is chosen, coverage will remain in force and premiums will be reduced accordingly. The remaining amount of insurance under the certificate will be the full amount of insurance minus the amount of insurance that was accelerated.

## Termination

**When does an insured's coverage under this rider terminate?**

An insured's Accelerated Benefits coverage terminates on the earliest of:

(1) the date the insured is no longer insured for life insurance under the certificate; or
(2) the date the Accelerated Benefits Policy Rider is terminated from the group policy; or
(3) the date the group policy is terminated.

## Additional Information

**Is the request for an accelerated benefit voluntary?**

Yes. An accelerated benefit will be made available on a voluntary basis only. An accelerated benefit under this rider is not intended to cause an involuntary reduction of the death benefit ultimately payable to the beneficiary. Therefore, an accelerated benefit is not available if the employee:

(1) is required by law to use this option to meet the claims of creditors, whether in bankruptcy or otherwise; or
(2) is required by a government agency to use this option in order to apply for, obtain, or keep a government benefit or entitlement.

**Do we have the right to obtain independent medical verification?**

Yes. We retain the right to have an insured medically examined at our expense to verify the insured's medical condition. We may do this as often as reasonably required while an accelerated benefit is being considered or paid.

Secretary                              President

**MINNESOTA LIFE**

400 Robert Street North • St. Paul, Minnesota 55101-2098

GROUP TERM LIFE INSURANCE POLICY • NONPARTICIPATING

## Group Term Life Policy Amendment #1

**MINNESOTA LIFE**

Minnesota Life Insurance Company - A Securian Company
400 Robert Street North • St. Paul, Minnesota 55101-2098

To be attached to and made a part of Group Policy No. 29450-G re-issued on January 1, 2010 by Minnesota Life Insurance Company to Wells Fargo & Company. This amendment is effective as of the dates shown below. Continued payment of premiums shall constitute acceptance of the conditions stated in this amendment.

1. **Effective January 1, 2010:**

   As a correction, Legacy Wachovia Corporation employees who were on Long Term Disability as of December 31, 2009 (who are a part of Class 2) do have child life coverage in force. The amount shall be the amount in force as of December 31, 2009, subject to item 4 below effective January 1, 2011.

2. **Effective January 1, 2010:**

   A Legacy Wachovia Corporation employee who was on Long Term Disability as of December 31, 2009, who subsequently returns to active benefits-eligible work prior to July 1, 2010, will receive the same guaranteed issue opportunities that were offered to the active Legacy Wachovia Corporation population for the 2010 year enrollment, as identified under the "Initial Open Enrollment" item of the Additional Information section of the Group Policy Specifications Page. If such an employee returns on or after July 1, 2010, then he or she will be eligible for a one times annual base salary/benefits base increase in employee optional insurance on a guaranteed basis provided his or her annual base salary/benefits base is greater than $50,000. In either case, election of additional optional coverage must be elected within 31 days of return to active benefits-eligible work in order to become effective without providing evidence of insurability.

3. **Effective January 1, 2010:**

   The policy provision that does not allow a person to be covered as more than one entity (employee; spouse, same-sex spouse or domestic partner; child) is removed from the policy. Therefore "double coverage" will be allowed, meaning a person can be covered as an employee as well as a spouse, same-sex spouse or domestic partner or child, and more than one employee may cover a dependent child.

4. **Effective January 1, 2011:**

   The definition of eligible child is changed. In addition, an open enrollment was offered for an effective date of January 1, 2011, wherein an active employee, or a Legacy Wachovia Corporation employee on Long Term Disability, could enroll for child life insurance without having to provide evidence of insurability. For a Legacy Wachovia Corporation employee who is on Long Term Disability, the amounts available are $5,000; $10,000; $15,000 and $20,000. For active employees, only $20,000 is available.

5. **Effective January 1, 2011:**

   A retiree with grandfathered retiree coverage (part of Class 2) who returns to active benefits-eligible work will be able to enroll as a newly eligible employee, with the following exceptions:

   (a) There will be no waiting period for eligibility upon return to active work; basic coverage will become effective immediately and optional coverage will be effective on the later of the date of enrollment or the date any required evidence of insurability is approved. The guaranteed issue amount for newly eligible employees applies only if enrollment is made within 31 days of return to active benefits-eligible status.

   (b) Being eligible for active benefits will not affect any grandfathered retiree benefits, which will remain in force even though the retiree has returned to active benefits-eligible work.

As a result of the above changes, the Group Policy Specifications Page and the Dependents Term Life Insurance Policy Rider of the policy are replaced with the attached forms with same titles and an effective date of January 1, 2011.

29450-G/1   Policy Amendment

Minnesota Life 1

6.  **Effective January 1, 2011:**

The definition of annual base salary/benefits base on page 2 of the policy has been amended to read as follows:

**annual base salary/benefits base**

*For employees in positions assigned a job class code of 2 on the Wells Fargo HRIS/Payroll System:*

Insurance amounts are based on base salary. Base salary is the hourly rate of pay and standard hours on Wells Fargo's HRIS/Payroll System. Base salary may be expressed as an annual, monthly, or hourly rate on the system, but the rate is annualized for the purpose of determining insurance amounts. Base salary includes amounts designated as before-tax contributions to the other Wells Fargo employee's benefit plans, but base salary does not include overtime pay, shift differentials, incentives, bonuses (including but not limited to hiring, incentive and retention bonuses), commissions, noncash awards, and perquisites (such as parking or auto allowance or commute subsidies).

*For Regular and part-time variable incentive compensation (VIC) team members and Mortgage Full Commission (positions assigned a job class code of 5 and 1 on the Wells Fargo HRIS/Payroll System)*

Insurance amounts are based on a benefits base. Benefits base is calculated quarterly, and earnings are annualized based on base salary and incentives, incentive bonuses, and/or commissions paid in the last 12 months, divided by the number of months with earnings greater than $0, with a minimum covered pay of $20,000 and a maximum covered pay consistent with the Internal Revenue Code's annual compensation limit for qualified retirement plans.

For an employee who (1) is a designated VIC Financial Consultant, Financial Advisor, or Financial Advisor Manager with Wealth Brokerage Services or the Private Client Group, (2) is in his or her first 12 months of employment, and (3) has an annualized benefits base that has never exceeded the following first-year minimum covered pay amounts, the first-year minimum benefits base is $50,000 for the Basic Term Life Plan and Optional Term Life Plan for Financial Consultants, and $50,000 for the Basic Term Life Plan and $125,000 for the Optional Term Life Plan for Financial Advisors and Financial Advisor Managers. The first-year minimum benefits base will remain in place until the earlier of (1) 12 months from the employee's job start date, or (2) until the employee's quarterly benefits base calculation exceeds his or her first-year minimum benefits base amount. Once the employee's benefits base exceeds his or her first-year minimum benefits base amount, then going forward, benefits base will be determined under the standard benefits base practice, as stated in the paragraph above, even if the employee's benefits base later falls below the first-year minimum covered pay amount.

For 2011, the maximum is $245,000. Benefits base includes amounts designated as before-tax contributions you make to Wells Fargo's other team member benefit plans. Benefits base does not include some forms of compensation such as overtime pay, shift differentials, hiring and retention bonuses, noncash awards, and perquisites (such as parking or auto allowance or commute subsidies).

Variable Incentive Compensation (VIC) applies to jobs with a pay structure designed to deliver 40% or more of target cash through incentives that are paid primarily on a monthly or quarterly basis. Assignment of jobs to VIC (job class code 5 on Wells Fargo's HRIS/Payroll System) requires approval of Wells Fargo Corporate Compensation.

The benefits base for team members who move from a VIC pay category or a Mortgage Full Commission pay category (job class code of 5 and 1) to an annual salaried position (job class code of 2), will continue for one year if it exceeds that person's annual base salary. The maximum benefits base in this situation is $245,000.

Agreed to by Minnesota Life Insurance Company this 16th day of March, 2011.

By _____

Assistant Secretary

**GROUP POLICY SPECIFICATIONS PAGE**
**Effective January 1, 2011**

## GENERAL INFORMATION

| | |
|---|---|
| **POLICYHOLDER:** | Wells Fargo & Company      **POLICY NO.:** 29450-G |
| **ASSOCIATED COMPANIES:** | All subsidiaries and affiliates reported to Minnesota Life by the policyholder for inclusion in the policy. |
| **POLICY EFFECTIVE DATE:** | January 1, 2010. This specifications page represents the plan in effect as of January 1, 2011. |
| **POLICY ANNIVERSARY DATE:** | January 1 of each year beginning January 1, 2011. |
| **PREMIUM DUE DATE(S):** | The first day of each month. |
| **GROUP:** | The group is composed of all employees of the policyholder and its associated companies in the following eligible classes. |

Class 1:  All Regular employees regularly scheduled to work 30 hours or more a week and all Part-Time employees regularly scheduled to work 17.5 to 29 hours per week

Class 2:  Grandfathered Retired and Disabled Employees other than those in Class 3 (includes both Wells Fargo & Company and Legacy Wachovia Corporation populations). This includes Legacy Wachovia Corporation employees who were on Long Term Disability as of December 31, 2009.

Class 3:  Grandfathered Disabled Employees from Prudential Securities, Incorporated

Class 4:  Legacy Wachovia Corporation Non-Qualified Plan (a/k/a "Mirror Plan")

**WAITING PERIOD:**

Class 1:  The period commencing with the employee's date of eligible employment and ending with the first day of the month next following or coinciding with the employee's completion of one month of continuous eligible employment.

NOTE: As an exception, a retired employee who returns to active benefits eligible work will have no waiting period.

Classes 2, 3 & 4:  Not applicable

**DESIGNATED ENROLLMENT PERIOD:**

Class 1:  The designated enrollment period, during which an employee may enroll for guaranteed issue coverage without providing evidence of insurability, is equal to the waiting period.

NOTE: For a retired employee who returns to active benefits eligible work, the enrollment period for contributory coverage shall be 31 days from the date of return to active work.

Classes 2, 3 & 4:  Not applicable

09-31124                                                     A

| PLAN OF INSURANCE |
|---|

## EMPLOYEE BENEFIT SCHEDULE

**EMPLOYEE TERM LIFE INSURANCE:**

**Basic Term Life Insurance**

| **Eligible Class** | **Amount of Basic Term Life Insurance** |
|---|---|
| Class 1: | One times annual base salary/benefits base, subject to a minimum of $10,000 and a maximum of $50,000. |
| Classes 2 & 3: | The amount of insurance in force at the time the group became a closed group, as on file with the policyholder, and subject to any applicable age reductions and termination rules applicable to the plan for which the employee is insured. |
| Class 4: | Amounts and duration of coverage are shown on the Addendum to this specifications page. |
| **Additional Basic Term Life Insurance Benefit – Seat Belt Benefit** | This seat belt benefit applies to active employees and those on leave of absence. This benefit does not apply to retirees or those who have ported their coverage after loss of eligibility under the plan.

The basic term life insurance amount will be increased by 10% if an insured employee's loss of life occurs due to an accident while he or she is properly using a seat belt in a passenger car, provided the driver of the private passenger car (whether the insured or someone else) was a licensed driver and was not intoxicated, impaired or under the influence of alcohol or drugs. Proper use of the seat belt must be certified in the official accident report. If certification in the official accident report is unclear as to whether a seat belt was in proper use, the seat belt benefit payable shall be limited to a maximum of $1,000. No seat belt benefit will be paid if the official accident report is either not provided or if the report indicates that no seat belt was worn. |

**Optional Term Life Insurance**

| **Eligible Class** | **Amount of Optional Term Life Insurance** |
|---|---|
| Class 1: | One, two, three, four, five, six, seven or eight times annual base salary/benefits base, as elected by the employee, subject to a minimum of $10,000 and a maximum of $3,000,000. |
| Class 3: | The amount of insurance in force at the time group became a closed group, as on file with the policyholder, and subject to any applicable age reductions and termination rules applicable to the plan for which the employee is insured. |
| Classes 2 & 4: | None |

09-31124                                                                                     B

## GENERAL PROVISIONS FOR EMPLOYEE INSURANCE

**RETIREE COVERAGE – RETIRED ON OR AFTER JANUARY 1, 2010:**

Basic Term Life Insurance: Except for Classes 2 and 4, all basic term life insurance terminates at retirement, subject to continuation under the Minnesota Continuation and Portability provisions of the policy.

Optional Term Life Insurance: An employee who retires on or after January 1, 2010 may elect to continue his or her optional term life insurance coverage by paying premiums directly to Minnesota Life. Election of continuation must be made within 31 days of the date when active eligibility ends (at the end of the month in which the employee retires). A retiree can elect to continue all or a portion of his or her optional term life coverage. Once continued, a retiree may request a reduction in coverage, to a minimum of $10,000, but may not request an increase. All provisions of the policy applicable to optional term life insurance shall apply. In addition to the terminating events outlined in the policy, retiree optional coverage shall terminate when the retiree attains age 95.

In order to be eligible for retiree optional life insurance, an employee must retire from the policyholder or an associated company:

- On or after age 55 with 10 years of service; or
- On or after age 65 with one year of service; or
- With at least 80 "points" (based on the employee's age plus years of credited service)

Exceptions to the above retiree optional life continuation eligibility rules:

- If an employee was on Wachovia's payroll as of December 31, 2009, in a benefits-eligible employment classification, and the employee's age plus years of service equals 50 or greater as of January 1, 2010, the employee is eligible for this continuation if he or she retires at age 50 or older with at least 10 years of service.
- Effective January 1, 2009, an employee is eligible for this retiree continuation at the end of the employee's Salary Continuation Leave if the employee has at least 65 points (with a minimum age of 45 and age plus years of service totaling at least 65). This eligibility provision will end on December 31, 2011. In order to retain eligibility to continue life insurance as a retiree at the end of Salary Continuation Leave, an eligible retiree must meet the following three requirements prior to December 31, 2011:
  - Must have at least 65 points (with a minimum age of 45 and age plus years of service totaling at least 65).
  - Salary Continuation must end prior to December 31, 2011.
  - The retiree must complete the election of retiree life insurance continuation form within 31 days of the date active coverage ends.

NOTE: A person cannot be covered as both a retiree and an active employee.

**RETIREE COVERAGE – RETIRED PRIOR TO JANUARY 1, 2010 AND RETURNS TO ACTIVE WORK:**

A class 2 or class 4 employee who is eligible for retiree coverage who returns to active benefits-eligible service will be eligible for both the frozen retiree coverage and coverage as an active employee.

**CONTRIBUTORY/NONCONTRIBUTORY:**

Basic term life insurance is noncontributory insurance except for some Legacy Wachovia Corporation retirees in Class 2 who contribute towards the cost of the insurance; optional term life insurance is contributory insurance.

09-31124                                        C

**GUARANTEED ISSUE AMOUNT:**

Guaranteed issue is the maximum amount of insurance an employee can receive without evidence of insurability when first eligible under the plan provided enrollment is made within the designated enrollment period.  The amounts are as follows:

For basic term life insurance:
> All basic term life insurance is guaranteed issue.

For optional term life insurance:
> For Classes 2 – 4:  All optional term life insurance is guaranteed issue

> For Class 1:  Four times annual base salary/benefits base*

*Employees eligible under the Wells Fargo & Company or Wachovia Corporation plan immediately prior to January 1, 2010 shall have guaranteed issue as described below under "Initial Open Enrollment."

## DEPENDENTS BENEFIT SCHEDULE

### DEPENDENTS TERM LIFE INSURANCE:

### Spouse/Partner* Optional Term Life Insurance

| Eligible Class | Amount of Spouse/Partner Optional  Term Life Insurance |
|---|---|
| Class 1: | An amount elected by the employee, in an increment of $25,000, subject to a maximum of $250,000. |
| Classes 2 & 3: | The amount of insurance in force at the time the group became a closed group, as on file with the policyholder, and subject to any applicable age reductions and termination rules applicable to the plan for which the employee is insured. |
| Class 4: | None |

*All references to spouse shall also include a domestic partner or same-sex spouse.

### Dependent Child Term Life Insurance

| Eligible Class | Amount of Dependent Child Term Life Insurance |
|---|---|
| Class 1: | $20,000 |
| Class 2: | The amount of insurance in force at the time the group became a closed group, as on file with the policyholder, and subject to any applicable age reductions and termination rules applicable to the plan for which the employee is insured.<br><br>NOTE:  Legacy Wachovia Corporation employees who were on Long Term Disability (LTD) as of December 31, 2009 and who were still on LTD as of January 1, 2011 were given an opportunity to enroll in one of the following child life amounts on a guaranteed issue basis for an effective date of January 1, 2011.  Any such new election will become the new "frozen" amount.<br><br>Available amounts:  $5,000; $10,000; $15,000 or $20,000 |
| Classes 3 & 4: | None |

09-31124                                            D

## GENERAL PROVISIONS FOR DEPENDENTS INSURANCE

**RETIREE DEPENDENTS COVERAGE:**  An employee who elects to continue his or her optional term life insurance into retirement may also elect to continue any spouse/partner optional term life or dependent child term life insurance that was in force on the date when active eligibility ends (at the end of the month in which the employee retires). Election of continuation of dependents insurance must be made within 31 days of the date of retirement. A retiree can elect to continue his or her current elections or an election that provides a lesser amount of insurance. Once continued, a retiree may request a reduction in coverage to one of the other available plans, but may not request an increase. All provisions of the policy applicable to dependent life insurance shall apply.

**CONTRIBUTORY/NONCONTRIBUTORY:**  Dependents insurance is contributory insurance except for spouses covered under Class 2, which is noncontributory coverage.

**GUARANTEED ISSUE AMOUNT:**  Guaranteed issue is the maximum amount of insurance an eligible dependent can receive without evidence of insurability when first eligible under the plan provided enrollment is made within the enrollment period. The amounts are as follows:

Dependent child term life insurance**: All dependent child life insurance is guaranteed issue

Spouse/partner optional term life insurance**: $25,000

**Employees eligible under the Wells Fargo & Company or Wachovia Corporation plan immediately prior to January 1, 2010 shall have guaranteed issue as described below under "Initial Open Enrollment."

## ADDITIONAL INFORMATION

**INITIAL OPEN ENROLLMENT:**  The policyholder will hold a one-time open enrollment prior to the effective date of this policy. During this enrollment, the following shall apply for a Class 1 employee (all elections are subject to the applicable plan maximums):

**Employee Optional Term Life**
- Current Wachovia Corporation employees must enroll for optional term life insurance or there will be no optional term life in force as of January 1, 2010. Evidence of insurability will not be required for an optional term life insurance amount up to the amount of insurance in force under Wachovia's optional life plan, plus:

  - One times annual base salary/benefits base, for an employee whose annual base salary/benefits base does not exceed $50,000

  - One or two times annual base salary/benefits base, for an employee whose annual base salary/benefits base is greater than $50,000

As an exception, a Wachovia Corporation Financial Advisor (FA) may elect an amount, not to exceed the maximum under the plan, as determined by the following formula:

The multiple of earnings which provides an amount of insurance nearest:

(a) the total amount of 2009 basic and supplemental insurance for which the FA was insured at the time of the enrollment; minus
(b) $50,000.

An amount in-between two multiples of earnings shall be rounded up or down based on mathematical rule.

09-31124                                          E

- Current Wells Fargo & Company employees will automatically have their current GULP coverage transferred to this policy as optional term life insurance, unless they elected to keep their GULP coverage by paying premiums directly to Minnesota Life, in which case no coverage will be transferred. In either case, an employee may elect an additional one times annual base salary/benefits base without the need to provide evidence of insurability.

**Spouse/Partner Optional Term Life**

- Current Wachovia Corporation employees must enroll for spouse/partner optional term life insurance or there will be no spouse/partner optional term life in force as of January 1, 2010. Evidence of insurability will not be required for a spouse/partner optional term life amount up to the amount of spouse/partner life in force under the Wachovia's spouse/partner life plan (rounded to the next higher increment of $25,000 if not already an increment thereof) plus one additional increment of $25,000.

- Current Wells Fargo & Company employees will automatically have their current Spouse GULP coverage transferred to this policy as spouse/partner optional term life insurance, unless they elected to keep the Spouse GULP coverage by paying premiums directly to Minnesota Life, in which case no coverage will be transferred. In either case, an employee may elect or increase their spouse/partner optional term life insurance amount by $25,000 without the need to provide evidence of insurability.

**Dependent Child Term Life:** Any employee may elect dependent child term life coverage of $20,000. Application will not be required for current Wells Fargo & Company employees who are already insured for dependent child term life insurance. Application is required for a current Wachovia Corporation employee and no dependent child term life insurance will be in force as of January 1, 2010 if application is not made during this enrollment.

**ACTIVELY AT WORK REQUIREMENT:** An employee not actively at work cannot elect to increase his or her optional term life insurance until he or she returns to active work. He or she will have 60 days from the date of return to active work to increase his or her optional term life in accordance with the rules stated above. However, an employee not actively at work can elect or change spouse/partner optional term life or dependent child term life insurance as described above.

**CHILD LIFE OPEN ENROLLMENT FOR 2011:**

An open enrollment was held for child life insurance for an effective date of January 1, 2011. During this enrollment, a Class 1 employee or a Class 2 Legacy Wachovia Corporation employee who is on Long Term Disability could enroll for child life coverage without providing evidence of insurability.

**LEGACY WACHOVIA CORPORATION LTD EMPLOYEE WHO RETURNS TO ACTIVE WORK:**

A Class 2 Legacy Wachovia Corporation employee who was on Long Term Disability and subsequently returns to active benefits-eligible work is eligible for the following guaranteed issue opportunity (election must be made within 60 days of return to active benefits-eligible work):

If return to benefits-eligible work is prior to July 1, 2010, the employee can increase current optional coverage by:

(a)  One times annual base salary/benefits base, for an employee whose annual base salary/benefits base does not exceed $50,000.
(b)  One or two times annual base salary/benefits base, for an employee whose annual base salary/benefits base is greater than $50,000

If return to benefits-eligible work is on or after July 1, 2010, an employee whose annual base salary/benefits base is greater than $50,000 can increase current optional coverage by one times annual base salary/benefits base.

09-31124

F

**QUALIFYING EVENT ELECTIONS:**

An employee who experiences a Qualifying Event may apply for the following insurance amounts without the need to provide evidence of insurability, provided enrollment is made within 60 days of the Qualifying Event:

**Employee Optional Term Life:** An employee may elect to add or increase his or her optional term life insurance by one times annual base salary/benefits base, up to the optional term life plan maximum, for the following Qualifying Events:

- Birth, adoption, or placement for adoption of a child
- Marriage or creation of a domestic partnership*
- Divorce, legal separation or dissolution of a domestic partnership
- Death of a spouse, domestic partner or same-sex spouse

**Spouse/Partner Optional Term Life:** An employee may elect to add or increase his or her spouse/partner optional term life insurance by $25,000, up to the spouse/partner optional term life plan maximum, for the following Qualifying Events:

- Birth, adoption, or placement for adoption of a child
- Marriage or creation of a domestic partnership*

**Dependent Child Term Life:** An employee may elect dependent child term life coverage for the following Qualifying Events:

- Birth, adoption, or placement for adoption of a child
- Marriage or creation of a domestic partnership*

Note: If an employee elects dependent child term life insurance in accordance with this provision, all of the employee's eligible children shall become covered, not just the child related to the Qualifying Event, except for a child that has previously been declined coverage by Minnesota Life due to not meeting the evidence of insurability requirements, who will remain uninsured unless application for such declined child is made and satisfactory evidence of insurability is provided.

**First Newborn Child:** An employee who has his or her first eligible newborn child will automatically be covered for dependent child term life insurance for 60 days from the date of live birth. If dependent child term life insurance is not elected within those 60 days, the insurance shall terminate.

*If an employee enrolled or increased coverage due to creation of a domestic partnership and then subsequently marries that domestic partner, the marriage will not be considered a Qualifying Event for purposes of this section.

**ACTIVELY AT WORK REQUIREMENT:** An employee not actively at work cannot elect to increase his or her optional term life insurance until he or she returns to active work. He or she will have 60 days from the date of return to active work to increase his or her optional term life in accordance with the rules stated above. However, an employee not actively at work can elect or change spouse/partner optional term life or dependent child term life insurance as described above.

**RIDER(S) TO THE GROUP POLICY**

Dependents Term Life
Portability
Accelerated Benefits

09-31124                                    G

Effective January 1, 2011

**Dependents Term Life Insurance
Policy Rider**

**MINNESOTA LIFE**

Minnesota Life Insurance Company - A Securian Company
400 Robert Street North • St. Paul, Minnesota 55101-2098

## General Information

This rider is issued in consideration of the required premium and amends the group policy to which it is attached. The rider is subject to every term, condition, exclusion, limitation, and provision of the group policy unless otherwise expressly provided for herein.

**What does this rider provide?**

This rider provides insurance on the lives of the insured employee's eligible dependents.

**What members of the insured employee's family are eligible for insurance under this rider?**

The following members of the insured employee's family are eligible for insurance under this rider:

(1) the insured employee's lawful spouse who is not legally separated from the insured, the insured employee's same-sex spouse, or the insured employee's domestic partner; and
(2) children:
   (a) who are the employee's, his or her spouse's, his or her domestic partner's, or his or her same-sex spouse's natural-born, legally adopted, or court- or agency-appointed foster children; or
   (b) who have been placed in the employee's home for adoption; or
   (c) for whom the employee is the court- or agency-appointed legal guardian.

Eligibility begins at live birth (stillborn or unborn children are not eligible) and goes to the end of the month in which a child attains age 26.

In addition, children who meet the definition above but are age 26 or older are also eligible if they are unmarried and either are considered disabled by the Social Security Administration or both of the following:
   (a) the child is not capable of self-support and is unable to carry out the routine functions of daily living without assistance, including but not limited to help with walking, getting into and out of bed, dressing, eating and other personal functions; and
   (b) the child is claimed as the employee's tax dependent on the employee's federal income tax filing for the preceding tax year.

The employee must furnish proof of incapacity to the policyholder within 60 days after the end of the month in which the child attains age 26.

**When will we require evidence of insurability?**

Evidence of insurability will be required for:

(1) an amount of insurance above the guaranteed issue amount shown on the specifications page, except as shown on the specifications page for elections made due to a Qualifying Event; or
(2) any amount of insurance for which the employee enrolls after his or her designated initial eligibility enrollment period, except as shown on the specifications page for elections made due to a Qualifying Event.

**When does insurance on a dependent become effective?**

Insurance on a dependent becomes effective on the date when all of the following conditions have been met:

(1) the dependent meets all eligibility requirements; and
(2) the employee applies for the insurance in accordance with the application methods agreed upon by you and us; and
(3) we are satisfied with the dependent's evidence of insurability, when evidence is required.

If a dependent is hospitalized or confined because of illness or disease on the date his or her insurance would otherwise become effective, his or her effective date shall be delayed until he or she is released from such hospitalization or confinement. This does not apply to a newborn child. However, in no event will insurance on a dependent be effective before the insured employee's insurance under the group policy is effective.

## Death Benefit

**What is the amount of life insurance on each insured dependent?**

The amount of life insurance on each insured dependent is shown on the specifications page attached to the group policy.

**To whom will we pay the death benefit?**

The death benefit payable under this rider will be paid to the insured employee if living, otherwise to his or her estate.

09-31117

Minnesota Life  1
EdF74089 3-2011

## Termination

**When does an insured dependent's coverage under this rider terminate?**

An insured dependent's coverage ends on the earliest of the following:

    (1) the date the dependent no longer meets the eligibility requirements; or

    (2) 31 days (the grace period) after the due date of any premium contribution which is not paid; or

    (3) the last day for which premium contributions have been made following an employee's written request that insurance on his or her eligible dependents be terminated; or

    (4) the date the employee is no longer covered under the group policy.

**When does this rider terminate?**

This rider will terminate on the earlier of:

    (1) the date you request to cancel this rider; or

    (2) the date the group policy is terminated.

## Additional Information

**What is the conversion right under this rider?**

If an insured dependent's coverage under this rider terminates because he or she is no longer eligible, or because of the death of the insured employee, or because of termination or amendment of this rider, the insurance may be converted to a policy of individual insurance with Minnesota Life.

Conversion may be requested by the insured employee, an insured dependent of legal capacity, or the insured dependent's guardian, if applicable. All other conditions and provisions of the conversion right section of the group policy to which this rider is attached will apply.

Secretary                                         President